

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL BOGDEN
United States Attorney
LISA CARTIER-GIROUX
Assistant United States Attorney
333 Las Vegas Blvd. South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-mj-0179-PAL |
| Plaintiff, | **MOTION TO SEAL** |
| vs. | (Filed under Seal) |
| **JAN ROUVEN FUECHTENER**, | |
| Defendant. | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint and the Arrest Warrant in the above captioned matter.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The Government

///

///

///

1

1 submits that disclosure of the information might possibly jeopardize the investigation. The
2 Government submits that its right to secrecy far outweighs the public's right to know.
3   DATED: March 11, 2016

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Lisa C. Cartier Giroux*

LISA C. CARTIER GIROUX
Assistant United States Attorney

2016 MAR 10 P 1:25

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:16-mj-0179-PAL |
| Plaintiff, ) | |
| ) | **ORDER TO SEAL** |
| vs. ) | |
| ) | (Filed under Seal) |
| **JAN ROUVEN FUECHTENER**, ) | |
| Defendant. ) | |

Based on Government's Motion to Seal the Complaint and the Arrest Warrant in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint and the Arrest Warrant be sealed.

DATED this __14Th__ day of March, 2016.

_____
United States Magistrate Judge

3