UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNTIED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAN RUVIN, ) <br> ) <br> _____ ) | 2:16-mj-0179-PAL <br><br> Case No.: 2:16-mj-00037-NJK <br><br> DESIGNATION OF RETAINED COUNSEL AND APPEARANCE PRAECIPE |

The undersigned defendant hereby appoints Jess R. Marchese, Esq., of JESS R. MARCHESE, PC, to appear generally for him as his attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED this _15th_ day of March, 2016.

_____
JAN RUVIN
7080 Donald Nelson Avenue
Las Vegas, Nevada 89131
Phone: 702-622-3232



## APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then ONLY when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him when to appear in Court, and also to notify the Clerk of any changes in my address or telephone number.

DATED this 15th day of March, 2016.

JESS R. MARCHESE, PC

JESS R. MARCHESE, ESQ.
NEVADA BAR NO.: 8175
601 S. LAS VEGAS BLVD.
LAS VEGAS, NEVADA 89101
PHONE: 702-385-5377
FAX: 702-474-4210