1  JESS R. MARCHESE, ESQ.
   Nevada Bar # 8175
2  601 S. Las Vegas Blvd.
   Las Vegas, NV 89101
3  (702) 385-5377 Fax (702) 474-4210
4  Attorney for Defendant
   JAN ROUVEN FUECHTENER
5

6  **UNITED STATES DISTRICT COURT**
7  **DISTRICT OF NEVADA**

8

9  THE UNITED STATES OF AMERICA,    )
                                     ) Case No. 2:16-mj-0179-PAL
10                      Plaintiff,   )
                                     )
11      v.                           )
                                     )
12  JAN ROUVEN FUECHTENER,           )     **DEFENDANT'S SUPPLEMENT TO**
                                     )
13                      Defendant.   )              **MOTION (#8)**
                                     )

14

15           **DEFENDANT'S SUPPLEMENT TO MOTION #8**

16      **COMES NOW** the defendant, **JAN ROUVEN FUECHTENER**, by and through his

17  attorney of record, **JESS R. MARCHESE, ESQ.**, and hereby files this Supplement to his

18  Motion to Review and Amend the Magistrate Judge's Order of Detention.

19

20  **DATED** this 25th day of March, 2016.

21

22

23                                            _____/S/ Jess R. Marchese____
                                              **JESS R. MARCHESE, ESQ.**
24                                            Nevada Bar No. 8175
                                              601 Las Vegas Blvd. South
25                                            Las Vegas, Nevada 89101
                                              Attorney for Defendant
26

27

28

**CERTIFICATE OF SERVICE**

    I hereby certify that I am an employee of the MARCHESE LAW OFFICES, and that on the 25th day of March 2016, I served a copy of the foregoing: <u>DEFENDANT'S SUPPLEMENT TO</u> via the CM/ECF system upon the following.

**Government Counsel**:

Ms. Lisa Cartier-Giroux, Esq.

                                                      /s/<br>
                                      *an employee of Marchese Law Offices*