## AFFIDAVIT OF FRANK DIETMAR ALFTER

STATE OF NEVADA       )
                      )  ss:
COUNTY OF CLARK       )

1. I, FRANK DIETMAR ALFTER, solemnly swear to testify herein to the truth, the whole truth and nothing but the truth.

2. My residence is 7080 Donald Nelson Road, Las Vegas, Nevada 89131.

3. I am the husband of Jan Rouven Fuechtener. We were married in Clark County, Nevada on June 11, 2015.

4. That as the husband of Jan Rouven Fuechtener I do not wish to testify against him and I assert my spousal testimonial privilege in case 2:16-mj-00179-PAL.

DATED this 24th day of March, 2016.

By: _____
FRANK DIETMAR ALFTER

SUBSCRIBED and SWORN to before me this 24th day of March, 2016.

_____
NOTARY PUBLIC in and for said
County and State

NOTARY PUBLIC
KRISTINE TACATA
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. OCT. 23, 2019
No: 03-84813-1



**Clark County Clerk's Office**

| | |
|---|---|
| Modify Date: | 6/11/2015 |
| File Date: | 6/11/2015 4:36 PM |
| Number of Pages: | 1 |
| Book Type: | MAR |
| Document Type: | (MC) MARRIAGE CERTIFICATE |
| Party 1 | FUECHTENER, JAN ROUVEN |
| Party 2 | ALFTER, FRANK DIETMAR |
| Acknowledgement Date: | 6/3/2015 |
| Marriage Date: | 6/9/2015 |
| Marriage Certificate #: | 20150603000343550 |
| Future Related Docs: | 20150603000343550 |