```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                                   COUNSEL/PARTIES OF RECORD

                         MAR 3 0 2016

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                  BY:                        DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL
REPORTS OF THE REGULAR GRAND JURY
THE  January 7, 2015   TERM. 15-01

MINUTES OF COURT

DATE: March 30, 2016 @ 1:00 PM – 1:03 PM

PRESENT: The Honorable Nancy J. Koppe, U.S. Magistrate Judge.

DEPUTY CLERK: Araceli Bareng          REPORTER: Bonnie Terry

UNITED STATES ATTORNEY: Jared Grimmer   COURTROOM: 3C

A roll call of the Grand Jury is taken with **20** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **0** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| | | |
|---|---|---|
| 2:16-CR-100<br>2:16-MJ-179 PAL | JAN ROUVEN FUECHTENER<br>Aka Lars Schmidt | CUSTODY<br>LOCAL FEDERAL |
| 2:16-CR-101 | TYRONE KESHAUN CRUM | WARRANT<br>WRIT |
| 2:16-CR-103 | MICHAEL STEPHEN FRIEDMAN | SUMMONS |
| 2:16-CR-104 | JUAN SANTOS CRUZ-ALFARO | WARRANT |
| 2:16-CR-105 | ROGELIO ABEL RETAMOZA-MONTANO | WARRANT |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:16-CR-100** will be held on **Wednesday, April 6, 2016 @ 3:00 pm** before **MAGISTRATE JUDGE CARL W. HOFFMAN in Courtroom 3C**.

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:16-CR-101** & **2:16-CR-103** will be held on **Wednesday, April 6, 2016 @ 3:00 pm** before **MAGISTRATE JUDGE CARL W. HOFFMAN in Courtroom 3C**.

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

/S/ Araceli Bareng

Deputy Clerk