DANIEL G. BOGDEN
United States Attorney
District of Nevada
ELHAM ROOHANI
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:16-cr-00100-GMN-CWH |
| Plaintiff, | NOTICE OF APPEARANCE |
| vs. | |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Elham Roohani, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Dated this 13th day of April, 2016.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

_____/s/_____
ELHAM ROOHANI
Assistant United States Attorney