DANIEL G. BOGDEN
United States Attorney
District of Nevada
LISA C. CARTIER GIROUX
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
PHONE: (702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                           )<br>                    Plaintiff,                       )<br>                                                           )<br>          v.                                           )<br>                                                           )<br> JAN ROUVEN FUECHTENER              )<br>                                                           )<br>                    Defendants.                  )<br>_____ ) | Case No.:  2:16-cr-00100-GMN-CWH<br><br>**NOTICE OF CHANGE OF ADDRESS** |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that LISA C. CARTIER GIROUX, Assistant United States Attorney, pursuant to Local Rule 5005(d)(1), hereby submits notification that the physical and mailing address for the United States Attorney's Office has changed. Any and all future communications should be addressed at:

> LISA C. CARTIER GIROUX
> United States Attorney's Office
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

///

///

///

1   There is no change to telephone numbers or email addresses. This change is effective

2  immediately.

3   DATED this 13th day of April, 2016.

4

5   Respectfully,

6   _____/s/_____
    LISA C. CARTIER GIROUX
    Assistant United States Attorney
7   District of Nevada

8

9

10   **CERTIFICATE OF SERVICE**

11   I certify that I am an employee of the United States Attorney's Office.  A copy of the

12  foregoing **Notice of Change of Address** was served upon counsel of record, via Electronic

13  Case Filing (ECF).

14   Dated this 15th day of April, 2016.

15

16   /s/ Veronica V. Criste_____
    VERONICA V. CRISTE
17   Legal Assistant

18

19

20

21

22

23

24

2