Thomas M. Radke
Page 1 of 5

## CURRICULUM VITAE
FBI Expert Witness



### Thomas M. Radke

Federal Bureau of Investigation
Computer Analysis Response Team (CART)
1787 W. Lake Mead Boulevard
Las Vegas, Nevada  89106
PHONE: 702-584-5572
FAX: 702-584-5528

---

### PROFESSIONAL EXPERIENCE

**Dec 2010 - present**

**Computer Forensic Examiner (ITS-FE)**
Computer Analysis Response Team
Federal Bureau of Investigation
FBI CART Forensics Laboratory
Las Vegas, NV

Serve as field computer forensics examiner and previously served as Division CART Coordinator supporting approximately 150 special agents within the FBI Las Vegas Division. Duties include forensic acquisition and examination of physical evidence under a documented quality assurance program that includes annual proficiency testing, and adherence to standard operating procedures.).  Responsible for building and maintaining division lab evidence wide area networked computers and servers.

Conduct forensic examinations on computer evidence, carry out research and development activities, perform advanced decryption of evidence items, perform search and seizure and Live Capture operations, and provide instruction and training to new CART Forensic Examiners, Federal Agents, and Outside Law Enforcement.  Certified to perform forensic examinations on all Windows based computer systems, all Apple/Macintosh based systems, and all Cell phone/Mobile Tablet/GPS evidence devices submitted into the Las Vegas Division for forensic examination.

**Apr 2007 – Dec 2010**

**Computer Forensics Examiner – LE (Sworn)**
High Technology Crimes Unit
State of Nevada
Office of the Attorney General
555 E. Washington Ave.
Las Vegas, NV

Served as a sworn law enforcement officer in the State of Nevada, Office of the Attorney General, High Technology Crimes Unit, and General Investigations Unit conducting both computer forensic examinations and criminal investigations in support of State of Nevada Search and Seizure Warrants related to large White Collar Crimes.

Served as a Task Force Officer for the State of Nevada in the U.S. Secret Service Las Vegas Field Office, LVMPD Electronic Crimes Task Force (ECTF).  Assigned to General Crimes Unit in support of Mortgage Fraud Task Force.

**Sept 2004 – Apr 2007**

**Computer Forensics Specialist**
US Dept of Energy/National Nuclear Security Administration
Federal Contractor/NCI Information Systems
Nevada Test Site – North Las Vegas, NV

Served as a computer forensics examiner in support of the US Department of Energy/National Nuclear Security Administration's Nevada Site Office infrastructure which includes the Nevada Test Site and National Atomic Laboratories. Performed internal audit computer forensics examinations of DOE "classified" and "unclassified" systems used by Federal employees and contractors for fraud, waste, and abuse of government computer systems. Involvement in forensic tool testing and validation for internal DOE security compliance. Member of the Information Assurance Response Center (IARC) incident response team.

## EDUCATION

Sept 2007 – Dec 2010   **Bachelors of Science Degree, Information Systems Security**
ITT Technical Institute
Henderson, NV
Highest Honors Sept 2010, June, 2010, Nov 2006,

Feb 2009 - May 2009   **State of Nevada, Police Officer Standards Training (P.O.S.T) Certification**
**Category II Graduate**
**Law Enforcement Academy**
Las Vegas, NV

Jan 2002 – Mar 2004   **Associate of Applied Science Degree, Computer Network Systems**
ITT Technical Institute
Henderson, NV
Highest Honors June 2002, Sept 2003

## PROFESSIONAL TRAINING

August 2015   *SANS 518 – MAC Forensics Analysis*
SANS Virginia Beach 2015
Virginia Beach, VA (6-days)

June 2015   *SANS 408 - Windows Forensic Analysis*
FBI Northwest Regional Computer Forensics Laboratory (NWRCFL)
Portland, OR (6-days)

March 2015   *FBI CART Moot Court (Proctor)*
*College of William & Mary*
Williamsburg, VA (5-days)

July 2014   *SANS 585 – Advanced Smartphone Forensics*
SANS San Francisco 2014
San Francisco, CA (6-days)

April 2013   *FBI Cell phone/Mobile Device/GPS Forensics Certification Course Training*
Orange County Regional Computer Forensics Laboratory (OCRCFL)
Irvine, CA (7-days)

Dec 2012   *Macintosh Forensics Survival Course (MFSC) Level I for Law Enforcement Training*
Sumari LLC
Silicon Valley Regional Computer Forensics Laboratory (SVRCFL)
Menlo Park, CA (5-days)

Sept 2012   *EnCase Forensics II training course*
*Guidance Software Corp.*
FBI Western New York Regional Computer Forensics Laboratory (WNYRCFL)
Buffalo, NY (5-days)

Thomas M. Radke
Page 3 of 5

| | |
|---|---|
| Aug 2012 | *SANS 558 – Advanced Network Forensics*<br>SANS San Francisco 2012<br>San Francisco, CA (6-days) |
| Mar 2012 | *Access Data FTK Version 3 for Mac training course*<br>Access Data Corp.<br>FBI Inter-Mountain West Regional Computer Forensics Laboratory (IWRCFL)<br>Salt Lake City, UT (3-days) |
| Feb 2012 | *FBI CART Moot Court*<br>Chapman University - School of Law<br>Orange, CA (5-days) |
| Dec 2011 | *CART Firewire Target Disk Mode (FTDM) Imaging: Macintosh Systems Training*<br>FBI Computer Analysis Response Team<br>Las Vegas, NV (Self-Paced Training) |
| Oct 2011 | *Case Agent Investigative Review (CAIR) training course*<br>Access Data Corp,<br>University of Nevada, Las Vegas, NV (1-day) |
| Oct 2011 | *Image Scan Version 3*<br>FBI Regional Computer Forensics Lab National Program Office,<br>University of Nevada, Las Vegas, NV (1-day) |
| Sept 2011 | *SANS 408 – Computer Forensic Investigations – Windows in Depth*<br>SANS Network Security 2011,<br>Las Vegas, NV. (6-days) |
| Aug 2011 | *X-ways Forensics Training*<br>X-Ways Software Technology AG,<br>FBI Western New York Regional Computer Forensics Lab (WNYRCFL)<br>Buffalo, NY (3-days) |
| Jul 2011 | *FTK3 Transition Day Practical Workshop*<br>Access Data Corp,<br>North Texas Regional Computer Forensics Lab (NTRCFL)<br>Dallas, TX. (1-day) |
| Jul 2011 | *Forensic Networks and CART SAN Administration*<br>FBI Digital Evidence Laboratory (DEL), CART Forensic Network Program<br>North Texas Regional Computer Forensics Lab (NTRCFL)<br>Dallas, TX. (2-days) |
| May 2011 | *FBI CART Practical's*<br>FBI Digital Evidence Laboratory (DEL), Forensic Support Unit<br>Stafford, VA. (5-days) |
| Apr 2011 | *Access Data Internet Forensics (Advanced)*<br>Access Data Corp,<br>CART-HQ BWI<br>Baltimore, MD. (3-days) |
| Feb 2011 | *Access Data Windows Forensics*<br>Access Data Corp,<br>CART-HQ BWI<br>Baltimore, MD. (3-days) |

| | |
|---|---|
| Feb 2011 | *Access Data Forensics Bootcamp*<br>Access Data Corp,<br>Houston Texas Regional Computer Forensics Lab (HTRCFL)<br>Houston, TX. (3-days) |
| Jan 2011 | *FBI CART 101*<br>FBI Digital Evidence Laboratory (DEL), Forensic Support Unit<br>Stafford, VA. (3-days) |
| May 2009 | *Foundations of Intelligence Analysis Training (FIAT)*<br>National White Collar Crime Center (NW3C),<br>Reno, NV (5-days) |
| Apr 2007 | *SAN 504 – Hacker Techniques, Exploits, and Incident Handling*<br>SANS Security West 2007<br>San Diego, CA. (6 days) |
| Oct 2006 | *FTK Internet Forensics*<br>Access Data Corp,<br>Las Vegas, NV (3-day) |
| Oct 2005 | *SAN 508 – System Forensics, Investigation, and Response*<br>SANS Network Security 2005<br>Los Angeles, CA. (6 days) |
| Apr 2005 | *Access Data FTK Forensics Bootcamp (Intermediate)*<br>National Center for Forensic Science (NCFS),<br>University of Central Florida, Orlando, FL. (3 days) |
| Jan 2005 | *EnCase Intermediate Forensics Analysis and Reporting*<br>Guidance Software Corp,<br>Las Vegas, NV (4-days) |
| Mar 2006 | *Cyber 325 – Advanced Windows for Investigators Course*<br>FBI National Academy,<br>Quantico, VA (5-days) |
| Aug 2005 | *Cyber 110 - Basic Computer Intrusion Investigations Course*<br>FBI National Academy,<br>Quantico, VA (10-days) |
| Jun 2005 | *Introduction to Cyber Investigations for Field Intelligence Group (FIG) Personnel*<br>US Department of Justice/FBI Cyber Division<br>Washington, DC.  (3-days) |

## PROFESSIONAL AFFILIATIONS / COMMITTEES

| | |
|---|---|
| 2012 – Present | *Member Consortium of Digital Forensic Specialists (CDFS)* |
| 2009 - Present | *Member International Association of Financial Crimes Investigators (IAFCI)* |
| 2005 – Present | *Member Infragard Southern Nevada Chapter (INFRAGARD)* |

## PROFESSIONAL CERTIFICATIONS

| | |
|---|---|
| Apr 2013 | *Certified CART Cell phone/GPS Forensic Examiner – FBI Laboratory.* |
| Dec 2012 | *Certified CART Apple/Macintosh Forensic Examiner – FBI Laboratory.* |
| Jan 2012 | *Certified CART Wintel Computer Forensic Examiner – FBI Laboratory.* |

**Thomas M. Radke**
**Page 5 of 5**

| | |
|---|---|
| Jun 2010 | *Access Data Certified Examiner (ACE) – Access Data Corporation (ongoing re-certification required)* |
| May 2009 | *Peace Officers' Standards and Training (POST) Category II Basic Certification – State of Nevada* |
| Jan 2007 | *Security + Certification – CompTIA* |
| Jul 2006 | *Network + Certification - CompTIA* |
| Apr 2006 | *A+ Certification - CompTIA* |