JESS R. MARCHESE, ESQ.
Nevada Bar No. 8175
**MARCHESE LAW OFFICES**
601 S. Las Vegas Blvd.
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
MICHAEL W. SANFT, ESQ.
Nevada Bar No. 8245
**SANFT LAW GROUP**
324 S. 3rd St., 2nd Floor
Las Vegas Nevada 89101
(702) 497-8008 Fax (702) 382-6903
sanftlawgroup@mac.com
Attorneys for Defendant Jan Rouven Fuechtener

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 2:16-cr-100-GMN-CWH |
| Plaintiff, | |
| v. | |
| JAN ROUVEN FUECHTENER, | **DEFENDANT'S MOTION FOR** |
| Defendant. | **MISCELLANEOUS RELIEF** |

### DEFENDANT'S JOINDER TO MOTION #290

**COMES NOW** the defendant, **JAN ROUVEN FUECHTENER**, by and through his attorneys of record, **JESS R. MARCHESE, ESQ.**, and **MICHAEL SANFT, ESQ.,** and hereby files this Motion for Miscellaneous Relief.

**DATED** this 16th day of May, 2016.

                                                                                                /S/ Jess R. Marchese
                                                                                     **JESS R. MARCHESE, ESQ.**
                                                                                     Nevada Bar No. 8175
                                                                                     Attorney for Defendant

**POINTS AND AUTHORITIES**

The Defendant herein, JAN ROUVEN FUECHTENER (hereinafter "Jan") was detained pending trial in the instant case. He is currently housed at the Henderson Detention Center.

When his lawyers visit him, they have one of two options. They can do a phone visit with a video screen from the lobby or they can do a contact visit. The contact visit is conducted in a closed room with a glass partition between the parties. There are two locked doors and a drawer (similar to drawer at a banking drive through) that allows the parties to pass documents back and forth. The parties must converse using a telephone as the glass partition muffles the conversation making it difficult to hear without the phone. Further, when both lawyers visit him, both attorneys cannot have a joint conversation with Jan as there is only one phone on each side of the glass.

Based upon this, counsel prays for an order allowing for visits to made in an open air room at the Henderson Detention Center. There is precedent for this, but the staff at the facility will only allow for this remedy with the order.

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the MARCHESE LAW OFFICES, and that on the 16th day of May 2016, I served a copy of the foregoing: DEFENDANT'S MOTION via the CM/ECF system upon the following.

**Government Counsel**:

Ms. Elhan Rouhani, Esq.
Ms. Christina Silva, Esq.

　　　　　　　　　　　　　　　　　/s/　　　　　　　　　　　　　．
　　　　　　　　　　　　　　　　*an employee of Marchese Law Offices*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28