DANIEL G. BOGDEN
United States Attorney
District of Nevada
CRISTINA D. SILVA
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:16-cr-00100-GMN-CWH |
| Plaintiff, | NOTICE OF APPEARANCE |
| vs. | |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Cristina D. Silva, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Dated this 19th day of May, 2016.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

　　/s/ *Cristina D. Silva*
CRISTINA D. SILVA
Assistant United States Attorney