# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No.: 2:16-cr100-GMN-CWH |

### ORDER DIRECTING THE HENDERSON DETENTION CENTER TO ALLOW OPEN AIR CONTACT VISITS WITH THE DEFENDANT

IT IS HEREBY ORDERED that Defendant JAN ROUVEN FUECHTENER be allowed to have contact visits in an open air room at the Henderson Detention Center with his attorneys JESS R. MARCHESE and/or MICHAEL SANFT.

DATED this _____ day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

1