**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No.:  2:16-cr100-GMN-CWH |

**ORDER DIRECTING THE HENDERSON DETENTION CENTER TO ALLOW OPEN AIR CONTACT VISITS WITH THE DEFENDANT**

IT IS HEREBY ORDERED that Defendant JAN ROUVEN FUECHTENER be allowed to have contact visits in an open air room at the Henderson Detention Center with his attorneys JESS R. MARCHESE and/or MICHAEL SANFT.

DATED this __23rd__ day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

1