JESS R. MARCHESE, ESQ.
Nevada Bar No. 8175
**MARCHESE LAW OFFICES**
601 S. Las Vegas Blvd.
Las Vegas, NV 89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
MICHAEL W. SANFT, ESQ.
Nevada Bar No. 8245
**SANFT LAW GROUP**
324 S. 3rd St., 2nd Floor
Las Vegas Nevada 89101
(702) 497-8008 Fax (702) 382-6903
sanftlawgroup@mac.com
Attorneys for Defendant Jan Rouven Fuechtener

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 2:16-cr-100-GMN-CWH |
| Plaintiff, | |
| v. | |
| JAN ROUVEN FUECHTENER, | **DEFENDANT'S EXPERT WITNESS NOTICE** |
| Defendant. | |

### DEFENDANT'S NOTICE OF EXPERT WITNESS

**COMES NOW** the defendant, **JAN ROUVEN FUECHTENER**, by and through his attorneys of record, **JESS R. MARCHESE, ESQ.**, and **MICHAEL SANFT, ESQ.,** and hereby files his Notice of Expert Witness.

**DATED** this 24th day of May, 2016.

                                                    /S/ Jess R. Marchese___
                                                  **JESS R. MARCHESE, ESQ.**
                                                  Nevada Bar No. 8175
                                                  Attorney for Defendant

**EXPECTED EXPERT TESTIMONY**

The defense intends to call Larry Smith, whose curriculum vitae is attached, in their case in chief. As previously explained telephonically to the government, the defense cannot fully divulge Mr. Smith's entire testimony at this time as the files were just loaded onto the defense computer at Metro's laboratory and made fully available to him last week. He has been unable to conduct a full forensic examination at this juncture. Based upon this, the defense will supplement this notice as more information becomes available.

Mr. Smith is expected to testify about online file sharing programs such as Gigatribe as well as cloud based file sharing programs such as Google Drive or Dropbox. He will also explain how computer files are stored and time stamped including but not limited to the differences in military time, UTC time, and regular time.

There is also expected to be testimony about certain files that Mr. Smith will have personally analyzed as to the whether the files meet the definition of child pornography and the dates and times of these particular files' downloads.

Mr. Smith has not generated a report at this juncture, but one will be forwarded to the government if one is made available.

**DATED** this 24th day of May, 2016.

                /S/ Jess R. Marchese\_\_\_
              **JESS R. MARCHESE, ESQ.**
              Nevada Bar No. 8175
              Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the MARCHESE LAW OFFICES, and that on the 24th day of May 2016, I served a copy of the foregoing: **EXPERT WITNESS NOTICE** via the CM/ECF system upon the following.

**Government Counsel**:

Ms. Elhan Rouhani, Esq.
Ms. Christina Silva, Esq.

/s/ .
*an employee of Marchese Law Offices*