Larry Smith is a 24 year veteran of the Las Vegas Police Department retiring in 2012. He has worked in various details of the LVMPD including Patrol, Gang Unit, Community Policing, Domestic Violence detail, Physical Abuse Detail, and the Sexual Abuse Detail. In early 1999 he started the Cyber Crimes Detail of the Las Vegas Metro Police department and assisted in the creation of the Internet Crimes Against Children Detail (ICAC) as well as the FBI / LVMPD Innocent Image task force.
In January 2003 the LVMPD Cyber Crimes Detail, and myself, joined forces with the United States Secret Service's Electronic Crimes Task Force. I assisted in the creation of the Electronic Crimes Detail as a Data Recovery Specialist.
A Data Recovery Specialist uses special tools, techniques, and software programs to make forensically sound copies of suspect hard drives and related media and analyze those copies for evidence of a crime or that no proof that a crime had occurred.
I have received the following training:
I was promoted to Detective and assigned to the Physical Abuse Detail from 11-1996 to 6-1997. The Physical Abuse Detail investigates physically abused children and the elderly.
I then was reassigned to the Sexual Abuse Detail in June 1997 until August of 2000. While assigned to the Sexual Abuse Detail I assisted in the creation of the Internet Crimes Against Children Detail. The main mission if the ICAC detail was the apprehension of sex offenders when their target was children and their tool was the Internet and/or a computer. This included all child pornography cases.
My last assignment was in the USSS Electronic Crimes Task Force and the LVMPD Computer Forensics Unit, (2003 - 2012) which consisted of investigating any crime where a computer, PDA, or cell phone was used to facilitate that crime. These crimes include Homeland Defense issues, Homicides, Internet Stalking, Robberies, Network Intrusions, Kidnappings, Email and Online Fraud, Child Pornography, Luring Children using Computers, etc.

Upon retiring in Sept. 2012 Larry obtained his Private Investigators license (#1751A, #1883A) and started Nevada Digital Forensics.

Larry has received the following training and certifications.

**SEXUAL ABUSE**:
| | | |
|---|---|---|
| 12-02-89 | Child Sexual Exploitation | 6 hrs |
| 09-09-92 | Investigator Development | 14 hrs |
| 09-27-93 | "Reid" Interview Techniques | 24 hrs |
| 08-17-94 | Advanced Investigators School | 22 hrs |
| 05-09-95 | Sexual Assault Seminar | 4 hrs |
| 01-29-96 | Communication Skills | 7 hrs |
| 01-27-97 | Responding to Child Maltreatment | 31 hrs |
| 03-06-97 | Serious Incident Investigations | 16 hrs |
| 05-20-97 | Shaken Baby Syndrome Investigations | 15 hrs |
| 06-20-97 | Child Abuse-Train the Trainers | 40 hrs |
| 09-03-97 | 6th Annual Western States Sexual Assault Seminar | 20 hrs |
| 12-10-97 | Child Interview Specialist Training | 12 hrs |

| | | |
|---|---|---|
| 01-12-98 | Child Sexual Exploitation Investigations | 40 hrs |
| 05-19-98 | Investigative Profiles of Sexually Deviant Crimes | 7 hrs |
| 06-18-98 | Female Sex Offender Training | 6 hrs |
| 09-09-98 | 7th Annual Western States Sexual Assault Seminar | 20 hrs |

For a total of **284 hours**

**COMPUTER/INTERNET:**

| | | |
|---|---|---|
| 09/95-11/96 | Choice Computers as an apprentice technician | 200+hrs |
| 11-03-97 | Computer Seizure Workshop | 40 hrs |
| 01-14-99 | FBI Innocent Images (Internet Child Porn) | 12 hrs |
| 08-09-99 | Protecting Children Online | 36 hrs |
| 12-13-99 | Innocent Images Training | 40 hrs |
| 01-25-00 | Encase Training | 24 hrs |
| 04-17-00 | Data Recovery and Analysis | 36 hrs |
| 05-01-00 | International Assoc. of Comp. Invest. Specialists | 80 hrs |
| 12-05-00 | Internet Crimes Against Children conference | 24 hrs |
| 01-09-00 | Computer forensics exams using Encase | 32 hrs |
| 09-06-00 | 9th Annual Western States Sexual Assault Seminar | 24 hrs |
| 09-05-01 | 10th Annual Western States Sexual Assault Seminar | 24 hrs |
| 02-26-01 | AccessData Forensic Exams and Password Retrieval | 32 hrs |
| 09-14-01 | Encase Users Conference | 8 hrs |
| 10-22-01 | NTI Computer Forensics Training | 36 hrs |
| 12-09-01 | 2001 ICAC Training Conference | 20 hrs |
| 03-19-02 | Encase Advanced training | 32 hrs |
| 04-12-02 | National White Collar Crime Data Recovery | 36 hrs |
| 09-23-02 | NIPC Networks/System Security for Agents | 80 hrs |
| 10-15-02 | Investigating Cyber Attacks | 32 hrs |
| 10-28-02 | Beginning Unix for Investigators | 40 hrs |
| 10-28-02 | Advanced Unix for Investigators | 40 hrs |
| 11-01-02 | Basic Solaris 8 system administration | 32 hrs |
| 11-22-02 | Advanced Solaris Administration | 32 hrs |
| 12-13-02 | Unix for Investigators Part 3 | 40 hrs |
| 02-18-03 | Encase 4 Intermediate | 32 hrs |
| 03-03-03 | Basic Linux/Basic SMART Training | 40 hrs |
| 04-28-03 | LPI Linux 101 | 40 hrs |
| 05-12-03 | LPI Linux 102 | 40 hrs |
| 05-26-03 | Red Hat Linux Essentials 1-4 | 32 hrs |
| 06-09-03 | Red Hat RH133 Linux System Administration | 32 hrs |
| 06-17-03 | Red Hat RH253 Linux Networking-Security | 32 hrs |
| 06-23-03 | ADRA Advanced Data Recovery | 32 hrs |
| 08-18-03 | Linux Professional Institute Boot Camp | 77 hrs |
| 09-25-03 | Hard Drive Analysis, FAT, NT, Linux | 21 hrs |
| 09-23-03 | FAT/Linux/NTFS File System Review | 21 hrs |
| 11-14-03 | A+ Certification Operating Systems | 40 hrs |

| | | |
|---|---|---|
| 01-12-04 | SMART for Linux Intermediate/Advanced | 32 hrs |
| 04-19-04 | Macintosh Forensics Course | 40 hrs |
| 05-03-04 | Ethical Hacking Course | 40 hrs |
| 07-13-04 | Encase Internet and Email Examinations | 32 hrs |
| 08-31-04 | Apple Macintosh Server Essentials | 32 hrs |
| 03-09-04 | Mac OS Server Essentials 10.3 | 32 hrs |
| 01-26-05 | Hidden Data Communications | 8 hrs |
| 02-08-05 | Encase Network Intrusion Examinations | 32 hrs |
| 06-06-05 | TCP/IP and Network Intrusions | 32 hrs |
| 09-19-05 | Cell Phone Forensics, MFI | 32 hrs |
| 11-12-05 | Advanced BitPim Cell Phone Forensics | 10 hrs |
| 11-28-05 | Stingray/Kingfish training, Harris Corp | 32 hrs |
| 12-16-05 | Network Hacking (Synerity Systems) | 35 hrs |
| 1-10-06 | DOD Cyber Crimes Conference | 32 hrs |
| 02-02-06 | Mac OSx Server Training v10.4 | 32 hrs |
| 05-25-06 | Wireless Communications | 40 hrs |
| 6-27-06 | Encase V5 Advanced Forensics | 32 hrs |
| 8-31-06 | Network Forensics-DefCon edition | 32 hrs |
| 01-23-07 | E-fence live incident response course (Helix) | 24 hrs |
| 03-02-07 | Encase Computer Forensics II | 32 hrs |
| 04-15-07 | Handheld Forensics | 32 hrs |
| 08-02-07 | Advanced Hacking Techniques - Synerity | 32 hrs |
| 10-11-07 | Access Data Windows Forensic | 21 hrs |
| 10-12-07 | Access Data Vista Forensics | 07 hrs |
| 11-07 | Paraben Advanced Cell Phone Seizure | 32 hrs |
| 11-16-07 | ICAC Investigation of Cellular Telephones (SEARCH) | 32 hrs |
| 04-11-08 | Wireless LAN (Synerity) | 32 hrs |
| 04-24-08 | DC Live Audio Forensics | 32 hrs |
| 08-07-08 | Workstation Examination (DefCon Edition(Synerity)) | 32 hrs |
| 03-26-09 | Windows Forensic Registry (Access Data) | 21 hrs |
| 05-15-09 | Advanced Cellular Forensic (US Secret Service) | 40 hrs |
| 12-13-09 | Internet Forensics (Access Data) | 21hrs |
| 03-05-10 | Mobile Phone Examiner Analysis (Access Data) | 7hrs |
| 03-12-10 | Bitpim & Cellular Phone Artifacts (access Data) | 7hrs |
| 06-04-10 | AccessData Oxygen Forensics Suite II | 7hrs |
| 06-17-10 | AccessData Bootcamp | 21hrs |
| 07-27-10 | Defcon Preconference Training (Network threats) | 15hrs |
| 08-20-10 | Accessdata Mobile Forensics Workshop 202 | 35 hrs |
| 12-08-10 | Live Data Acquisition and Analysis Course | 16hrs |
| 12-09-10 | Windows 7 Forensic Course | 8 hrs |
| 01-20-11 | Cellular Forensics, Data Recovery, Mobile Spyware | 24 hrs |
| 01-24-11 | Call Detail Records & GPS Devices | 7 hrs |
| 04-08-11 | Phone Repair and Chip Off Analysis | 40 hrs |
| 05-12-11 | SANS Adv. Computer Analysis and Incident Response | 36hrs |
| 06-01-11 | iOS Forensic Analysis and Lantern Training | 16hrs |
| 09-23-11 | SANS Mobile Device Forensics | 30hrs |

| | | |
|---|---|---|
| 10-13-11 | Cellebrite UFED Physical Certification | 8hrs |
| 10-13-11 | Cellebrite UFED Certification | 16hrs |
| 04/17-19/12 | 2012 National Law Enforcement Training on Child Exploitation | 22hrs |
| 6/6/12 | Techno security Conference, Myrtle Beach | 32hrs |
| 3/8/13 | Mobile Device Repair + JTAG | 32hrs |
| 4/28/15 | Sumuri Shellbag forensics (Udemy online) | 1 hr |
| 4/28/15 | McAffee-InvestigatingEmailCrimes/Mobile forensic inv. | 1hr |
| 8/20/15 | X-Ways Forensic Software training | 32hrs |
| 2/10/16 | PhoneLog CDR software training | 4hrs |

For a Total of 3183 hrs

Community College of Southern Nevada

| | | |
|---|---|---|
| Summer 1999 | CIT106b PC Maintenance and Configuration | 3cr |
| Fall 1999 | CIT107b A+ Software | 3cr |
| Spring 2000 | Unix Operating System | 3cr |
| Fall 2000 | CIT149b Networking Essentials | 3cr |
| Summer 2001 | CIT185b Windows 2000 Pro/Server | 3cr |
| Fall 2001 | ET249b Cisco Networking Academy | 4cr |
| Spring 2004 | Advanced Computer Forensics | 3cr |
| Fall 2006 | CIJ198b Encase Forensics | 3cr |

Fall 2004-2006   Adjunct Professor at CCSN teaching Computer forensics and Advanced Computer Forensics

Fall 2004   Adjunct Professor at CCSN teaching Investigating Digital Crimes

11/07- 3/08   Part Time Instructor for Paraben Corp.

4/2013 – 2014   Part Time Cell Phone Forensics Instructor for High Tech Crime Institute (HTCI)

9/2013 – Present   Pert Time Cell phone Forensics Instructor for Katana Forensics (Lantern Software)

CERTIFICATIONS:

| | |
|---|---|
| 11/08 | Certified Advanced Cell Phone Seizure (Paraben Software) |
| 09/99- 2012 | Member of the High Tech Crime Consortium |
| 05/12/00 | Certified Electronic Evidence Collection Specialist (IACIS) |
| 07/31/01 | Microsoft Certified Professional ID# 2392098 |
| 03/08/02 | CompTIA Network+ Certification ID # 10275221 |
| 04/02/07 | ENCE Certification |

Case 2:16-cr-00100-GMN-DJA   Document 38-1   Filed 05/24/16   Page 5 of 5

06-22-10        ACE Certified (AccessData Certified Examiner)
10/13/2011      Cellebrite Certification