# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CHIEF JUDGE GLORIA M. NAVARRO'S |
| Plaintiff, | ) | ORDER REGARDING TRIAL |
| vs. | ) | 2:16-cr-00100-GMN-CWH-1 |
| JAN ROUVEN FUECHTENER | ) |  |
| *also known as* | ) |  |
| Lars Schmidt, | ) |  |
| Defendant. | ) |  |

1.      Attached hereto is a list of the civil and criminal cases that are presently scheduled for the stacked trial calendar before the Honorable Gloria M. Navarro, Chief U.S. District Judge, at Las Vegas, Nevada, commencing on  **Monday, June 20, 2016 at 8:30 a.m. in Courtroom 7D.**

2.      Counsel for all parties and all pro se parties shall appear in **Courtroom 7D** on **Monday, June 13, 2016 at 9:00 a.m.** for Calendar Call.  Unless a party in a civil case is appearing pro se, the individual parties will not be required to appear for Calendar Call, unless the Court directs otherwise. Defendants in criminal cases will be required to appear for Calendar Call, unless the Court directs otherwise.

3.      Counsel or their clients will be excused from Calendar Call if settlement papers have been filed in a civil case or a defendant's plea of guilty or nolo contendere has been accepted in a criminal case prior to the date scheduled for Calendar Call.

4.      At the Calendar Call, all cases that remain to be tried will be ranked in order of trial.  Thereafter, the Court will not grant a continuance to any party absent a showing of good cause.  Unless the Court otherwise directs, the cases will be tried one after the other on **TWENTY-FOUR (24) HOURS'** notice from the clerk.

CHANGE OF PLEA HEARINGS.  Hearings for the purpose of **change of plea** in criminal cases **will follow Calendar Call** unless otherwise set.  It shall be the joint responsibility of counsel for Plaintiff United States and for Defendant to ensure that a copy of the plea agreement is emailed to the Courtroom Administrator at *Aaron_Blazevich@nvd.uscourts.gov* and a copy emailed to chambers at *GMN_Chambers@nvd.uscourts.gov*, **not**

**later than 12:00 p.m. on THURSDAY, June 9, 2016**.  It shall further be the responsibility of counsel for Plaintiff United States to ensure that any necessary produce orders are timely delivered to the United States Marshal to ensure the presence of all defendants who are in custody for change of plea, and to ensure proper notification for the attendance of any court interpreter who may be required for the particular case.

5.     <u>PRETRIAL CONFERENCE</u>.  At the request of any party, or at the direction of the Court, a Pretrial Conference may be scheduled for any case.  Requests by the parties should be made to the Courtroom Administrator by no later than two (2) weeks before Calendar Call.

6.     <u>WITNESSES</u>.  Counsel, and any parties appearing pro se, shall immediately subpoena all witnesses for the time and trial date as listed above.  Inasmuch as the cases will be tried in a trailing fashion, the subpoenas should contain a special instruction from counsel directing witnesses to contact the office of counsel for further instructions prior to appearing for trial.  Witnesses are not required to be present at the Calendar Call.

7.     **On or before THURSDAY,  June 9, 2016**, and to the extent they haven't already done so in accordance with the Court's Joint Pretrial Order, or other order, **COUNSEL FOR ALL PARTIES, AND ANY PARTY APPEARING PRO SE, SHALL COMPLY WITH THE FOLLOWING:**

      a.     **<u>STIPULATIONS FOR CONTINUANCE OF TRIAL DATE</u>**.  Shall file with the Clerk of Court all stipulations for continuance of trial date. Stipulations shall conform with the requirements of LR 6-1 and LR 7-1, or LCR 45-1 and LCR 45-4, as appropriate.

      b.     **<u>MOTIONS IN LIMINE</u>**.  In criminal cases, shall file the original of all motions in limine with the Clerk of Court.  Response(s) shall be due **not later than 4:00 p.m. on the Tuesday following Calendar Call**. If, as a result of a Monday holiday, Calendar Call is held on a Tuesday, then Response(s) shall be due not later than 4:00 p.m. on Wednesday.  Replies will be allowed only with leave of the Court.  In civil cases, shall file the original of all motions in limine and oppositions thereto with the Clerk of Court as prescribed in Local Rule 16-3.

      c.     **STATEMENT OF THE CASE**.  Shall file with the Clerk of Court a brief statement of the case, no longer than one-half page, stating the nature of the claims and defenses, to be read to prospective jurors at the time of jury selection.  In a criminal case, a copy of the Indictment, <u>indicating which portions should be read to the jury, will satisfy this requirement</u>.

        d.       **SUGGESTED VOIR DIRE QUESTIONS**:  Shall file with the Clerk of Court all suggested voir dire questions to be asked of the jury panel by the Court.

        e.       **WITNESS LISTS**.  Shall file with the Clerk of Court the original list of witnesses expected to be called on behalf of each party for use by the Court during jury selection.

        f.       **EXHIBIT LISTS**.  Shall file with the Clerk of Court the original complete exhibit list of all exhibits intended to be used during the trial.  At the same time, each party shall serve upon all other parties a copy of the same.  The exhibits are to be listed on a form provided by the Clerk's Office, or obtained from the Court's website *www.nvd.uscourts.gov* and may be computer-generated, if they conform to the requirements of the form that is provided by the clerk.

        g.       **MARKING EXHIBITS**.  Shall meet, confer, pre-mark and exchange all trial exhibits. Plaintiffs shall use numerals 1 through 500 and Defendants shall use numerals 501 through 1,000.   Exhibits that are on the same subject matter may be marked as a series, that is, Plaintiffs 1-A, 1-B, etc. and Defendants 501-A, 501-B, etc. Counsel shall notify the Courtroom Administrator that the exhibits have been pre-marked.

        h.       **EXHIBIT BINDERS**.  If a party's total documentary exhibits exceed 15 pages, the party's exhibits are to be placed in a 3-ring binder with numbered dividers. The binder shall be clearly marked on the front and side with the case caption and number and the sequence of exhibits. At the commencement of trial, counsel shall provide the Courtroom Administrator with the binder containing the original exhibits and a courtesy set for the trial judge. The exhibits shall remain in the custody of the clerk, unless otherwise ordered.

        i.       **JURY INSTRUCTIONS**.  Shall jointly file with the Clerk of Court one (1) original set of agreed upon jury instructions and proposed verdict forms.  A copy of the agreed upon jury instructions and verdict forms shall also be submitted in **Microsoft Word** format to chambers by email to *GMN_Chambers@nvd.uscourts.gov*.  The parties shall submit additional proposed jury instructions and verdict forms in Word format to chambers by email at the same email address.  The latter must include the authority and argument for each instruction.  Any modifications of instructions from statutory authority, the Ninth Circuit Manual of Model Jury Instructions, or any other model instructions, must specifically state the modification made to the original source and the authority and argument supporting the modification.

j.    **CIVIL CASES:  TRIAL BRIEFS AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**.  Shall file with the Clerk of Court a Trial Brief in all civil cases.  Additionally, in all civil cases to be tried before the Court sitting without a jury, the parties shall file proposed Findings of Fact and Conclusions of Law.  The proposed Findings and Conclusions shall also be submitted to chambers by email to GMN_Chambers@nvd.uscourts.gov in **Microsoft Word** format.

k.    **CRIMINAL CASES:  TRIAL BRIEFS**.  The Government counsel shall submit a copy of the Government's trial brief (marked confidential) to the Courtroom Administrator for submission to the trial judge.  The original of the Government's trial brief shall be filed in open Court and a copy served upon defense counsel on the date of trial prior to trial commencement. Defense counsel may file a trial brief.  If defense counsel elects to file a trial brief, the same shall be filed and served upon Government counsel prior to the defense commencing its side of the case.

8.    TRIAL SCHEDULE. Trial will generally begin at 9:00 a.m. and end at 5:00 p.m. Monday through Friday. However, parties should plan to be available between 8:00 a.m. and 9:00 a.m. each day of trial to address matters outside the presence of the jury. This standard trial schedule may be modified for good cause, however requests should be submitted at Calendar Call or before the written trial schedule is issued to jurors.

9.    USE OF EVIDENCE DISPLAY EQUIPMENT. Counsel wishing to use the Court's evidence display equipment should contact the Courtroom Administrator during the week before trial for training or instruction and availability for use at trial.

10.   EXPEDITED OR DAILY TRANSCRIPTS. Any party that will require expedited or daily transcripts shall notify the *Electronic Court Recorder Operator (ECRO), at 702-464-5434*, immediately upon receipt of this order. The ECRO will provide instructions with respect to expedited or daily transcripts. Failure to timely notify the ECRO may result in an inability to provide expedited or daily transcripts.

11.   SANCTIONS.  As provided for under the Local Rules of Practice of this Court, the Court will consider the imposition of sanctions against any attorney or party appearing pro se who (1) fails to timely comply with the provisions of this Order including, but not limited to, the failure to appear for Calendar Call without having been excused by the Court or the clerk with the permission of the Court; or (2) fails to timely comply with any other order that schedules deadlines for trial preparation.

12.     <u>TRIAL JUDGE</u>.  Although the cases listed on the attached trial calendar are assigned to the undersigned, the cases may proceed to trial before another Nevada district judge or a visiting district judge.

13.     <u>CONSENT TO TRIAL BEFORE A MAGISTRATE JUDGE</u>.  All parties in civil actions are reminded of their right, subject to the approval of the undersigned, to consent to trial before a United States Magistrate Judge pursuant to Title 28, United States Code, Section 636(c)(2). The right to proceed before a magistrate judge in a civil case includes those cases which will be tried before a jury as well as those cases to be tried before the Court sitting without a jury.  Any appeal from a judgment resulting in a trial before a magistrate judge shall be taken directly to the United States Court of Appeals.

14.     <u>CONTACT PERSON</u>.  All questions and information regarding the trial calendar are to be directed to **AARON BLAZEVICH**, Courtroom Administrator, at *Aaron_Blazevich@nvd.uscourts.gov* or (702) 464-5421.

15.     The date of the Clerk's file mark shall constitute the date of this Order.

IT IS SO ORDERED.

_____/S/_____
**GLORIA M. NAVARRO, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:

<u>THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE</u>


Aaron Blazevich                                                              Araceli Bareng

Courtroom Administrator                    Law Clerk(s)                    Reporter/Recorder

**8:30 A.M.**

2:14-cr-00023-GMN-NJK                     UNITED STATES OF AMERICA

                                          v.

**JURY TRIAL**                           JAMES SCOTT ALVA (1)

                                          (In Custody)


COUNSEL FOR GOVERNMENT:                   COUNSEL FOR DEFENDANT:

Amber Craig, AUSA                         Michael Miceli, CJA

Michael Humphreys, AUSA

Cristina Silva, AUSA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| Aaron Blazevich | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:14-cr-00127-GMN-VCF

**JURY TRIAL**

COUNSEL FOR GOVERNMENT:

Kathryn Newman, AUSA

Ryan Connors, AUSA

Jennifer Blackwell, AUSA

UNITED STATES OF AMERICA

v.

EDWARD N. LEVINE (1)
(On Bond)

COUNSEL FOR DEFENDANT:

Todd Leventhal, CJA

Prepared Wednesday, May 25, 2016  1:21:15PM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| | | |
|---|---|---|
| Aaron Blazevich | | Araceli Bareng |
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

| | |
|---|---|
| 2:14-cr-00170-GMN-GWF | UNITED STATES OF AMERICA |
| | v. |
| **JURY TRIAL** | ALEXANDER D. MOORE (1) |
| | (On Bond) |
| | |
| COUNSEL FOR GOVERNMENT: | COUNSEL FOR DEFENDANT: |
| Kathryn Newman, AUSA | Shari Kaufman, Esq. |
| Jiamin Chen, AUSA | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:

THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| Aaron Blazevich | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:15-cr-00044-GMN-GWF

**JURY TRIAL**

UNITED STATES OF AMERICA
v.
THEREN PHILLIP FRAZIER (1)
(In Custody)

COUNSEL FOR GOVERNMENT:

Daniel Hollingsworth, AUSA

Kathryn Newman, AUSA

Michael Humphreys, AUSA

Daniel Cowhig, AUSA

COUNSEL FOR DEFENDANT:

Terrence Jackson, CJA

Prepared Wednesday, May 25, 2016  1:21:15PM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| Aaron Blazevich | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:15-cr-00226-GMN-PAL

UNITED STATES OF AMERICA
v.
JOHNNY MOORE (1)
(On Bond)

**JURY TRIAL**

COUNSEL FOR GOVERNMENT:

Allison Herr, AUSA

Elham Roohani, AUSA

COUNSEL FOR DEFENDANT:

Raquel Lazo, AFPD

**JURY TRIAL**

JAZZMIN DAILEY (2)
(On Bond)

COUNSEL FOR GOVERNMENT:

Allison Herr, AUSA

Elham Roohani, AUSA

COUNSEL FOR DEFENDANT:

Benjamin Durham, CJA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| Aaron Blazevich | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:15-cr-00233-GMN-GWF                    UNITED STATES OF AMERICA
                                         v.
**JURY TRIAL**                           EFREN MARTINEZ-SILVA (1)
                                         (In Custody)

COUNSEL FOR GOVERNMENT:                  COUNSEL FOR DEFENDANT:

Robert Bork, AUSA                        Raquel Lazo, Esq.

Prepared Wednesday, May 25, 2016  1:21:15PM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| Aaron Blazevich | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:15-cr-00239-GMN-VCF

UNITED STATES OF AMERICA
v.

**JURY TRIAL**

MARCELINO VAZQUEZ-FLORES (1)
(In Custody)

COUNSEL FOR GOVERNMENT:

Brandon Jaroch, AUSA

COUNSEL FOR DEFENDANT:

Paul Riddle, Esq.

Prepared Wednesday, May 25, 2016  1:21:15PM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:

THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| | | |
|---|---|---|
| Aaron Blazevich | | Araceli Bareng |
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:15-cr-00348-GMN-NJK

UNITED STATES OF AMERICA

v.

**JURY TRIAL**

RICARDO DAVALOS-CASTILLO (1)
(In Custody)
INTERPRETER

COUNSEL FOR GOVERNMENT:

Robert Bork, AUSA

COUNSEL FOR DEFENDANT:

Rachel Korenblat, AFPD

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| | | |
|---|---|---|
| Aaron Blazevich | | Araceli Bareng |
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:15-cr-00349-GMN-PAL                    UNITED STATES OF AMERICA
                                         v.
**JURY TRIAL**                           SANTIAGO GONZALEZ (1)
                                         (On Bond)
                                         INTERPRETER

COUNSEL FOR GOVERNMENT:                  COUNSEL FOR DEFENDANT:

Brandon Jaroch, AUSA                     Todd Leventhal, CJA

**JURY TRIAL**                           JESUS NOE URIAS ESPINOZA (2)
                                         (In Custody)
                                         INTERPRETER

COUNSEL FOR GOVERNMENT:                  COUNSEL FOR DEFENDANT:

Brandon Jaroch, AUSA                     Paul Riddle, AFPD

Prepared Wednesday, May 25, 2016  1:21:15PM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:

THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| | | |
|---|---|---|
| Aaron Blazevich | | Araceli Bareng |
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:15-cr-00353-GMN-NJK

**JURY TRIAL**

UNITED STATES OF AMERICA
v.
CHRISTOPHER RYAN BUSBY (1)
(In Custody)

COUNSEL FOR GOVERNMENT:

Allison Herr, AUSA

COUNSEL FOR DEFENDANT:

Tony Abbatangelo, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| Aaron Blazevich | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:16-cr-00013-GMN-NJK

UNITED STATES OF AMERICA
v.

**JURY TRIAL**

REUBEN CONWAY (1)
(In Custody)

COUNSEL FOR GOVERNMENT:

COUNSEL FOR DEFENDANT:

Phillip Smith, AUSA

Rachel Korenblat, AFPD

Prepared Wednesday, May 25, 2016  1:21:15PM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| | | |
|---|---|---|
| Aaron Blazevich | | Araceli Bareng |
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:16-cr-00023-GMN-VCF

UNITED STATES OF AMERICA
v.
JASWINDER SINGH (1)
(On Bond)

**JURY TRIAL**

COUNSEL FOR GOVERNMENT:

Robert Knief, AUSA

COUNSEL FOR DEFENDANT:

Joseph Low, Esq.

Julie Raye, Esq.

Prepared Wednesday, May 25, 2016  1:21:15PM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:

THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| | | |
|---|---|---|
| Aaron Blazevich | | Araceli Bareng |
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:16-cr-00048-GMN-PAL                          UNITED STATES OF AMERICA

                                                                   v.

**JURY TRIAL**                                             OMAR IVORY HOLDEN (1)

                                                                   (In Custody)

COUNSEL FOR GOVERNMENT:               COUNSEL FOR DEFENDANT:

Phillip Smith, AUSA                                    Rebecca Levy, AFPD

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:

THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| Aaron Blazevich | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:16-cr-00100-GMN-CWH

**JURY TRIAL**

UNITED STATES OF AMERICA
v.
JAN ROUVEN FUECHTENER (1)
(In Custody)

COUNSEL FOR GOVERNMENT:

Cristina Silva, AUSA

Elham Roohani, AUSA

COUNSEL FOR DEFENDANT:

Michael Sanft, Esq.

Jess Marchese, Esq.

Prepared Wednesday, May 25, 2016  1:21:15PM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:

THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| Aaron Blazevich | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:16-cr-00118-GMN-NJK

**JURY TRIAL**

UNITED STATES OF AMERICA
v.
IVAN GUTIERREZ-TORRES (1)
(In Custody)
INTERPRETER

COUNSEL FOR GOVERNMENT:

Robert Bork, AUSA

COUNSEL FOR DEFENDANT:

Ryan Norwood, AFPD

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| Aaron Blazevich | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:16-cr-00123-GMN-NJK                        UNITED STATES OF AMERICA
                                                                    v.
**JURY TRIAL**                                       EDWARD SHAYNE GEORGE (1)
                                                                    (On Bond)

COUNSEL FOR GOVERNMENT:              COUNSEL FOR DEFENDANT:

Robert Knief, AUSA                               Damian Sheets, Esq.

Prepared Wednesday, May 25, 2016  1:21:15PM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| | | |
|---|---|---|
| Aaron Blazevich | | Araceli Bareng |
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:16-cr-00125-GMN-GWF                    UNITED STATES OF AMERICA
                                         v.
**JURY TRIAL**                           JEOVANE AVILA-CORNEJO (1)
                                         (In Custody)
                                         INTERPRETER

COUNSEL FOR GOVERNMENT:        COUNSEL FOR DEFENDANT:

Robert Bork, AUSA              Ryan Norwood, Esq.

Kathryn Newman, AUSA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:

THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| Aaron Blazevich | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:16-cr-00131-GMN-CWH

**JURY TRIAL**

UNITED STATES OF AMERICA
v.
JUAN CARLOS PONCE-RODAS (1)
(In Custody)
INTERPRETER

COUNSEL FOR GOVERNMENT:

Robert Bork, AUSA

Kathryn Newman, AUSA

COUNSEL FOR DEFENDANT:

Paul Riddle, Esq.

Prepared Wednesday, May 25, 2016  1:21:15PM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA
COURTROOM 7D

**MONDAY, JUNE 20, 2016**

PRESENT:
THE HONORABLE GLORIA M. NAVARRO, U.S. DISTRICT CHIEF JUDGE

| Aaron Blazevich | | Araceli Bareng |
|---|---|---|
| Courtroom Administrator | Law Clerk(s) | Reporter/Recorder |

**8:30 A.M.**

2:14-cv-00787-GMN-CWH

**JURY TRIAL**

THERESA A. MUMFORD
v.
WAL-MART STORES, INC.

COUNSEL FOR PLAINTIFF(s):

Cuthbert Mack, Esq.

COUNSEL FOR DEFENDANT(s):

Brenda Entzminger, Esq.

Siria Gutierrez, Esq.

Marjan Hajimirzaee, Esq.