JESS R. MARCHESE, ESQ.
Nevada Bar No. 8175
**MARCHESE LAW OFFICES**
601 S. Las Vegas Blvd.
Las Vegas, NV 89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
MICHAEL W. SANFT, ESQ.
Nevada Bar No. 8245
**SANFT LAW GROUP**
324 S. 3rd St., 2nd Floor
Las Vegas Nevada 89101
(702) 497-8008 Fax (702) 382-6903
sanftlawgroup@mac.com
Attorneys for Defendant Jan Rouven Fuechtener

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No.: 2:16-cr100-GMN-CWH<br><br>**MOTION TO CONTINUE TRIAL AND TO SET A STATUS CONFERENCE** |

**MOTION TO CONTINUE TRIAL DATE
AND TO SET A STATUS CONFERENCE**

COMES NOW Defendant, JAN ROUVEN FUECHTENER, by and through his attorneys of record, JESS R. MARCHESE, ESQ., of the law firm of MARCHESE LAW OFFICES, PC, and MICHAEL SANFT of the law firm of SANFT LAW GROUP, hereby move this Honorable Court for

1

an order setting a status conference for the purpose of continuing the trial date.

This Motion is made in good faith and not for purposes of delay.

DATED this 5th day of June, 2016.

MARCHESE LAW OFFICES, PC

By: _____/s/_____
JESS R. MARCHESE, ESQ.
Nevada Bar No.: 8175
601 S. Las Vegas Blvd.
Las Vegas, Nevada 89101
(702) 385-5377
Attorney for Defendant:
JAN ROUVEN FUECHTENER

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Jan Rouven Fuechtener has a trial date of June 20, 2016. This trial date was reset (#40) over the defense's objection (#36) after the government filed a motion to continue the original trial date of June 6th, 2016 (#30).

Mr. Fuechtener is unable to proceed on the June 20th trial date as one of his witnesses, Larry Smith, is unavailable the week of the currently scheduled trial.

Based upon the aforementioned facts, counsel for the defense requests a status conference in order to reset the trial date as both the undersigned and Mr. Sanft have busy trial schedules and do not want to create another conflict with a trial date.

## CONCLUSION

For the foregoing reasons, counsel for the Defendant, JAN ROUVEN FUECHTENER, respectfully request that this Honorable Court set a status conference for the purpose of resetting the

///

///

2

trial date.

DATED this 5th day of June, 2016.

                                    RESPECTFULLY SUBMITTED:
                                    MARCHESE LAW OFFICES, PC

                    By:        /s/
                                    JESS R. MARCHESE, ESQ.
                                    Nevada Bar No.: 8175
                                    601 S. Las Vegas Blvd.
                                    Las Vegas, Nevada 89101
                                    (702) 385-5377
                                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was motion was filed on June 5, 2016 via the Southern District of Nevada ECF system to the all registered following recipients:

Ms. Elham "Ellie" Roohani , Esq.
Ms. Cristina Silva, Esq.
United States Attorney's Office

                                   /s/
                             Employee of Jess R. Marchese, Esq.