DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
ELHAM ROOHANI
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6418

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | 2:16-cr-00100-GMN-PAL<br><br>RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL AND TO SET A STATUS CONFERENCE (ECF No. 42) |

      The United States of America, through the undersigned, respectfully responds to the Defendant's Motion to Continue Trial and to set a Status Conference.

      Unavailability of an essential witness is a basis to toll the Speedy Trial clock.  18 U.S.C. § 3161(h)(3)(B).  The Government has no objection to a continuance of the trial date, and would have stipulated to the same had defense counsel contacted the Government requesting a continuance.

      Although the Government has no objection to the Court setting a status conference, the Government respectfully submits that judicial resources might be

1

better spent if the parties confer with one another and their essential witnesses, and then communicate with court staff about trial availability and possible trial dates.

DATED this 7th day of June, 2016.

                    DANIEL G. BOGDEN
                    United States Attorney

                    //s//

                    CRISTINA D. SILVA
                    ELHAM ROOHANI
                    Assistant United States Attorneys