DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Nevada Bar #13760
ELHAM ROOHANI
Nevada Bar #12080
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336
cristina.silva@usdoj.gov
elham.roohani@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00100-GMN-CWH |
| Plaintiff, | |
| vs. | **GOVERNMENT'S NOTICE OF INTENT TO CALL EXPERT WITNESS** |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

**CERTIFICATION: This notice is timely filed**.

The United States of America, by and through its attorneys, DANIEL G. BOGDEN, United States Attorney, and Cristina D. Silva and Elham Roohani, Assistant United States Attorneys, hereby gives notice of intent to call an expert witness regarding computer forensic analysis, forensic examinations of digital devices, online investigations, offender characteristics, relationships between offenders, and the language used by offenders in communicating about child exploitation and corresponding drug use.

### SUMMARY OF EXPERT WITNESS OPINION & QUALIFICATIONS

Pursuant to Rule 16 (a)(1)(G) of the Federal Rules of Criminal Procedure, the Government gives notice of its intent to call Sergeant Dennis Carry of the Washoe County Sheriff's Office who is a former detective, and current sergeant and task force officer

assigned to the FBI's Cyber Crime Task Force, and Internet Crimes Against Children Task Force in Northern Nevada. Sergeant Carry is trained in the investigation of crimes involving child abuse, sexual exploitation, and sexual crimes against children, as well as computer intrusion and hacking, cyber related fraud, and cyber terrorism.

Pursuant to Rule 702 of the Federal Rules of Evidence, the Government intends to call Sergeant Carry to provide expert witness testimony regarding the investigation and subsequent evidentiary findings in this case. Sergeant Carry also reviewed the data recovered from digital forensic examinations of the digital devices recovered in this case. As such, Sergeant Carry's testimony will include general computer forensics, peer-to-peer file sharing networks, on-line distribution and sharing of child pornography, and other computer issues related to on-line child pornography investigations. Sergeant Carry is also expected to provide expert testimony and explanations regarding the process for downloading peer-to-peer file sharing programs, the set-up process, the sharing capabilities and other aspects of these programs that will assist the jury in understanding the computer technology at issue in this matter and how the defendant distributed, received, and advertised child pornography. Additionally, Sergeant Carry is expected to provide expert testimony and explanations regarding offender characteristics, relationships between offenders, and the language used by offenders in communicating about child exploitation and corresponding drug use[1] on various social-networking and social-media platforms.

All of the electronic devices seized from the Defendant and examined have been made available to defense counsel. Sergeant Carry's expert testimony will be based upon his lengthy experience as a detective, sergeant, and task force officer working cases

---

[1] In the Ninth Circuit, "[d]rug jargon is well established as an appropriate subject for expert testimony. . . . Officers may testify about their interpretations of 'commonly used drug jargon' based solely on their training and experience." *United States v. Vera*, 770 F.3d 1232, 1241 (9th Cir. 2014) (citations omitted).

involving internet crimes against children. Sergeant Carry's curriculum vitae is attached to this notice as Exhibit "1".

Accordingly, the Government provides notice of its intent to call Sergeant Dennis Carry as an expert witness in the Government's case in chief.

DATED this 28th day, June 2016

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

//s//

CRISTINA D. SILVA
ELHAM ROOHANI
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

1

2      I, Elham Roohani, certify that defense counsel was served with a copy of the

3  GOVERNMENT'S NOTICE OF INTENT TO CALL EXPERT WITNESS on this date by the below

4  identified method of service:

5

6  Jess Marchese, Esq.

7  Michael Sanft, Esq.
   Counsel for the Defendant

8

9  *Electronic Case Filing*

10

11 DATE:          June 28, 2016

12                                              //s//

13                                      _____

14                                      ELHAM ROOHANI
                                        Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26