| sourceProfileId | targetProfileId | type | timestamp | message |
|---|---|---|---|---|
| 556780 | 54111653 | text | 2016-01-17T09:17:45.815Z | Hey dude |
| 556780 | 54111653 | text | 2016-01-17T09:17:54.926Z | Total Perv kinky dude here |
| 556780 | 54111653 | image | 2016-01-17T09:18:01.497Z | https://s3.amazonaws.com/s3.grindr.com/grindr/chat/fcf644d3748e7d10ed4365a1f7b5fed331930513 |
| 556780 | 54111653 | text | 2016-01-17T09:18:26.735Z | I've got shit on my laptop you'd like |
| 54111653 | 556780 | text | 2016-01-17T09:25:24.630Z | Hot |
| 54111653 | 556780 | text | 2016-01-17T09:25:30.603Z | Yes I do |
| 54111653 | 556780 | text | 2016-01-17T09:25:38.663Z | Where are you |
| 556780 | 54111653 | text | 2016-01-17T09:25:49.640Z | Tropicana |
| 556780 | 54111653 | text | 2016-01-17T09:25:52.471Z | You? |
| 54111653 | 556780 | text | 2016-01-17T09:25:58.694Z | Too:-) |
| 54111653 | 556780 | text | 2016-01-17T09:26:10.678Z | Shall I come to your room |
| 556780 | 54111653 | text | 2016-01-17T09:26:13.214Z | Own room? |
| 54111653 | 556780 | text | 2016-01-17T09:26:19.786Z | No |
| 54111653 | 556780 | text | 2016-01-17T09:26:22.664Z | You? |
| 556780 | 54111653 | text | 2016-01-17T09:26:26.254Z | I have a roommate tonight |
| 556780 | 54111653 | text | 2016-01-17T09:26:36.679Z | What are you into Perv? |
| 556780 | 54111653 | text | 2016-01-17T09:27:23.229Z | Very few limits here |
| 54111653 | 556780 | text | 2016-01-17T09:27:34.862Z | Taboo, family, brothers brothers, brothers sisters, yng You? |
| 556780 | 54111653 | text | 2016-01-17T09:27:55.369Z | Yup. We would have with some of these videos |
| 54111653 | 556780 | text | 2016-01-17T09:28:11.062Z | Hot |
| 556780 | 54111653 | text | 2016-01-17 | Young taboo incest piss scat brothers young brothers |

| | | | | |
|---|---|---|---|---|
| | | | 17T09:28:26.215Z | |
| 556780 | 54111653 | text | 2016-01-17T09:28:34.211Z | Pic of you? |
| 54111653 | 556780 | text | 2016-01-17T09:28:38.579Z | Iman piss Right now |
| 54111653 | 556780 | image | 2016-01-17T09:28:48.175Z | https://s3.amazonaws.com/s3.grindr.com/grindr/chat/600e2608e6dbf3cdeb6e01ef2cf2c9e63131c382 |
| 556780 | 54111653 | text | 2016-01-17T09:28:55.580Z | Hot |
| 556780 | 54111653 | text | 2016-01-17T09:29:03.676Z | Top or Btm? |
| 54111653 | 556780 | image | 2016-01-17T09:29:09.136Z | https://s3.amazonaws.com/s3.grindr.com/grindr/chat/6d8494f18855e811e856a4a92b92b9bdd661b556 |
| 54111653 | 556780 | text | 2016-01-17T09:29:16.227Z | Verse top |
| 556780 | 54111653 | text | 2016-01-17T09:29:17.033Z | Any taboo experience? |
| 556780 | 54111653 | text | 2016-01-17T09:29:28.906Z | Vers Btm here |
| 54111653 | 556780 | text | 2016-01-17T09:30:03.673Z | No You? |
| 556780 | 54111653 | text | 2016-01-17T09:30:06.635Z | Beastiality? |
| 556780 | 54111653 | text | 2016-01-17T09:30:16.702Z | Young? |
| 54111653 | 556780 | text | 2016-01-17T09:30:38.411Z | would love to! |
| 556780 | 54111653 | text | 2016-01-17T09:30:59.960Z | Which one? |
| 54111653 | 556780 | text | 2016-01-17T09:31:55.783Z | Both lol |
| 556780 | 54111653 | text | 2016-01-17T09:32:14.937Z | I've had a few dogs rim me.  One dog fuck me. |
| 556780 | 54111653 | text | 2016-01-17T09:32:25.034Z | Jerked off with twin brothers. |
| 54111653 | 556780 | text | 2016-01-17T09:32:32.316Z | Saw a video once where a think boy fucked a dog |
| 556780 | 54111653 | text | 2016-01-17T09:32:33.067Z | And lots of young porn |
| 54111653 | 556780 | text | 2016-01-17T09:32:39.856Z | Hot as fuck |

| | | | | |
|---|---|---|---|---|
| 556780 | 54111653 | text | 2016-01-17T09:32:47.989Z | Used to play with a few boys |
| 54111653 | 556780 | text | 2016-01-17T09:32:57.545Z | Where did you find them? |
| 556780 | 54111653 | text | 2016-01-17T09:33:14.635Z | Babysit for them |
| 54111653 | 556780 | text | 2016-01-17T09:33:18.058Z | Hot wow you think we can pull something off together? |
| 556780 | 54111653 | text | 2016-01-17T09:33:48.724Z | Be hot to have fucking me as we watch some taboo poem |
| 54111653 | 556780 | text | 2016-01-17T09:33:49.353Z | Fuck I wanna watch those Porn with you |
| 556780 | 54111653 | text | 2016-01-17T09:33:51.166Z | Porn |
| 54111653 | 556780 | text | 2016-01-17T09:33:58.853Z | Yeah |
| 54111653 | 556780 | text | 2016-01-17T09:34:06.167Z | Let's do it |
| 54111653 | 556780 | text | 2016-01-17T09:34:11.806Z | Where at? |
| 556780 | 54111653 | text | 2016-01-17T09:34:40.085Z | My roomie is asleep here |
| 556780 | 54111653 | text | 2016-01-17T09:34:52.997Z | He is gone tomorrow night. When do you leave? |
| 54111653 | 556780 | text | 2016-01-17T09:35:24.774Z | Monday |
| 556780 | 54111653 | text | 2016-01-17T09:35:39.855Z | Good.  So tomorrow night. |
| 54111653 | 556780 | text | 2016-01-17T09:35:43.074Z | I could come now for a bit |
| 54111653 | 556780 | text | 2016-01-17T09:35:52.084Z | And we go into the bathroom |
| 54111653 | 556780 | text | 2016-01-17T09:35:56.854Z | And be quiet |
| 556780 | 54111653 | text | 2016-01-17T09:36:00.417Z | You can pump me full of cum while we watch vids |
| 54111653 | 556780 | text | 2016-01-17T09:36:07.944Z | Yeah |
| 556780 | 54111653 | text | 2016-01-17T09:36:29.484Z | Into scat too? |
| 556780 | 54111653 | text | 2016-01-17T09:42:08.041Z | Guess not |

| | | | | |
|---|---|---|---|---|
| 556780 | 54111653 | image | 2016-01-17T09:42:46.361Z | https://s3.amazonaws.com/s3.grindr.com/grindr/chat/dcf429ae3d6715cc4373bf1c386c06d6a791f41e |
| 556780 | 54111653 | image | 2016-01-17T09:42:46.767Z | https://s3.amazonaws.com/s3.grindr.com/grindr/chat/31b765eccc4c23a956fc9481fe2bc98a6dea9176 |
| 556780 | 54111653 | image | 2016-01-17T09:42:46.787Z | https://s3.amazonaws.com/s3.grindr.com/grindr/chat/ad6570a718d733d04f01c90f7fe6c2ee36c33e40 |
| 54111653 | 556780 | text | 2016-01-17T09:44:14.201Z | Hot |
| 54111653 | 556780 | text | 2016-01-17T09:44:31.240Z | Never did scat |
| 54111653 | 556780 | text | 2016-01-17T09:44:49.320Z | Who are the boys |
| 556780 | 54111653 | text | 2016-01-17T09:44:55.010Z | I've had a few dudes shit on me and shit on a couple. Was pretty hot |
| 556780 | 54111653 | text | 2016-01-17T09:45:04.033Z | All friends in DC |
| 54111653 | 556780 | text | 2016-01-17T09:45:19.801Z | Shall I come over |
| 556780 | 54111653 | text | 2016-01-17T09:45:38.761Z | Can't now |
| 54111653 | 556780 | text | 2016-01-17T09:45:57.891Z | Why not |
| 556780 | 54111653 | text | 2016-01-17T09:46:38.925Z | Tomorrow night.  Let's get nasty |
| 54111653 | 556780 | text | 2016-01-17T09:46:58.627Z | Ok |
| 54111653 | 556780 | text | 2016-01-17T09:47:03.588Z | For sure? |
| 556780 | 54111653 | text | 2016-01-17T09:47:08.187Z | More pics of you? |
| 556780 | 54111653 | text | 2016-01-17T09:47:10.141Z | Yes |
| 556780 | 54111653 | text | 2016-01-17T09:47:15.718Z | 603-359-0869 |
| 54111653 | 556780 | text | 2016-01-17T09:50:23.703Z | Ok |
| 54111653 | 556780 | text | 2016-01-17T09:50:28.468Z | No more pics |
| 556780 | 54111653 | text | 2016-01-18T00:37:27.735Z | Hey man |

| | | | | |
|---|---|---|---|---|
| 54111653 | 556780 | text | 2016-01-18T00:37:44.496Z | hello<br>we still gonna hang out tonight? |
| 556780 | 54111653 | text | 2016-01-18T00:38:02.614Z | Sure |
| 54111653 | 556780 | text | 2016-01-18T00:38:14.203Z | i am lookimng forward to it |
| 54111653 | 556780 | text | 2016-01-18T00:38:22.100Z | ==and maybe we can pull something== |
| 556780 | 54111653 | text | 2016-01-18T00:38:29.036Z | When you free? |
| 54111653 | 556780 | text | 2016-01-18T00:38:47.426Z | around 8:30 pm |
| 556780 | 54111653 | text | 2016-01-18T00:39:02.173Z | Might be later than that |
| 54111653 | 556780 | text | 2016-01-18T00:39:16.486Z | ok no problem<br>what time you think |
| 556780 | 54111653 | text | 2016-01-18T00:39:37.691Z | Not sure of my plans yet |
| 556780 | 54111653 | text | 2016-01-18T00:39:49.322Z | ==What all you wanna do?== |
| 54111653 | 556780 | text | 2016-01-18T00:42:27.323Z | ==what we talked about yesterday== |
| 54111653 | 556780 | text | 2016-01-18T00:47:24.288Z | what are your plans? or options? |
| 556780 | 54111653 | text | 2016-01-18T00:50:03.942Z | Still have friends here tonight. |
| 556780 | 54111653 | text | 2016-01-18T00:50:17.282Z | Soon dinner and then wandering around |
| 556780 | 54111653 | text | 2016-01-18T00:50:27.669Z | Wanna shit on me? |
| 556780 | 54111653 | text | 2016-01-18T00:50:39.221Z | Fuck me while we watch Perv porn? |
| 54111653 | 556780 | text | 2016-01-18T00:52:01.571Z | yes! fuck |
| 556780 | 54111653 | text | 2016-01-18T00:52:09.739Z | Hit |
| 556780 | 54111653 | text | 2016-01-18T00:52:12.627Z | Hot |
| 556780 | 54111653 | text | 2016-01-18T00:52:21.141Z | Where you staying? |
| ==54111653== | ==556780== | ==text== | ==2016-01-18T00:52:23.016Z== | ==shall we drug a young== |

| 54111653 | 556780 | text | 2016-01-18T00:52:38.570Z | lol |
| 556780 | 54111653 | text | 2016-01-18T00:57:45.705Z | Fuck yes |
| 54111653 | 556780 | text | 2016-01-18T00:58:53.048Z | ;-) ok i hit you up later |
| 54111653 | 556780 | text | 2016-01-18T00:59:11.496Z | i will bring the favors you try to bring the candy;-) |
| 556780 | 54111653 | text | 2016-01-18T01:02:40.993Z | Lol |
| 556780 | 54111653 | text | 2016-01-18T01:02:51.179Z | What favors? |
| 556780 | 54111653 | image | 2016-01-18T01:19:30.416Z | https://s3.amazonaws.com/s3.grindr.com/grindr/chat/b99cd0a0312a710e98ab87e63c89a9af01af649a |
| 556780 | 54111653 | text | 2016-01-18T01:19:41.434Z | He is a dirty pig too |