1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   CRISTINA D. SILVA
3  ELHAM ROOHANI
   Assistant United States Attorneys
   501 Las Vegas Blvd So., Ste. 1100
4  Las Vegas, NV 89101
   Telephone: (702) 388-6336
5  Facsimile: (702) 388-6020

6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00100-GMN-CWH |
| Plaintiff, | **UNOPPOSED MOTION TO UNSEAL SEARCH WARRANTS** |
| vs. | |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court unseal the following search and seizure warrant that was issued as part of the investigation in this case. The parties are seeking to unseal the warrant so that both parties can have complete copies of the warrant.

The case number of the search and seizure warrant the parties are seeking to unseal is: 2:16-mj-262-GWF.

The warrant, which was filed on April 13, 2016 is captioned: "In the matter of the search of information and records associated with the Hotmail email account larsschmidt22@hotmail.com stored at premises controlled by Microsoft Corporation."

...

...

1

Respectfully submitted,
For the United States:

DANIEL G. BOGDEN
United States Attorney

//s//
_____
CRISTINA SILVA
ELHAM ROOHANI
Assistant United States Attorneys

For the Defense:

//s//
_____
JESS MARCHESE, ESQ.
MICHAEL SANFT, ESQ.
Attorneys for JAN ROUVEN FUECHTENER

IT IS SO ORDERED:

_____
United States Magistrate Judge

July 14, 2016
_____
Date