JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
Attorney for Defendant FUECHTENER

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-100-GMN-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAN ROUVEN FUECHTNER, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER TO CONTINUE CALENDAR CALL AND TRIAL DATE**

　　　IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ., and MICHAEL SANFT, ESQ., Counsel for Defendant JAN ROUVEN FEUCHTENER and CRISTINA SILVA and ELHAM ROOHANI, Assistant United States Attorneys, that the calendar call currently scheduled for July 18, 2016 at 9:00a.m., and the trial currently scheduled for July 25, 2016 be vacated and reset to an August 11, 2016 calendar call and an August 22, 2016 trial date.

　　　This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and they have no objection to the continuance.

3. Counsel for the defense is waiting on a discovery request that they made. It is anticipated that this request will be fulfilled very soon.

4. The additional time requested by this stipulation is excludable in computing the time within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(D) and Title 18, United States Code Section 3161 (h)(7)(A) considering the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv).

5. That a denial of this request would result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Calendar Call and Trial Date and reset to the aforementioned dates and times listed herein.

This is the third request for continuance filed herein.

DATED: July 14, 2016

| /S/ | /S/ |
|---|---|
| JESS R MARCHESE, ESQ. | CRISTINA SILVA, ESQ. |
| 601 S. LAS VEGAS BLVD. | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR THE DEFENDANT | LAS VEGAS, NEVADA 89101 |

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
Attorney for Defendant FUECHTENER

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-100-GMN-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAN ROUVEN FUECHTENER, | ) | |
| | ) | |
| Defendant. | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and they have no objection to the continuance.

3. Counsel for the defense is waiting on a discovery request that they made. It is anticipated that this request will be fulfilled very soon.

4. The additional time requested by this stipulation is excludable in computing the time within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(D) and Title 18, United States Code Section 3161 (h)(7)(A) considering the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv).

5. That a denial of this request would result in a miscarriage of justice.

6. This is the third request filed herein.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Calendar Call to August 11, 2016 and Trial Date to August 22, 2016.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for trial.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the calendar call currently scheduled for July 18, 2016, at 9:00 a.m., be continued to the **11th** day of **August**, **2016** at **11:00am**, in courtroom **7d** and the trial currently scheduled for July 25, 2016, at 9:00 a.m., be continued to the **22nd** day of **August**, **2016** at **8:30am**, in courtroom **7d.**

DATED this __17th__ day of _____July_____, 2016.

_____
U.S. DISTRICT JUDGE

IT IS FURTHER ORDERED that the parties shall have until August 4, 2016 to file proposed voir dire, proposed jury instructions, trial briefs, exhibit and witness lists.