```
SUBT
BENJAMIN C. DURHAM
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 South Tenth Street
Las Vegas, Nevada 89101
P: (702) 631-6111
F: (702) 946-1396
```
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.

JAN ROUVEN FUECHTENER,

        *Defendant.*

Case no. 2:16-cr-100

### SUBSTITUTION OF ATTORNEY

COMES NOW the Defendant, JAN ROUVEN FUECHTENER, and hereby substitutes BENJAMIN C. DURHAM, of BENJAMIN DURHAM LAW FIRM, as Defendant's attorney of record in the above-entitled action, in place and stead of MICHAEL W. SANFT, on this 24 day of July, 2016.

By: _____
JAN ROUVEN FUECHTENER

BENJAMIN C. DURHAM, of BENJAMIN DURHAM LAW FIRM, hereby accepts and consents to the above and foregoing substitution as attorney of record for Defendant JAN ROUVEN FUECHTENER in the above-entitled action, in place and stead of MICHAEL W. SANFT, on this 24 day of July, 2016.

BENJAMIN DURHAM LAW FIRM

By:     /s/ Benjamin Durham
BENJAMIN C. DURHAM
Nevada Bar No. 7684

MICHAEL W. SANFT hereby consents to the above and foregoing substitution of BENJAMIN C. DURHAM, of BENJAMIN DURHAM LAW FIRM, as attorney of record for Defendant JAN ROUVEN FUECHTENER in the above-entitled matter.

DATED this ~~21~~ day of July, 2016.

By: _____
MICHAEL W. SANFT
Nevada Bar No. 8475

## CERTIFICATE OF SERVICE

I certify that all parties to this action are registered members of the District Court's efiling system, and that service was accomplished via filing this pleading with the efiling system on the 2 day of ~~July,~~ August 2016.

BENJAMIN DURHAM LAW FIRM

By: _____/s/ Benjamin Durham_____
BENJAMIN C. DURHAM
Nevada Bar No. 7684
*Attorney for Defendant*