BENJAMIN C. DURHAM, ESQ.
Nevada Bar No. 7684
**BENJAMIN DURHAM LAW FIRM**
601 South Tenth Street
Las Vegas, Nevada 89101
P: (702) 631-6111
F: (702) 946-1396
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> vs. <br><br> JAN ROUVEN FUECHTENER, <br><br> *Defendant.* | Case no. 2:16-CR-100 <br><br> **DESIGNATION OF RETAINED COUNSEL AND APPEARANCE PRAECIPE** |

DESIGNATION OF RETAINED COUNSEL

The undersigned Defendant, JAN ROUVEN FUECHTENER, hereby appoints BENJAMIN C. DURHAM, ESQ. of BENJAMIN DURHAM LAW FIRM to appear generally for him as attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED this 8th day of August, 2016.

By: ___/s/ Jan Rouven Fuechtener___
JAN ROUVEN FUECHTENER

APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request that the Clerk enter my appearance as attorney for the Defendant in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then only when consent of the Defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the Defendant advised as to all proceedings in this case and to inform him when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED this 8th day of August, 2016.

BENJAMIN DURHAM LAW FIRM

By:   /s/ Benjamin Durham
BENJAMIN C. DURHAM, ESQ.
Nevada Bar No. 7684

### CERTIFICATE OF ELECTRONIC SERVICE

I HEREBY CERTIFY that all parties to this action are registered members of the court's electronic filing system, and that on Wednesday, August 10, 2016, a true and correct copy of the foregoing document:

DESIGNATION OF RETAINED COUNSEL AND APPEARANCE PRAECIPE

was filed with the court's electronic filing system and that service was accomplished automatically.

By:   /s/ Cristina Flores
An employee of BENJAMIN DURHAM, LAW FIRM