JESS R. MARCHESE, ESQ.
Nevada Bar No. 8175
**MARCHESE LAW OFFICES**
601 S. Las Vegas Blvd.
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
BENJAMIN C. DURHAM, ESQ.
Nevada Bar No. 7684
**DURHAM LAW OFFICES, PC**
601 S. 10TH Street
Las Vegas Nevada 89101
(702) 631-6111
bdurham@vegasdefense.com
Attorneys for Defendant Jan Rouven Fuechtener

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

               Plaintiff,

  -vs-

JAN ROUVEN FUECHTENER,

               Defendant.

Case No.:  2:16-cr100-GMN-CWH

## DEFENDANT JAN ROUVEN FUECHTENER'S WAIVER OF JURY TRIAL

Pursuant to Federal Rule 23(a) of Criminal Procedure Rule Defendant herein, JAN ROUVEN

///

///

///

1

1    FUECHTENER, hereby files this written waiver to his right to a jury trial.

2

3    _(signature)_                 9-27-16

4    JAN ROUVEN FUECHTENER           DATE

5

6

7

8    _____

9    UNITED STATES ATTORNEY'S OFFICE      DATE

10

11

12

13    _____

     UNITED STATES DISTRICT COURT JUDGE    DATE

14

15

16

17

18           Respectfully submitted by:    _(signature)_____

19                                     JESS R. MARCHESE, ESQ.

20                                     Attorney for Defendant

                                       JAN ROUVEN FUECHTENER

21

22

23

24

25

26

27

28

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing waiver was filed on September 28,

3

4   2016 via the Southern District of Nevada ECF system to the all registered following recipients:

5   Ms. Cristina Silva, Esq.
Ms. Elham "Ellie" Roohani , Esq.
6   United States Attorney's Office

7

8

_____/s/_____
9                                    Employee of Jess R. Marchese, Esq.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3