DANIEL G. BOGDEN
United States Attorney
ELHAM ROOHANI
Nevada Bar #12080
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
elham.roohani@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | 2:16-cr-00100-GMN-PAL<br><br>NOTICE OF NON-OPPOSITION TO DEFENDANT'S WAIVER OF JURY TRIAL (ECF No. 79) |

The United States of America, through the undersigned, respectfully submits this notice of non-opposition to the Defendant's Waiver of Jury Trial, ECF No. 79. The Government respectfully requests that this Honorable Court canvass the Defendant regarding his knowing and voluntary waiver of his 6th Amendment Jury Trial rights prior to calendar call, currently set for October 11, 2016 at 9:00 a.m.

DATED this 4th day of October, 2016.

DANIEL G. BOGDEN
United States Attorney

//s//
ELHAM ROOHANI
Assistant United States Attorney

1