EXHIBIT LIST

Case No. :  2:16-cr-00100-GMN-CWH
UNITED STATES OF AMERICA v. JAN ROUVEN FUECHTENER
Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | | | Child Pornography videos from 09/14/2015 download |
| | | | | GigaTribe chats with undercover TFO |
| | | | | Screenshots of undercover TFO showing files available for downloading |
| | | | | Drawn Map of 7080 Donald Nelson Ave., LV on 01/21/2016 |
| | | | | Photographs from Search Warrant executed at 7080 Donald Nelson Ave., LV on 01/21/2016 |
| | | | | Photos of 1B1, in place |
| | | | | Photos of 1B2, in place |
| | | | | Photos of 1B3, in place |
| | | | | Photos of 1B7, in place |
| | | | | Photos of 1B13, in place |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | Photos of 1B30, in place |
| | | | | |
| | | | | Photos of 1B37, in place |
| | | | | |
| | | | | Thomas Radke's Expert Reports |
| | | | | |
| | | | | IEF Report 1B1 |
| | | | | |
| | | | | IEF Report 1B2 |
| | | | | |
| | | | | IEF Report 1B3 |
| | | | | |
| | | | | IEF Report 1B7 |
| | | | | |
| | | | | IEF Report 1B13 |
| | | | | |
| | | | | IEF Report 1B16 |
| | | | | |
| | | | | IEF Report 1B21 |
| | | | | |
| | | | | IEF Report 1B30 |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | IEF Report 1B37 |
| | | | | |
| | | | | Gigatribe Chats Print Out |
| | | | | |
| | | | | Skype Chats (w/ time conversions) |
| | | | | |
| | | | | Grindr Chats |
| | | | | |
| | | | | Hotmail Emails |
| | | | | |
| | | | | Bank of America Credit Card Statement |
| | | | | |
| | | | | Signed *Miranda* Waiver Form Jan Rouven Fuechtener |
| | | | | |
| | | | | Translation of Jail Calls |
| | | | | |
| | | | | Frank Alfter's Travel Records |
| | | | | |
| | | | | Jan Fuechtener's Travel Records |
| | | | | |
| | | | | Child Pornography video from 1B1 Apple MacBook Air |
| | | | | |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | Photos of 1B1 screenshot |
| | | | | |
| | | | | Child Pornography videos from 1B2 SanDisk Ultra Plus |
| | | | | |
| | | | | Child Pornography videos & images from 1B3 |
| | | | | |
| | | | | Print Out of Search Terms from 1B3 |
| | | | | |
| | | | | Child Pornography videos & images from 1B7 My Passport External HD |
| | | | | |
| | | | | Child Pornography videos from 1B13 Apple MacBook |
| | | | | |
| | | | | Child Pornography videos & images from 1B16 MacBook Pro |
| | | | | |
| | | | | Child Pornography videos from 1B21 External USB HD labeled "Wonder Works" |
| | | | | |
| | | | | Child Pornography videos from 1B30 Gateway Desktop |
| | | | | |
| | | | | Child Pornography videos from 1B37 USB Thumb Drive |
| | | | | |
| | | | | Summary Chart |
| | | | | |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |