EXHIBIT LIST    page __1__

Case #  2:16-cr-00100-GMN-CWH
Caption:  USA v. Jan Rouven Fuechtener

Exhibits for:

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5000 Photograph | | Photo of Defendant with spouse (Frank) |
| | | 5001 Photograph | | Photo of Defendant's spouse with boyfriend (Frank & Kevin) |
| | | 5002 Photograph | | Photo of Defendant's spouse with boyfriend (Frank & Kevin) |
| | | 5003 Photograph | | Photo of Netgear router, power cords and cables |
| | | 5004 Photograph | | Photo of router |

EXHIBIT LIST　　　page __2__

Case # __2:16-cr-00100-GMN-CWH__
Caption: __USA v. Jan Rouven Fuechtener__

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5005 | | Photo of computer and printer |
| Photograph | | | | |
| | | 5006 | | Photo of office |
| Photograph | | | | |
| | | 5007 | | Photo of closet shelf and clothing |
| Photograph | | | | |
| | | 5008 | | Photo of clothing |
| Photograph | | | | |
| | | 5009 | | Photo of closet, closet shelf, clothing and shoes |
| Photograph | | | | |

EXHIBIT LIST   page  3

Case #  2:16-cr-00100-GMN-CWH
Caption:  USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5010 | | Photo of Netgear router |
| Photograph | | | | |
| | | 5011 | | Photo of Netgear router |
| Photograph | | | | |
| | | 5012 | | Photo of PC |
| Photograph | | | | |
| | | 5013 | | Photo of office |
| Photograph | | | | |
| | | 5014 | | Photo of closet |
| Photograph | | | | |

EXHIBIT LIST         page __4__

Case #   2:16-cr-00100-GMN-CWH
Caption:   USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5015 | | Photo of MacBook Air |
| Photograph | | | | |
| | | 5016 | | Photo of Mac |
| Photograph | | | | |
| | | 5017 | | Diagram 1 |
| Diagram | | | | |
| | | 5018 | | Diagram 2 |
| Diagram | | | | |
| | | 5019 | | Diagram 3 |
| Diagram | | | | |

EXHIBIT LIST          page __5__

Case #   __2:16-cr-00100-GMN-CWH__
Caption:   __USA v. Jan Rouven Fuechtener__

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5020 | | Photo of office |
| Photograph | | | | |
| | | 5021 | | Photo of garage |
| Photograph | | | | |
| | | 5022 | | Photo of closet |
| Photograph | | | | |
| | | 5023 | | Photo of closet |
| Photograph | | | | |
| | | 5024 | | Photo of box containing thumb drive |
| Photograph | | | | |

EXHIBIT LIST     page __6__

Case #   2:16-cr-00100-GMN-CWH
Caption: USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5025 | | Photo of luggage and MacBook |
| Photograph | | | | |
| | | 5026 | | Photo of garage |
| Photograph | | | | |
| | | 5027 | | Dropbox folder |
| Printout | | | | |
| | | 5028 | | Photo of Aerial View of House |
| Photograph | | | | |
| | | 5029 | | Photo of Mac computer |
| Photograph | | | | |

EXHIBIT LIST        page __7__

Case #   2:16-cr-00100-GMN-CWH
Caption:   USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5030 | | Photo of Mac screen |
| Photograph | | | | |
| | | 5031 | | Photo of iPad |
| Photograph | | | | |
| | | 5032 | | Photo of detached office |
| Photograph | | | | |
| | | 5033-A | | Diagram 4 |
| Diagram | | | | |
| | | 5033-B | | Diagram 5 |
| Diagram | | | | |

EXHIBIT LIST        page ___8_____

Case #   __2:16-cr-00100-GMN-CWH__
Caption:   __USA v. Jan Rouven Fuechtener__

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5034-A | | Tropicana show schedule September 2015 |
| Schedule | | | | |
| | | 5034-B | | Tropicana show schedule March 2015 |
| Schedule | | | | |
| | | 5034-C | | Tropicana show schedule April 2015 |
| Schedule | | | | |
| | | 5034-D | | Tropicana show schedule May 2015 |
| Schedule | | | | |
| | | 5034-E | | Tropicana show schedule June 2015 |
| Schedule | | | | |

EXHIBIT LIST     page  9

Case #  2:16-cr-00100-GMN-CWH
Caption:  USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5034-F | | Tropicana show schedule July 2015 |
| Schedule | | | | |
| | | 5034-G | | Tropicana show schedule August 2015 |
| Schedule | | | | |
| | | 5034-H | | Tropicana show schedule September 2015 |
| Schedule | | | | |
| | | 5035-A | | GigaTribe printout |
| Printout | | | | |
| | | 5035-B | | GigaTribe printout |
| Printout | | | | |

EXHIBIT LIST      page __10__

Case #   2:16-cr-00100-GMN-CWH
Caption:   USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5035-C | | GigaTribe printout |
| Printout | | | | |
| | | 5035-D | | GigaTribe printout |
| Printout | | | | |
| | | 5035-E | | GigaTribe printout |
| Printout | | | | |
| | | 5035-F | | GigaTribe printout |
| Printout | | | | |
| | | 5035-G | | GigaTribe printout |
| Printout | | | | |

EXHIBIT LIST   page __11__

Case #   2:16-cr-00100-GMN-CWH
Caption:   USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5035-H | | GigaTribe printout |
| Printout | | | | |
| | | 5036 | | Letter from Defendant's spouse (Frank) |
| Letter | | | | |
| | | 5037 | | Dropbox printout |
| Printout | | | | |
| | | 5038 | | Skype chats |
| Chats | | | | |
| | | 5039 | | Credit card statement |
| Statement | | | | |

EXHIBIT LIST    page __12__

Case # __2:16-cr-00100-GMN-CWH__
Caption: __USA v. Jan Rouven Fuechtener__

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5040 | | Grindr chat Printout |
| | | | | |
| | | | | |
| | | | | |
| | | | | |