DANIEL G. BOGDEN
United States Attorney
District of Nevada
LISA CARTIER-GIROUX
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Lisa.Cartier-Giroux@usdoj.gov

Attorney for Plaintiff, United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, | ) |
| | ) Case No.: 2:16-cr-00100-GMN-CWH |
| Plaintiff, | ) |
| | ) NOTICE OF APPEARANCE |
| vs. | ) |
| | ) |
| JAN ROUVEN FUECHTENER, | ) |
| | ) |
| Defendant. | ) |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Lisa Cartier-Giroux, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Dated this 13th day of October, 2016.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

_____/s/_____
LISA CARTIER-GIROUX
Assistant United States Attorney