DANIEL G. BOGDEN
United States Attorney
ELHAM ROOHANI
Nevada Bar #12080
LISA CARTIER-GIROUX
Nevada Bar #14040
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
elham.roohani@usdoj.gov
lisa.cartier-giroux@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:16-cr-00100-GMN-CWH |
| vs. | ) **GOVERNMENT'S MOTION TO EXCLUDE ALIBI DEFENSE** |
| JAN ROUVEN FUECHTENER, | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and ELHAM ROOHANI and LISA CARTIER-GIROUX, Assistant United States Attorneys, and files this motion to exclude any alibi defense.

Under the commentary to Rule 12.1, the Government's notice of alibi demand triggers the Defendant's duty to inform the Government of his intention to rely upon the defense of alibi. Fed. R. Crim. P. 12.1 (Notes of Committee on the Judiciary, House Report No. 94–247; 1975 Amendment). Once the Government receives a response, then the Government must advise the defendant of the specific time, date, and place at which the offense is alleged

to have been committed.  *See* Fed. R. Crim. P. 12.1 (commentary).

In its Government Disclosure Statement, and on May 13 and 31, 2016, the Government made demands for notice of an alibi defense under Fed. R. Crim. P. 12.1. The morning of Calendar Call, the Defendant indicated an intent to rely on an alibi defense. The same day, the undersigned sent a detailed demand advising the Defendant of the specific time, date, and place at which the offense is alleged to have been committed.  On October 13, 2016, defense counsel indicated that the Defendant does not intend to rely on an alibi defense.  However, the Government files this motion out of an abundance of caution based on the Defendant's witness and exhibit list.

As the Defendant has disavowed any alibi defense, the Court should exclude any evidence or witness testimony to support an alibi defense.

Respectfully submitted this 14th day of October, 2016.

DANIEL G. BOGDEN
United States Attorney

/s/

ELHAM ROOHANI
LISA CARTIER-GIROUX
Assistant United States Attorneys