# EXHIBIT 2

Bank of America Legal Order Processing
Regarding reference number: D070816000516
Court case number: 2:16-cr-100-GMN-CWH
Court or issuer: UNITED STATES ATTORNEY'S OFFICE
Court case name: JAN FUECHTENER

## AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS
Before me, the undersigned authority, personally appeared,
Kurtis Parker
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Kurtis Parker, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| JAN R FUECHTENER | 7314 | Statements | March 2015 – March 2016 |
| FRANK ALFTER MAGIC ENTERPRISES | 1797 | Statements, Application | March 2015 – March 2016 |
| FRANK D ALFTER JAN R FUCHTENER SECONDARY ACCOUNT | 2571 | Signature card, statements, Deposits | March 2015 – March 2016 |
| FRANK D ALFTER JAN R FUCHTENER SECONDARY ACCOUNT | 4649 | Signature card, statements, Deposits | March 2015 – March 2016 |
| FRANK D ALFTER JAN R FUCHTENER | 4652 | Signature card, statements | March 2015 – March 2016 |
| FRANK D ALFTER | 6675 | Statement | March 2015 – September 2015 |
| FRANK ALFTER MAGIC ENTERPRISES | 7888 | Statement | December 2015 – February 2016 |
| FRANK ALFTER MAGIC ENTERPRISES LLC DBA FAME | 1329 | Signature card, statements, checks, deposits | March 2015 – March 2016 |
| FRANK ALFTER MAGIC ENTERPRISES LLC DBA FAME | 1332 | Signature card, Statements | March 2015 – March 2016 |

******SOME ITEMS PROVIDED ELECTRONICALLY********

3.) **Production.**
   ___X___ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
OR
   _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: _____ Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

__X__ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this __22__ day of __July 2016__. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of Delaware
City/County of Newark/ New Castle
My Commission Expires _____

AARON MATTHEW WARNER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 06, 2018