# EXHIBIT 3



DATE: Tuesday, October 11, 2016

A. I HEREBY CERTIFY that the annexed documents listed or described below, as redacted to remove sensitive personal identifying information (PII) of CBP employees and/or sensitive internal security codes, are true and correct copies of official records (or extracts there from) maintained _____TECS_____ and that I am the custodian thereof:

Information on the following for January 01, 2015 through March 22, 2016:

Jan Rouven FUECHTENER, DOB 07/08/1977
   Person Crossing History                       2 Records
Frank ALFTER, DOB 09/17/1959
   Person Crossing History                       10 Records

_____
*Signature*

**Custodian of Record**
*Title*

B. I HEREBY CERTIFY that __Babette Grout__ who signed the foregoing certificate was at the time of signing __Designated Custodian of Record__ and as such, was the legal custodian of the above listed documents, and that full faith and credit should be given to such a certificate.



IN TESTIMONY WHEREOF I have hereunto set my hand, and caused the seal of the Department of Homeland Security to be affixed this ___Eleventh___ day of ___October___ Two Thousand and Sixteen.

By direction of the Secretary, U.S. Department of Homeland Security;