JESS R. MARCHESE, ESQ.
Nevada Bar No. 8175
**MARCHESE LAW OFFICES**
601 S. Las Vegas Blvd.
Las Vegas, NV 89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
BENJAMIN C. DURHAM, ESQ.
Nevada Bar No. 7684
**DURHAM LAW OFFICES, PC**
601 S. 10TH Street
Las Vegas Nevada 89101
(702) 631-6111
bdurham@vegasdefense.com
Attorneys for Defendant Jan Rouven Fuechtener

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No.: 2:16-cr100-GMN-CWH |

### DEFENDANT JAN ROUVEN FUECHTENER'S WAIVER OF JURY TRIAL

Pursuant to Federal Rule 23(a) of Criminal Procedure Rule Defendant herein, JAN ROUVEN

///

///

///

1

FUECHTENER, hereby files this written waiver to his right to a jury trial.

_____  9-27-16
JAN ROUVEN FUECHTENER            DATE


_____  10-14-16
UNITED STATES ATTORNEY'S OFFICE  DATE


_____  10-14-16
UNITED STATES DISTRICT COURT JUDGE  DATE


Respectfully submitted by:  _____
                            JESS R. MARCHESE, ESQ.
                            Attorney for Defendant
                            JAN ROUVEN FUECHTENER