DANIEL G. BOGDEN
United States Attorney
ELHAM ROOHANI
Nevada Bar #12080
LISA CARTIER-GIROUX
Nevada Bar #14040
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
elham.roohani@usdoj.gov
lisa.cartier-giroux@usdoj.gov
Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No. 2:16-cr-00100-GMN-CWH<br><br>**GOVERNMENT'S RENEWED MOTION TO EXCLUDE ALIBI DEFENSE** |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and ELHAM ROOHANI and LISA CARTIER-GIROUX, Assistant United States Attorneys, and files this renewed motion to exclude any alibi defense.

On October 14, 2016, the United States filed a Motion-in-Limine to Exclude Alibi Defense (Doc. #98), requesting an order from the Court to exclude evidence or testimony to support an alibi defense. The defendant filed a Response to the Government's Motion to Exclude Alibi Defense (Doc. #107) on October 20, 2016.  At the hearing on Monday, October 24, 2016, the Court denied the United States' Motion as not ripe for adjudication. While the

Court found that the October 11, 2016 detailed demand by the United States under Rule 12.1 was a complete and valid request, the Court calculated that the defendant had until October 25, 2016 to respond to the demand. Doc. #118.  As of the filing of this motion on October 28, 2016, Defendant has not responded to the United States' demand.

The United States, therefore, renews its Motion to Exclude Alibi Defense, and incorporates and re-alleges all the arguments made in the Motion filed on October 14, 2016 (Doc. #98). The United States respectfully requests that this Court exclude any evidence or witness testimony to support an alibi defense.

Respectfully submitted this 28th day of October, 2016.

DANIEL G. BOGDEN
United States Attorney

/s/

ELHAM ROOHANI
LISA CARTIER-GIROUX
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I, ELHAM ROOHANI, certify that the following individual was served with a copy of the GOVERNMENT'S RENEWED MOTION TO EXCLUDE ALIBI DEFENSE on this date by the below identified method of service:

Electronic Case Filing

Jess R. Marchese, Esq.
Counsel for Defendant
601 Las Vegas Blvd. South
Las Vegas, NV 89101

1  DATED:        October 28, 2016

2

3

4                                            _____
                                             /s/
                                             ELHAM ROOHANI
5                                            Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24