EXHIBIT LIST

Case No. :  2:16-cr-00100-GMN-CWH
UNITED STATES OF AMERICA v. JAN ROUVEN FUECHTENER
Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.    Witness | DESCRIPTION |
|---|---|---|---|
| | | 1 | Child Pornography videos from 09/14/2015 download |
| | | 2A | Disk of undercover TFO video |
| | | 2B | Screenshots from 2A of GigaTribe chats with undercover TFO |
| | | 2C | Screenshots from 2A of undercover TFO noticing files available for downloading |
| | | 3A | Drawn Map of 7080 Donald Nelson Ave., LV on 01/21/2016 |
| | | 3B | Drawn Map of 7080 Donald Nelson Ave., LV on 01/21/2016 |
| | | 3C | Drawn Map of 7080 Donald Nelson Ave., LV on 01/21/2016 |
| | | 3D | Drawn Map of 7080 Donald Nelson Ave., LV on 01/21/2016 |
| | | 4A | Photos of 1B1, in place Photos of 1B2, in place |
| | | 4B | Photos of 1B1, in place Photos of 1B2, in place |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 5A | | Photos of 1B3, in place |
| | | 5B | | Photos of 1B3, in place |
| | | 5C | | Photos of 1B3, in place |
| | | 6A | | Photos of 1B7, in place |
| | | 6B | | Photos of 1B7, in place |
| | | 7A | | Photos of 1B13, in place |
| | | 7B | | Photos of 1B13, in place |
| | | 8A | | Photos of 1B30, in place |
| | | 8B | | Photos of 1B30, in place |
| | | 9A | | Photos of 1B37, in place |
| | | 9B | | Photos of 1B37, in place |
| | | 9C | | Photos of 1B37, in place |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | 10A | | Thomas Radke's Expert Reports |
| | | | | |
| | | 10B | | Thomas Radke's Expert Reports |
| | | | | |
| | | 10C | | Thomas Radke's Expert Reports |
| | | | | |
| | | 11 | | IEF Report 1B1 |
| | | | | |
| | | 12 | | IEF Report 1B2 |
| | | | | |
| | | 13 | | IEF Report 1B3 |
| | | | | |
| | | 14 | | IEF Report 1B7 |
| | | | | |
| | | 15 | | IEF Report 1B13 |
| | | | | |
| | | 16 | | IEF Report 1B16 |
| | | | | |
| | | 17 | | IEF Report 1B21 |
| | | | | |
| | | 18 | | IEF Report 1B30 |
| | | | | |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | 19 | | IEF Report 1B37 |
| | | | | |
| | | 20A | | Skype Chats (w/ time conversions) |
| | | | | |
| | | 20B | | Skype Chats (w/ time conversions) |
| | | | | |
| | | 20C | | Skype Chats (w/ time conversions) |
| | | | | |
| | | 21A | | Grindr Profile Information |
| | | | | |
| | | 21B | | Grindr Chats |
| | | | | |
| | | 22A | | Grindr Profile Information |
| | | | | |
| | | 22B | | Grindr Chats |
| | | | | |
| | | 23A | | Hotmail Emails |
| | | | | |
| | | 23B | | Hotmail Emails |
| | | | | |
| | | 23C | | Hotmail Emails |
| | | | | |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No.   Witness | | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | 23D | | Hotmail Emails |
| | | | | |
| | | 23E | | Hotmail Emails |
| | | | | |
| | | 23F | | Hotmail Emails |
| | | | | |
| | | 24 | | Bank of America Credit Card Statement |
| | | | | |
| | | 25A | | CDR Jail Call |
| | | | | |
| | | 25B | | Translation Jail Call |
| | | | | |
| | | 26A | | CDR Jail Call |
| | | | | |
| | | 26B | | Translation Jail Call |
| | | | | |
| | | 27A | | CDR Jail Call |
| | | | | |
| | | 27B | | Translation Jail Call |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | 28A | | Gigatribe Chat Printout Original |
| | | | | |
| | | 28B | | Gigatribe Chat Printout Translation |
| | | | | |
| | | 29 | | Frank Alfter and Jan Fuechtener's Certified Travel Records |
| | | | | |
| | | 30 | | Child Pornography video from 1B1 Apple MacBook Air |
| | | | | |
| | | 31 | | Photos of 1B1 screenshot |
| | | | | |
| | | 32 | | Child Pornography videos from 1B2 SanDisk Ultra Plus |
| | | | | |
| | | 33 | | Child Pornography videos & images from 1B3 |
| | | | | |
| | | 34 | | Print Out of Search Terms from 1B3 |
| | | | | |
| | | 35 | | Child Pornography videos & images from 1B7 My Passport External HD |
| | | | | |
| | | 36 | | Child Pornography videos from 1B13 Apple MacBook |
| | | | | |
| | | 37 | | Child Pornography videos & images from 1B16 MacBook Pro |
| | | | | |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | 38 | | Child Pornography videos from 1B21 External USB HD labeled "Wonder Works" |
| | | | | |
| | | 39 | | Child Pornography videos from 1B30 Gateway Desktop |
| | | | | |
| | | 40 | | Child Pornography videos from 1B37 USB Thumb Drive |
| | | | | |
| | | 41 | | Summary Chart |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |