EXHIBIT LIST   page __1__

Case #   2:16-cr-00100-GMN-CWH
Caption:   USA v. Jan Rouven Fuechtener

Exhibits for:

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5000 | | Photo of Defendant with spouse (Frank) |
| Photograph | | | | |
| | | 5001 | | Photo of Defendant's spouse with boyfriend (Frank & Kevin) |
| Photograph | | | | |
| | | 5002 | | Photo of Defendant's spouse with boyfriend (Frank & Kevin) |
| Photograph | | | | |
| | | 5003 | | Photo of Netgear router, power cords and cables |
| Photograph | | | | |
| | | 5004 | | Photo of router |
| Photograph | | | | |

EXHIBIT LIST          page ___2___

Case # ___2:16-cr-00100-GMN-CWH___
Caption: ___USA v. Jan Rouven Fuechtener___

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5005 | | Photo of computer and printer |
| Photograph | | | | |
| | | 5006 | | Photo of office |
| Photograph | | | | |
| | | 5007 | | Photo of closet shelf and clothing |
| Photograph | | | | |
| | | 5008 | | Photo of clothing |
| Photograph | | | | |
| | | 5009 | | Photo of closet, closet shelf, clothing and shoes |
| Photograph | | | | |

EXHIBIT LIST       page __3__

Case #   2:16-cr-00100-GMN-CWH
Caption:   USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5010 | | Photo of Netgear router |
| Photograph | | | | |
| | | 5011 | | Photo of Netgear router |
| Photograph | | | | |
| | | 5012 | | Photo of Office |
| Photograph | | | | |
| | | 5013 | | Photo of office |
| Photograph | | | | |
| | | 5014 | | Photo of closet |
| Photograph | | | | |

EXHIBIT LIST          page __4__

Case #   2:16-cr-00100-GMN-CWH
Caption:   USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5015 | | Photo of MacBook Air |
| Photograph | | | | |
| | | 5016 | | Photo of Mac |
| Photograph | | | | |
| | | 5017 | | Photo of detached office |
| Diagram | | | | |
| | | 5018 | | Photo of garage |
| Diagram | | | | |
| | | 5019 | | Photo of closet |
| Diagram | | | | |

EXHIBIT LIST  page __5__

Case # __2:16-cr-00100-GMN-CWH__
Caption: __USA v. Jan Rouven Fuechtener__

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5020 | | Photo of closet |
| Photograph | | | | |
| | | 5021 | | Photo of jewelry box |
| Photograph | | | | |
| | | 5022 | | Photo of suitcase & computer |
| Photograph | | | | |
| | | 5023 | | Photo of garage |
| Photograph | | | | |
| | | 5024 | | Dropbox printout |
| Printout | | | | |

EXHIBIT LIST       page ___6___

Case #   2:16-cr-00100-GMN-CWH
Caption:   USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5025 | | Photo of Aerial View of House |
| Photograph | | | | |
| | | 5026 | | Photo of Mac computer |
| Photgrap | | | | |
| | | 5027 | | Photo of mac screen |
| | | | | |
| | | 5028 | | Photo of iPad |
| Photograph | | | | |
| | | 5029 | | Photo of Male w driver license |
| Photograph | | | | |

EXHIBIT LIST     page  7

Case #  2:16-cr-00100-GMN-CWH
Caption:  USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5030 | | Tropicana show schedules |
| Show schedule | | | | |
| | | 5031 | | Dropbox printout |
| Printout | | | | |
| | | 5032 | | Photo of closet |
| Photograph | | | | |
| | | 5033 | | Photo of closet |
| Photgraph | | | | |
| | | 5034 | | Credit Card Statement |
| Statement | | | | |

EXHIBIT LIST     page __8__

Case #  __2:16-cr-00100-GMN-CWH__
Caption:  __USA v. Jan Rouven Fuechtener__

Tropicana show schedule

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5035 | | Grindr chats |
| Printout | | | | |
| | | 5036 | | Skype chats |
| Printouts | | | | |
| | | 5037 | | Photo of closet |
| Photograph | | | | |
| | | 5038 | | Photo of bedroom |
| Photograph | | | | |
| | | 5039 | | Letter from Frank Alfter |
| Letter | | | | |

EXHIBIT LIST        page __9__

Case #   2:16-cr-00100-GMN-CWH
Caption:   USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5040 | | hotmail email |
| Printout | | | | |
| | | 5041 | | Video of house |
| Video | | | | |
| | | 5042 | | |
| | | 5043 | | |
| | | 5044 | | |