**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-00100-GMN-CWH |
| vs. | DATE: November 16, 2016 |
| JAN ROUVEN FUECHTENER, | MINUTES OF PROCEEDINGS |
| Defendant. | BENCH TRIAL (DAY 3) |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich        COURT REPORTER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Elham Roohani and Lisa Cartier-Giroux with Special Agent Mari Panovich

COUNSEL FOR DEFENDANT: Jess Marchese, Benjamin Durham, and Michael Sanft

MINUTES OF PROCEEDINGS: Bench Trial (Day 3)

12:12 p.m.  The Court convenes.  The Government requests that **EXHIBIT 47,** excerpts from the translation of jail calls, be marked and admitted.  There being no objection, **EXHIBIT 47 is ADMITTED into evidence.**

12:16 p.m.  **SPECIAL AGENT MARI PANOVICH**, called on behalf of the Government and previously sworn, testifies on direct examination by Ms. Cartier-Giroux.  **EXHIBITS 30, 32, 33, 34, 35 and 48 are ADMITTED into evidence.  EXHIBIT 41 is marked but not admitted.**

1:34 p.m.  The Court recesses for an afternoon break.

2:52 p.m.  The Court reconvenes.  The Government requests additional time to prepare documents for the Defendant's review.  The Defendant agrees to the continuance.  The Court states it will reconvene at 4:00 p.m.

2:53 p.m.  The Court stands at recess.

4:42 p.m.  The Court reconvenes.   The parties indicate that they jointly need additional time to prepare documents.  The Court will continue the trial in this matter to the following day.

4:44 p.m.  The Court stands at recess for the day.

///
///
///

Bench Trial is continued to Thursday, November 17, 2016 at 12:00 p.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

LANCE S. WILSON, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Aaron Blazevich, Deputy Clerk