# EXHIBIT LIST

Case #: 2:16-cr-00100-GMN-CWH
Caption: USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 17 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5000 Photograph | | Photo of Defendant with spouse (Frank) |
| | | 5001 Photograph | | Photo of Defendant's spouse with boyfriend (Frank & Kevin) |
| | | 5002 Photograph | | Photo of Defendant's spouse with boyfriend (Frank & Kevin) |
| | | 5003 Photograph | | Photo of Netgear router, power cords and cables |
| | | 5004 Photograph | | Photo of router |

EXHIBIT LIST          page __2__

Case #  2:16-cr-00100-GMN-CWH
Caption:  USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5005 | | Photo of computer and printer |
| Photograph | | | | |
| | | 5006 | | Photo of office |
| Photograph | | | | |
| | | 5007 | | Photo of closet shelf and clothing |
| Photograph | | | | |
| | | 5008 | | Photo of clothing |
| Photograph | | | | |
| | | 5009 | | Photo of closet, closet shelf, clothing and shoes |
| Photograph | | | | |

EXHIBIT LIST            page ___3___

Case #   __2:16-cr-00100-GMN-CWH__
Caption: __USA v. Jan Rouven Fuechtener__

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5010 | | Photo of Netgear router |
| Photograph | | | | |
| | | 5011 | | Photo of Netgear router |
| Photograph | | | | |
| 11/14/16 | 11/4/16 | 5012 | Flaherty-3 | Photo of Office |
| Photograph | | | | |
| 11/14/16 | 11/14/16 | 5013 | Flaherty-3 | Photo of office |
| Photograph | | | | |
| | | 5014 | | Photo of closet |
| Photograph | | | | |

EXHIBIT LIST     page ___4___

Case #   2:16-cr-00100-GMN-CWH
Caption:  USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5015 | | Photo of MacBook Air |
| Photograph | | | | |
| | | 5016 | | Photo of Mac |
| Photograph | | | | |
| | | 5017 | | Photo of detached office |
| Diagram | | | | |
| | | 5018 | | Photo of garage |
| Diagram | | | | |
| | | 5019 | | Photo of closet |
| Diagram | | | | |

EXHIBIT LIST                page  5

Case #   2:16-cr-00100-GMN-CWH
Caption: USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5020 | | Photo of closet |
| Photograph | | | | |
| | | 5021 | | Photo of jewelry box |
| Photograph | | | | |
| | | 5022 | | Photo of suitcase & computer |
| Photograph | | | | |
| | | 5023 | | Photo of garage |
| Photograph | | | | |
| | | 5024 | | Dropbox printout |
| Printout | | | | |

EXHIBIT LIST                    page ___6___

Case #    2:16-cr-00100-GMN-CWH
Caption:  USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 5025 | | Photo of Aerial View of House |
| Photograph | | | | |
| | | 5026 | | Photo of Mac computer |
| Photgrap | | | | |
| | | 5027 | | Photo of mac screen |
| | | | | |
| | | 5028 | | Photo of iPad |
| Photograph | | | | |
| | | 5029 | | Photo of Male w driver license |
| Photograph | | | | |

EXHIBIT LIST   page __7__

Case #   2:16-cr-00100-GMN-CWH
Caption:  USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
|  |  | 5030 |  | Tropicana show schedules |
| Show schedule | | | | |
|  |  | 5031 |  | Dropbox printout |
| Printout | | | | |
| 11/14/16 | 11/14/16 | 5032 | Flaherty-3 | Photo of closet |
| Photograph | | | | |
| 11/14/16 | 11/14/16 | 5033 | Flaherty-3 | Photo of closet |
| Photograph | | | | |
|  |  | 5034 |  | Credit Card Statement |
| Statement | | | | |

EXHIBIT LIST                              page __8__

Case #  __2:16-cr-00100-GMN-CWH__
Caption: __USA v. Jan Rouven Fuechtener__

Tropicana show schedule

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| 11/15/2016 Printout | 11/15/2016 | 5035 | Badalucco - 6 | Grindr chats |
| Printouts | 11/15/2016 | 5036 | Badalucco - 6 | Skype chats |
| 11/14/16 Photograph | 11/14/16 | 5037 | Flaherty - 3 | Photo of closet |
| 11/14/16 Photograph | 11/14/16 | 5038 | Flaherty - 3 | Photo of bedroom |
| Letter | | 5039 | | Letter from Frank Alfter |

EXHIBIT LIST         page __9__

Case #   2:16-cr-00100-GMN-CWH
Caption:   USA v. Jan Rouven Fuechtener

Exhibits for: Defendant Jan Rouven Fuechtener

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| 11/15/2016 | 11/15/2016 | 5040 | Badalucco - Le | hotmail email Printout |
| 11/15/2016 | 11/15/2016 | 5040 A | Badalucco - Le | Enlarged Photo — Enlarged photo from 5040 |
|  |  | 5041 |  | Video of house Video |
| 11/15/2016 | 11/15/2016 | 5042 | Badalucco - Le | Email |
|  | 11/15/2016 | 5043 | Schaptry | Notebook Paper with German writing |
|  |  | 5044 |  |  |