

# EXHIBIT LIST

Case No. : 2:16-cr-00100-GMN-CWH
UNITED STATES OF AMERICA v. JAN ROUVEN FUECHTENER
Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| 11/14/2016 | 11/14/2016 | 1 | Ahmed - 2 | Child Pornography videos from 09/14/2015 download |
| 11/14/2016 | 11/14/2016 | 2A | Ahmed - 2 | Disk of undercover TFO video |
| 11/14/2016 | 11/14/2016 | 2B | Ahmed - 2 | Screenshots from 2A of GigaTribe chats with undercover TFO |
| 11/14/2016 | 11/14/2016 | 2C | Ahmed - 2 | Screenshots from 2A of undercover TFO noticing files available for downloading |
| 11/14/2016 | 11/14/16 | 3A | Flaherty - 3 | Drawn Map of 7080 Donald Nelson Ave., LV on 01/21/2016 |
| 11/14/2016 | 11/14/16 | 3B | Flaherty - 3 | Drawn Map of 7080 Donald Nelson Ave., LV on 01/21/2016 |
| 11/14/2016 | 11/14/16 | 3C | Flaherty - 3 | Drawn Map of 7080 Donald Nelson Ave., LV on 01/21/2016 |
| 11/14/2016 | 11/14/16 | 3D | Flaherty - 3 | Drawn Map of 7080 Donald Nelson Ave., LV on 01/21/2016 |
| 11/14/2016 | 11/14/16 | 4A | Flaherty - 3 | Photos of 1B1, in place / Photos of 1B2, in place |
| 11/14/2016 | 11/14/16 | 4B | Flaherty - 3 | Photos of 1B1, in place / Photos of 1B2, in place |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| 11/14/2016 | 11/14/2016 | 5A | Flaherty - 3 | Photos of 1B3, in place |
| 11/14/2016 | 11/14/2016 | 5B | Flaherty - 3 | Photos of 1B3, in place |
| 11/14/2016 | 11/14/2016 | 5C | Flaherty - 3 | Photos of 1B3, in place |
| 11/14/2016 | 11/14/2016 | 6A | Flaherty - 3 | Photos of 1B7, in place |
| 11/14/2016 | 11/14/2016 | 6B | Flaherty - 3 | Photos of 1B7, in place |
| 11/14/2016 | 11/14/2016 | 6C | Flaherty - 3 | Photos of 1B16, in place |
| 11/14/2016 | 11/14/2016 | 7A | Flaherty - 3 | Photos of 1B13, in place |
| 11/14/2016 | 11/14/2016 | 7B | Flaherty - 3 | Photos of 1B13, in place |
| 11/14/2016 | 11/14/2016 | 8A | Flaherty - 3 | Photos of 1B30, in place |
| 11/14/2016 | 11/14/2016 | 8B | Flaherty - 3 | Photos of 1B21, in place<br>Photos of 1B30, in place |
| 11/14/2016 | 11/14/2016 | 9A | Flaherty - 3 | Photos of 1B37, in place |
| 11/14/2016 | 11/14/2016 | 9B | Flaherty - 3 | Photos of 1B37, in place |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| 11/14/2016 | 11/14/2016 | 9C | Flaherty-3 | Photos of 1B37, in place |
| 11/14/2016 | 11/14/2016 | 10A | Radke-5 | Thomas Radke's Expert Reports |
| 11/14/2016 | 11/14/2016 | 10B | Radke-5 | Thomas Radke's Expert Reports |
| 11/14/2016 | 11/14/2016 | 10C | Radke-5 | Thomas Radke's Expert Reports |
| 11/14/2016 | 11/14/2016 | 11 | Radke-5 | IEF Report 1B1 |
| 11/14/2016 | 11/14/2016 | 12 | Radke-5 | IEF Report 1B2 |
| 11/14/2016 | 11/14/2016 | 13 | Radke-5 | IEF Report 1B3 |
| 11/14/2016 | 11/14/2016 | 14 | Radke-5 | IEF Report 1B7 |
| 11/14/2016 | 11/14/2016 | 15 | Radke-5 | IEF Report 1B13 |
| 11/14/2016 | 11/14/2016 | 16 | Radke-5 | IEF Report 1B16 |
| 11/14/2016 | 11/14/2016 | 17 | Radke-5 | IEF Report 1B21 |
| | | | | |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| 11/14/2016 | 11/14/2016 | 18 | Radke-5 | IEF Report 1B30 |
| 11/14/2016 | 11/14/2016 | 19 | Radke-5 | IEF Report 1B37 |
| 11/15/2016 | 11/15/2016 | 20A | Badalucco-6 | Skype Chats (w/ time conversions) |
| 11/15/2016 | 11/15/2016 | 20B | Badalucco-6 | Skype Chats (w/ time conversions) |
|  |  | 20C |  | Skype Chats (w/ time conversions) |
| 11/15/2016 | 11/15/2016 | 21A | Badalucco-6 | Grindr Profile Information |
| 11/15/2016 | 11/14/2016 | 21B | Carry-1, Badalucco-6 | Grindr Chats |
| 11/15/2016 | 11/15/2016 | 22A | Badalucco-6 | Grindr Profile Information |
| 11/15/2016 | 11/15/2016 | 22B | Badalucco-6 | Grindr Chats |
| 11/15/2016 | 11/15/2016 | 23A | Badalucco-6 | Hotmail Emails |
| 11/15/2016 | 11/15/2016 | 23B | Badalucco-6 | Hotmail Emails |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| 11/15/2016 | 11/15/2016 | 23C | Badalucco-6 | Hotmail Emails |
| 11/15/2016 | 11/15/2016 | 23D | Badalucco-6 | Hotmail Emails |
| 11/15/2016 | 11/15/2016 | 23E | Badalucco-6 | Hotmail Emails |
| 11/15/2016 | 11/15/2016 | 23F | Badalucco-6 | Hotmail Emails |
| 11/15/2016 | 11/15/2016 | 24 | Badalucco-6 | Bank of America Credit Card Statement |
|  | 11/15/2016 | 25A | Rodriguez-8 Panovich-9 | CDR Jail Call |
|  | 11/15/2016 | 25B | Schapery-10 | Translation Jail Call |
|  | 11/15/2016 | 26A | Rodriguez-8 Panovich-9 | CDR Jail Call |
|  | 11/15/2016 | 26B | Schapery-10 | Translation Jail Call |
|  | 11/15/2016 | 27A | Rodriguez-8 Panovich-9 | CDR Jail Call |
|  | 11/15/2016 | 27B | Schapery-10 | Translation Jail Call |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| 11/15/2016 | 11/15/2016 | 28A | Panovich - 9 | Gigatribe Chat Printout Original |
| 11/15/2016 | 11/15/2016 | 28B | Schapery - 10 | Gigatribe Chat Printout Translation |
| 11/14/2016 | 11/14/2016 | 29 | Giangregorio - 4 | Frank Alfter and Jan Fuechtener's Certified Travel Records |
| 11/16/2016 | 11/16/2016 | 30 | Panovich - 9 | Child Pornography video from 1B1 Apple MacBook Air |
| 11/14/2016 | 11/14/2016 | 31A | Radke - 5 | Photos of 1B1 screenshot |
| 11/14/2016 | 11/14/2016 | 31B | Radke - 5 | Photos of 1B1 screenshot |
| 11/14/2016 | 11/14/2016 | 31C | Radke - 5 | Photos of 1B1 screenshot |
| 11/14/2016 | 11/14/2016 | 31D | Radke - 5 | Photos of 1B1 screenshot |
| 11/16/2016 | 11/16/2016 | 32 | Panovich - 9 | Child Pornography videos from 1B2 SanDisk Ultra Plus |
| 11/16/2016 | 11/16/2016 | 33 | Panovich - 9 | Child Pornography videos & images from 1B3 |
| 11/16/2016 | 11/14/2016 | 34 | Radke - 5 / Panovich - 9 | Print Out of Search Terms from 1B3 |
| 11/16/2016 | 11/16/2016 | 35 | Panovich - 9 | Child Pornography videos & images from 1B7 My Passport External HD |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 36 | | Child Pornography videos from 1B13 Apple MacBook |
| | | 37 | | Child Pornography videos & images from 1B16 MacBook Pro |
| | | 38 | | Child Pornography videos from 1B21 External USB HD labeled "Wonder Works" |
| | | 39 | | Child Pornography videos from 1B30 Gateway Desktop |
| | | 40 | | Child Pornography videos from 1B37 USB Thumb Drive |
| | 11/16/2016 | 41 | Panovich-9 | Summary Chart |
| 11/14/2016 | 11/14/2016 | 42A | Radke-5 | Ares Downloads from 1B2 Extracted from IEF |
| 11/14/2016 | 11/14/2016 | 42B | Radke-5 | Ares Downloads from 1B3 Extracted from IEF |
| 11/14/2016 | 11/14/2016 | 42C | Radke-5 | Ares Downloads from 1B7 Extracted from IEF |
| 11/14/2016 | 11/14/2016 | 42D | Radke-5 | Ares Downloads from 1B16 Extracted from IEF |
| 11/14/2016 | 11/14/2016 | 42E | Radke-5 | Ares Downloads from 1B30 Extracted from IEF |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| 11/14/2016 | 11/14/2016 | 42F | Radke-5 | Ares Downloads from 1B37 Extracted from IEF |
| 11/14/2016 | 11/14/2016 | 43 | Radke-5 | GigaTribe Chats from 1B30 Extracted from IEF |
| | 11/14/2016 | 44 | Carry-1 | Sargeant Carry's Gigatribe PowerPoint for Training |
| | 11/14/2016 | 45 | Radke-5 | Curriculum Vitae for Thomas Radke |
| 11/15/2016 | 11/15/2016 | 46A | Schapery-10 | Clips from 25A |
| 11/15/2016 | 11/15/2016 | 46B | Schapery-10 | Clips from 26A |
| 11/15/2016 | 11/15/2016 | 46C | Schapery-10 | Clips from 27A |
| 11/15/2016 | 11/15/2016 | 47 | | Excerpts from Translation of jail calls. |
| 11/16/2016 | 11/16/2016 | 48 | Panovich-9 | FD 1086 - Consent Form |
| | | | | |
| | | | | |
| | | | | |

Page 9 of 9

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. Witness | | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |