FILED _____ _____ RECEIVED
ENTERED _____ _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 17 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8 UNITED STATES OF AMERICA,                 )   2:16-CR-100-GMN-(CWH)
                                            )
9                           Plaintiff,      )
                                            )
10                 v.                        )   Preliminary Order of Forfeiture
                                            )
11 JAN ROUVEN FUECHTENER                    )
   (AKA LARS SCHMIDT),                      )
12                                          )
                                            )
13                           Defendant.     )
   _____          )

14       This Court finds that defendant Jan Rouven Fuechtener, aka Lars Schmidt, pled guilty to

15 Count One through Three of a Four-Count Criminal Indictment charging him in Count One with

16 Possession of Child Pornography in violation of Title 18, United States Code, Section

17 2252A(a)(5)(B); in Count Two with Receipt of Child Pornography in violation of Title 18,

18 United States Code, Section 2252A(a)(2); and in Count Three with Distribution of Child

19 Pornography in violation of Title 18, United States Code, Section 2252A(a)(2). Criminal

20 Indictment, ECF No. 12; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

21       This Court finds defendant Jan Rouven Fuechtener, aka Lars Schmidt, agreed to the

22 forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the

23 Criminal Indictment. Criminal Indictment, ECF No. 12; Change of Plea, ECF No. __; Plea

24 Agreement, ECF No. __.

25       This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

26 America has shown the requisite nexus between property set forth in the Plea Agreement and the

Forfeiture Allegation of the Criminal Indictment and the offenses to which defendant Jan Rouven Fuechtener, aka Lars Schmidt, pled guilty.

The following property is (1) any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(a)(5)(B); (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from violations of Title 18, United States Code, Section 2252A(a)(2) and 2252A(a)(5)(B); and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Section 2252A(a)(2) and 2252A(a)(5)(B) or any property traceable to such property, and is subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1), 2253(a)(2), and 2253(a)(3):

1. Apple MacBook Air Laptop, Model A1466, S/N C02LT0JWF74, w/ SanDisk Memory Card and Charger;

2. Apple iMac All in One CPU;

3. Apple wireless mouse and keyboard;

4. My passport Ultra external hard drive S/N WXP1EC4A6325;

5. Netgear, Model EX7000, S/N 46D1547RA189D;

6. Netgear Nighthawk WiFi Router, S/N 3V01485301A5O w/ Power Cord;

7. iPad 64GB, S/N J3024C81ETB;

8. Iomega hard drive, S/N 55BV121O45;

9. Apple iPad Air, Model A1474, S/N DVPLN7T3FK7;

10. Iomega hard drive, S/N 316441800;

11. MacBook Air, Model A1304, S/N W89391VT9A7;

12. Sony Laptop Computer, S/N 283320515104663 in black case w/ Power Cord;

13. Apple MacBook laptop, Model A1286, S/N C02N3C9CDV;

14. Apple Laptop, Model A1286, S/N W8017MAVAGU;

15. Apple MacBook Pro, Model A1398, S/N CO2L33X8FFT1;

16. Black/Grey WD MyPassport USB HDD, S/N WXB1AC41RPA;

17. Apple iPod 160GB, Model A1238, S/N 8K3448N9Z4;

18. 8GB Transcend USB;

19. 2 DVD's and 6 mini disks;

20. External USB Hard Drive – blue;

21. External USB Hard Drive, S/N WX91C8OAA4434T;

22. SanDisk 32GB Memory Card;

23. WD External HD, S/N WCC4E2DVZ6R2;

24. Black select desktop HD – Iomega, S/N XRAA379148;

25. Alarm Clock Recording Device Magnasonic, Model P1300, Tg#130100692;

26. Alarm Clock Recording Device Magnasonic, Model P1300, Tg#130100691;

27. Seagate External Hard Drive, S/N NA5R1GK4;

28. HP Pavilion DV8000, S/N CND6151SDY;

29. Gateway Desktop, Model SX803-2E, S/N PTG6S0200111105D21496C;

30. Apple iMac All in One;

31. Apple iMac All in One;

32. Apple iMac All in One;

33. Black Apple iPhone, Model A1332, ic: 597C-E2380A;

34. Iomega hard drive, S/N TGBK421146; and

35. Lexar 16 GB Thumb Drive

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

///

3

1   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

2   the United States of America should seize the aforementioned property.

3   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest

4   of Jan Rouven Fuechtener, aka Lars Schmidt, in the aforementioned property is forfeited and is

5   vested in the United States of America and shall be safely held by the United States of America

6   until further order of the Court.

7   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of

8   America shall publish for at least thirty (30) consecutive days on the official internet government

9   forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited

10  property, state the time under the applicable statute when a petition contesting the forfeiture must

11  be filed, and state the name and contact information for the government attorney to be served

12  with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code,

13  Section 853(n)(2).

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or

15  entity who claims an interest in the aforementioned property must file a petition for a hearing to

16  adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be

17  signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code,

18  Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature

19  and extent of the petitioner's right, title, or interest in the forfeited property and any additional

20  facts supporting the petitioner's petition and the relief sought.

21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

22  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no

23  later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than

24  sixty (60) days after the first day of the publication on the official internet government forfeiture

25  site, www.forfeiture.gov.

26  / / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this **17** day of _____**Nov**_____, 2016.

_____
UNITED STATES DISTRICT JUDGE