# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:16-cr-00100-GMN-CWH |
| vs. | **ORDER** |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

Presently before the court is Defendant Jan Rouven Fuechtener's motion (ECF No. 149) requesting that Defendant be transferred from the Henderson Detention Center to the Nevada Southern Detention Center in Pahrump, Nevada, filed on December 20, 2016. Defendant's attorney represents that the government does not oppose the motion, so long as Defendant remains incarcerated pending sentencing.

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion.

IT IS THEREFORE ORDERED that Defendant Jan Rouven Fuechtener's motion (ECF No. 149) is GRANTED.

IT IS FURTHER ORDERED that the United States Marshal must transfer Defendant from the Henderson Detention Center to the Nevada Southern Detention Center in Pahrump.

IT IS FURTHER ORDERED that the Clerk of Court must serve a copy of this order on the United States Marshal.

DATED: December 23, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**