1  DANIEL G. BOGDEN
   United States Attorney
2  Nevada State Bar No. 2137
   DANIEL D. HOLLINGSWORTH
3  Assistant United States Attorney
   Nevada State Bar No. 1925
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
   Facsimile: (702) 388-6787
6  Daniel.Hollingsworth@usdoj.gov
   Counsel for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-100-GMN-(CWH) |
| Plaintiff, | ) | |
| v. | ) | Notice of Filing Proof of Publication |
| JAN ROUVEN FUECHTENER, (AKA LARS SCHMIDT), | ) | |
| Defendant. | ) | |

Attached hereto is the proof of publication evidencing publication of the Notice on www.forfeiture.gov for the required period of time.

DATED: December 30, 2016.

DANIEL G. BOGDEN
United States Attorney

/s/ DANIEL D. HOLLINGSWORTH
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

# AFFIDAVIT

STATE OF NEVADA      )
                     ) ss
COUNTY OF CLARK      )

I, Mary Stolz, being duly sworn, depose and say the following:

I am an FSA paralegal assigned to the United States Attorney's Office for the District of Nevada. This affidavit is made in support of a notice of publication filed in *United States v. Jan Rouven Fuechtener, aka Lars Schmidt*, 2:16-CR-100-GMN-(CWH).

Notice of Forfeiture was posted via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 24, 2016, through December 23, 2016, evidenced by the attached verified Advertisement Certification Report and the attached Notice. The publication of this Notice was reasonably calculated to notify all potential claimants.

_____
Mary Stolz
FSA Paralegal

STATE OF NEVADA      )
                     ) ss
COUNTY OF CLARK      )

Subscribed and sworn to (or affirmed) before me on December 30, 2016, by Mary Stolz.

_____
NOTARY PUBLIC

MAMIE A. OTT
Notary Public-State of Nevada
APPT. NO. 15-2550-1
My App. Expires August 15, 2019



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between November 24, 2016 and December 23, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Jan Rouven Fuechtener (aka Lars Schmidt)

**Court Case No:** 2:16-CR-100-GMN-(CWH)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 11/24/2016 | 24.0 | Verified |
| 2 | 11/25/2016 | 24.0 | Verified |
| 3 | 11/26/2016 | 24.0 | Verified |
| 4 | 11/27/2016 | 24.0 | Verified |
| 5 | 11/28/2016 | 24.0 | Verified |
| 6 | 11/29/2016 | 23.8 | Verified |
| 7 | 11/30/2016 | 24.0 | Verified |
| 8 | 12/01/2016 | 24.0 | Verified |
| 9 | 12/02/2016 | 24.0 | Verified |
| 10 | 12/03/2016 | 24.0 | Verified |
| 11 | 12/04/2016 | 24.0 | Verified |
| 12 | 12/05/2016 | 24.0 | Verified |
| 13 | 12/06/2016 | 24.0 | Verified |
| 14 | 12/07/2016 | 24.0 | Verified |
| 15 | 12/08/2016 | 24.0 | Verified |
| 16 | 12/09/2016 | 24.0 | Verified |
| 17 | 12/10/2016 | 24.0 | Verified |
| 18 | 12/11/2016 | 24.0 | Verified |
| 19 | 12/12/2016 | 24.0 | Verified |
| 20 | 12/13/2016 | 24.0 | Verified |
| 21 | 12/14/2016 | 24.0 | Verified |
| 22 | 12/15/2016 | 24.0 | Verified |
| 23 | 12/16/2016 | 24.0 | Verified |
| 24 | 12/17/2016 | 24.0 | Verified |
| 25 | 12/18/2016 | 24.0 | Verified |
| 26 | 12/19/2016 | 23.6 | Verified |
| 27 | 12/20/2016 | 24.0 | Verified |
| 28 | 12/21/2016 | 24.0 | Verified |
| 29 | 12/22/2016 | 24.0 | Verified |
| 30 | 12/23/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
COURT CASE NUMBER: 2:16-CR-100-GMN-(CWH); NOTICE OF FORFEITURE

Notice is hereby given that on November 22, 2016, in the case of <u>U.S. v. Jan Rouven Fuechtener (aka Lars Schmidt)</u>, Court Case Number 2:16-CR-100-GMN-(CWH), the United States District Court for the District of Nevada entered an Order condemning and forfeiting the following property to the United States of America:

Apple MacBook Air Laptop, Model A1466, S/N C02LT0JWF74, w/ SanDisk Memory Card and Charger

Apple iMac All in One CPU

Apple wireless mouse and keyboard

My passport Ultra external hard drive S/N WXP1EC4A6325

Netgear, Model EX7000, S/N 46D1547RA189D

Netgear Nighthawk WiFi Router, S/N 3V01485301A5O w/ Power Cord

iPad 64GB, S/N J3024C81ETB

Iomega hard drive, S/N 55BV121O45

Apple iPad Air, Model A1474, S/N DVPLN7T3FK7

Iomega hard drive, S/N 316441800

MacBook Air, Model A1304, S/N W89391VT9A7

Sony Laptop Computer, S/N 283320515104663 in black case w/ Power Cord

Apple MacBook laptop, Model A1286, S/N C02N3C9CDV

Apple Laptop, Model A1286, S/N W8017MAVAGU

Apple MacBook Pro, Model A1398, S/N CO2L33X8FFT1

Black/Grey WD MyPassport USB HDD, S/N WXB1AC41RPA

Apple iPod 160GB, Model A1238, S/N 8K3448N9Z4

8GB Transcend USB

2 DVD's and 6 mini disks

External USB Hard Drive - blue

External USB Hard Drive, S/N WX91C8OAA4434T

SanDisk 32GB Memory Card

WD External HD, S/N WCC4E2DVZ6R2

Black select desktop HD - Iomega, S/N XRAA379148

Alarm Clock Recording Device Magnasonic, Model P1300, Tg#130100692

Alarm Clock Recording Device Magnasonic, Model P1300, Tg#130100691

Seagate External Hard Drive, S/N NA5R1GK4

HP Pavilion DV8000, S/N CND6151SDY

Gateway Desktop, Model SX803-2E, S/N PTG6S0200111105D21496C

Apple iMac All in One

Apple iMac All in One

Apple iMac All in One

Black Apple iPhone, Model A1332, ic: 597C-E2380A

Iomega hard drive, S/N TGBK421146

Lexar 16 GB Thumb Drive

    The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (November 24, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, and a copy served upon Assistant United States Attorney Daniel Hollingsworth, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, NV 89101. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

    Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such

petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on December 30, 2016.

/s/ Mary Stolz
MARY STOLZ
FSA Paralegal