Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
702.631.6111

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: 2:16-CR-100 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAN ROUVEN FUECHTENER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED, by and between ELHAM ROOHANI, Assistant United States Attorney, counsel for Plaintiff, and BENJAMIN DURHAM and JESS MARCHESE, counsel for Defendant, that the sentencing currently scheduled for March 17, 2017, be vacated and continued for approximately 45 days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare and complete certain actions related to sentencing mitigation in order to effectively represent Mr. Fuechtener before this Honorable Court at the time of sentencing. The Defendant concurs in this request.

2. All parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request to continue sentencing filed herein.

DATED this 10th day of March, 2017.

| BENJAMIN DURHAM LAW FIRM | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ Benjamin Durham* | */s/ Elham Roohani* |
| BENJAMIN DURHAM<br>Nevada Bar No. 7684<br>601 S. 10th St.<br>Las Vegas, NV 89101<br>Attorney for Defendant | ELHAM ROOHANI<br>Assistant United States Attorney<br>333 Las Vegas Blvd So. #5000<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff |

/ / /

/ / /

/ / /

/ / /

/ / /

Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
702.631.6111

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO: 2:16-CR-100 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAN ROUVEN FUECHTENER, ) | |
| ) | |
| Defendant. ) | |

## **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing, the Court finds:

1. Defense counsel needs additional time to prepare and complete certain actions related to sentencing mitigation in order to effectively represent Mr. Fuechtener before this Honorable Court at the time of sentencing. The Defendant concurs in this request.

2. All parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request to continue sentencing filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

## ORDER

IT IS HEREBY ORDERED that the sentencing currently scheduled for March 17, 2017 be continued to May 12, 2017, at the hour of 11:00 a.m. in Courtroom 7C.

DATED AND DONE this 13th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE