KAREN A. CONNOLLY
Nevada Bar No. 4240
KAREN A. CONNOLLY, LTD.
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
Attorney for Jan Rouven Fuechtener

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | CASE NO.: 2:16-CR-100<br><br>**SUBSTITUTION OF ATTORNEYS** |

The undersigned, JAN ROUVEN FUECHTENER, Defendant in the above-entitled action, hereby substitutes KAREN A. CONNOLLY as his attorney of record, in the place and stead of BENJAMIN C. DURHAM and JESS R. MARCHESE.

DATED this ___ day of April 2017.

_____
JAN ROUVEN FUECHTENER

**CONSENT TO SUBSTITUTION OF ATTORNEYS**

The undersigned, BENJAMIN C. DURHAM and JESS R. MARCHESE, consents to the above-entitled Substitution.

DATED this 27 day of April 2017.

BENJAMIN DURHAM LAW FIRM

_____          _____
Benjamin C. Durham                              Jess R. Marchese
Nevada Bar No. 7684                            Nevada Bar No. 8175
601 S. 10th St.                                       601 S. Las Vegas Boulevard
Las Vegas, Nevada 89101                   Las Vegas, Nevada 89101
Tel: (702) 631-6111                              Tel: (702) 385-5377

Substitution of Attorneys.wpd                                           1

## ACCEPTANCE OF SUBSTITUTION OF ATTORNEYS

The undersigned, KAREN A. CONNOLLY, hereby accepts the above Substitution of Attorneys in place and stead of BENJAMIN C. DURHAM and JESS R. MARCHESE.

DATED this 27 day of April 2017.

KAREN A. CONNOLLY, LTD.

_____
KAREN A. CONNOLLY
Nevada Bar No. 4240
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:  (702) 678-6700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of KAREN A. CONNOLLY, LTD., and on the 3 day of May, 2017, I served a true and correct copy of the above and foregoing *Substitution of Attorneys* pursuant to NRCP 5 by the method or methods indicated below:

☒   by depositing the same in the U.S. Mail, First Class Mail, with postage fully prepaid, at Las Vegas, Nevada, addressed as follows:

Benjamin C. Durham
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
*Attorney for Defendant*

Elham Roohani
Assistant United States Attorney
333 Las Vegas Blvd. So. #5000
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

Jess R. Marchese
Nevada Bar No. 8175
601 S. Las Vegas Boulevard
Las Vegas, Nevada 89101
*Attorney for Defendant*

☒   by electronic mail to the below-listed email address:

BENJAMIN C. DURHAM
bdurham@vegasdefense.com
*Attorney for Defendant*

ELHAM ROOHANI
elham.roohani@usa.doj.gov
*Attorney for Plaintiff*

JESS R. MARCHESE
marcheselaw@msn.com
*Attorney for Defendant*

LISA CARTIER-GIROUX
lisa.gartier-giroux@usdoj.gov
*Attorney for Plaintiff*

_____
an Employee of KAREN A. CONNOLLY, LTD.

Substitution of Attorneys.wpd    2