KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, Jan Rouven Fuechtener*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | CASE NO.: 2:16-CR-100-GMN-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Elham Roohani and Lisa C. Cartier-Giroux, Assistant United States Attorneys, counsel for the United States of America, and Karen A. Connolly, counsel for Defendant JAN ROUVEN FUECHTENER, that the sentencing hearing currently scheduled for May 12, 2017, at the hour of 11:00 a.m., be vacated and continued for approximately 45 days.

This Stipulation is entered into for the following reasons:

1. Karen A. Connolly has recently been retained as counsel.
2. The parties agree to the continuance.
3. The additional time requested herein is not sought for purposes of delay.

/ / /

/ / /

/ / /

Stip to Continue Sentencing.wpd

1

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the second request to continue the sentencing date.

DATED this 3rd day of May, 2017.

| KAREN A. CONNOLLY, LTD. | DANIEL G. BOGDEN |
|---|---|
| | United States of America |
| */s/ Karen A. Connolly* | */s/ Lisa C. Cartier-Giroux* |
| KAREN A. CONNOLLY | LISA C. CARTIER-GIROUX |
| Counsel for Jan Rouven Fuechtener | ELHAM ROOHANI |
| | Assistant United States Attorneys |
| | Counsel for Plaintiff |

Karen A. Connolly, Ltd.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

Stip to Continue Sentencing.wpd

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAN ROUVEN FUECHTENER,

    Defendant.

CASE NO.: 2:16-cr-100-GMN-CWH

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Karen A. Connolly has recently been retained as counsel.
2. The parties agree to the continuance.
3. The additional time requested herein is not sought for purposes of delay.
4. Additionally, denial of this request for continuance could result in a miscarriage of justice.
5. This is the second request to continue the sentencing date.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B(i), (iv).

/ / /

## ORDER

Stip to Continue Sentencing.wpd

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for May 12, 2016, at the hour of 11:00 a.m., be vacated and set continued to June 30, 2017 at the hour of 10:30 a.m.

DATED this 5 day of May 2017.

_____
UNITED STATES DISTRICT JUDGE

Karen A. Connolly
Karen A. Connolly, Ltd.
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700  Facsimile: (702) 678-6767