STEVEN W. MHYRE
Acting United States Attorney
ELHAM ROOHANI
Nevada Bar #12080
LISA CARTIER-GIROUX
Nevada Bar #14040
MARK E. WOOLF
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
elham.roohani@usdoj.gov
lisa.cartier-giroux@usdoj.gov
mark.woolf@usdoj.gov
*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-00100-GMN-CWH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF PROPOSED ORDER** |
| JAN ROUVEN FUECHTENER, | ) | |
| Defendant. | ) | |

On May 24, 2017, the Court held a hearing on the United States' Emergency Motion for Restraining Order Under the All Writs Act. *See* ECF No. 164. The Court granted the motion and requested that the United States submit a proposed order, which is attached hereto.

Dated this 25th day of May 2017.

    STEVEN W. MHYHRE
    Acting United States Attorney

    */s/ Mark E. Woolf*
    Mark E. Woolf
    Assistant United States Attorney

**CERTIFICATE OF ELECTRONIC SERVICE**

    I, Mark E. Woolf, certify that a copy of the **NOTICE OF PROPOSED ORDER** was served electronically through the Court's CM/ECF system on May 25, 2017.

    */s/ Mark E. Woolf*
    MARK E. WOOLF
    Assistant United States Attorney