# EXHIBIT A



82°

NEWS (/NEWS)   WEATHER (/WEATHER)   TRAFFIC (/TRAFFIC)   WATCH LIVE (/LIVE)   SPORTS (/SPORTS)   (/weather)


ADVERTISEMENT

# Las Vegas illusionist arrested for child porn may ask to take back guilty plea

by Craig Fiegener



*Tomorrow's federal court sentencing for German illusionist Jan Rouven Fuechtener has been continued to June 30. His new Las Vegas attorney is Karen Connolly. (KSNV file)*

AA                                                                                             (mailto:?subject=A%20lin

LAS VEGAS (KSNV News3LV) —

Las Vegas illusionist Jan Rouven may ask a federal judge to take back his guilty plea on child pornography charges.

82°

NEWS (/NEWS)    WEATHER (/WEATHER)    TRAFFIC (/TRAFFIC)   WATCH LIVE (/LIVE)   SPORTS (/SPORTS)   (weather)

Rouven, who has a new attorney, was set to be sentenced in federal court on Friday. Attorney Karen Connolly filed paperwork to have the sentencing continued to June 30.

**RELATED LINK** | Former Las Vegas illusionist pleads guilty to child porn charges (http://news3lv.com/news/local/former-las-vegas-illusionist-pleads-guilty-to-child-porn-charges)

The FBI arrested Rouven last March on suspicion of felony child pornography crimes. Prosecutors alleged Rouven, using the online name "Lars45," shared thousands of pornographic images on a peer-to-peer file sharing program.

Two days after the start of his trial in federal court, Rouven accepted a plea agreement and admitted to possessing, receiving, and distributing child pornography.

Attorney Karen Connolly confirmed that she may ask the court to vacate Rouven's guilty plea, during a phone call with News 3.

**RELATED LINK |** German illusionist porn trial begins in federal court
(/news/local/german-illusionist-port-trial-begins-in-federal-court)

82°

NEWS (/NEWS)    WEATHER (/WEATHER)    TRAFFIC (/TRAFFIC)   WATCH LIVE (/LIVE)   SPORTS (/SPORTS)   (/weather)

Rouven faces up to 30 years in prison.

The performer has been in federal custody since his arrest.

He was the star of "The New Illusions," a live stage show at the Tropicana.