A.P. N.:  125-15-602-015
R.P.T.T.:  $6,630.00

Escrow #12-09-1176-JKH

Mail tax bill to and when recorded mail to:
Frank Dietmar Alfter and Jan Rouven Fuechtener, Trustees of
The F.A.J.R. Magic Trust Dated October 4, 2012
7080 Donald Nelson Avenue
Las Vegas, NV 89131

Inst #: 201210100002828
Fees: $19.00 N/C Fee: $0.00
RPTT: $6630.00 Ex: #
10/10/2012 02:47:12 PM
Receipt #: 1338874
Requestor:
NEVADA TITLE LAS VEGAS
Recorded By: STN   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

# GRANT, BARGAIN, SALE DEED

**THIS INDENTURE WITNESSETH,** That **Bernadette Chavez, Successor Trustee of the SJM Trust dated March 8, 2001,** for a valuable consideration, the receipt of which is hereby acknowledged, do(es) hereby Grant, Bargain, Sell and Convey to The **Frank Dietmar Alfter and Jan Rouven Fuechtener, Trustees of F.A.J.R. Magic Trust Dated October 4, 2012,** all that real property situated in the County of Clark, State of Nevada, bounded and described as follows:

### SEE LEGAL DESCRIPTION ATTACHED HERETO
### AND MADE A PART HEREOF AS EXHIBIT "A".

**SUBJECT TO:**

1. Taxes for the current fiscal year, not delinquent, including personal property taxes of any former owner, if any:
2. Restrictions, conditions, reservations, rights, rights of way and easements now of record, if any, or any that actually exist on the property.

**TOGETHER WITH** all singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

IN WITNESS WHEREOF, this instrument has been executed this 9th day of October, 2012.

Bernadette Chavez, Successor Trustee of the SJM Trust dated March 8, 2001

By: Bernadette Chavez, Trustee

BERNADETTE CHAVEZ, SUCCESSOR TRUSTEE OF THE SJM TRUST DATED MARCH 8, 2001

BERNADETTE CHAVEZ, TRUSTEE

State of      NEVADA           }
                              } ss:
County of     Clark            }

This instrument was acknowledged before me on   October 9, 2012

by   Bernadette Chavez, Trustee

NOTARY PUBLIC
My Commission Expires:   02-06-2013



SANDRA L. CLARK
#88-1652-1
EXP: 2-6-13

**EXHIBIT "A"**

A PARCEL OF LAND BEING A PORTION OF LOT 1 IN FILE 105, PAGE 63 OF PARCEL MAPS, RECORDED SEPTEMBER 17, 2003, IN THE CLERK AND RECORDER'S OFFICE OF CLARK COUNTY, NEVADA. SAID PARCEL BEING SITUATED IN A PORTION OF THE SOUTH HALF (S ½) OF THE NORTHEAST QUARTER (NE ¼) OF SECTION 15, TOWNSHIP 19 SOUTH, RANGE 60 EAST, M.D.M., CLARK COUNTY, NEVADA; SAID PARCEL OF LAND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE EAST QUARTER CORNER OF SAID SECTION 15, THENCE NORTH 89°53'38" WEST ALONG THE EAST-WEST CENTERLINE OF SAID SECTION 15, BEING ALSO THE CENTERLINE OF FARM ROAD, 1322.17 FEET TO ITS INTERSECTION WITH THE CENTERLINE OF RIO VISTA STREET;
THENCE NORTH 00°21'46" EAST ALONG SAID CENTERLINE OF RIO VISTA STREET 664.64 FEET TO ITS INTERSECTION WITH THE CENTERLINE OF DONALD NELSON DRIVE;
THENCE NORTH 89°57'14" WEST, ALONG THE CENTERLINE OF SAID DONALD NELSON DRIVE 330.49 FEET TO A POINT ON SAID CENTERLINE;
THENCE DEPARTING SAID CENTERLINE NORTH 00°22'14" EAST, DONALD NELSON DRIVE SAID POINT BEING THE SOUTHEAST CORNER OF SAID (LOT 2 OF PARCEL MAP 105, PAGE 63);
THENCE NORTH 89°57'14" WEST ALONG SAID NORTHERLY RIGHT OF WAY LINE 166.45 FEET TO THE "TRUE POINT OF BEGINNING";
THENCE CONTINUTING NORTH 89°57'14" WEST AONG SAID NORTHERLY RIGHT OF WAY LINE 164.00 FEET TO THE SOUTHWEST CORNER OF SAID (LOT 1 OF PARCEL MAP FILE 105, PAGE 63);
THENCE NORTH 00°22'13" EAST ALONG THE WESTERLY LINE OF SAID LOT 1, 301.92 FEET TO THE NORTHWEST CORNER OF SAID (LOT 1 OF PARCEL MAP FILE 105, FILE 63)
THENCE SOUTH 89°59'44" EAST ALONG THE NORTHERLY LINE OF SAID (LOT 1, OF PARCEL MAP FILE 105, PAGE 63) 164.00 FEET; THENCE SOUTH 00°22'13" WEST, 302.04 FEET TO THE POINT OF BEGINNING.

## State of Nevada
## Declaration of Value Form

1. Assessor Parcel Number(s)
   a) 125-15-602-015
   b) _____
   c) _____
   d) _____

2. Type of Property:
   a. ☐ Vacant Land        b. ☒ Sgl. Fam. Residence
   c. ☐ Condo/Twnhse       d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg.          f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural        h. ☐ Mobile Home
   ☐ Other _____

   | FOR RECORDER'S OPTIONAL USE ONLY |
   |---|
   | Book: _____ Page _____ |
   | Date of Recording: _____ |
   | Notes: |

3. a. Total Value/Sales Price of Property          $1,300,000.00
   b. Deed in Lieu of Foreclosure Only (value of property)
   c. Transfer Tax Value:                          $1,300,000.00
   d. Real Property Transfer Tax Due               $6,630.00

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption, per NRS 375.090, Section:
   b. Explain Reason for Exemption:

5. Partial Interest: Percentage being transferred:  100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. **Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.**

Signature: _____   Capacity: Escrow Agent
Signature: _____   Capacity: GRANTEE/BUYER

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
|---|---|
| Print Name: Bernadette Chavez, Successor Trustee of the SJM Trust dated March 8, 2001 | Print Name: Frank Dietmar Alfter and Jan Rouven Fuechtener, Trustees of THE F.A.J.R. MAGIC TRUST DATED OCTOBER 4, 2012 |
| Address: 7521 Abbigal Court | Address: 7080 Donald Nelson Avenue |
| City: Las Vegas | City: Las Vegas |
| State: NV   Zip: 89131 | State: NV   Zip: 89131 |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**

Print Name: Nevada Title Company              Esc. #: 12-09-1176-JKH
Address: 2500 N. Buffalo Drive, Suite 150
City: Las Vegas          State: NV          Zip: 89128

(AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED)