KAREN A. CONNOLLY
Nevada Bar No. 4240
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:    (702) 678-6700
Facsimile:    (702) 678-6767
E-Mail:        advocate@kconnollylawyers.com
*Attorney for Jan Rouven Fuechtener*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAN ROUVEN FUECHTENER,

Defendant.

CASE NO.: 2:16-CR-100-GMN-CWH

**RESPONSE TO SUPPLEMENTAL AUTHORITY FOR PRESENTENCE RESTRAINT OF SALE PROCEEDS**

Defendant herein, JAN ROUVEN FUECHTENER, by and through his attorney of record, KAREN A. CONNOLLY, of the law office of KAREN A. CONNOLLY, LTD., hereby files this response to the government's Supplemental Authority for Presentence Restraint of Sale Proceeds filed May 30, 2017.

## ARGUMENT

The court directed the government to provide the court with additional information in justification for its request to restrain/freeze funds for the sale of 7080 Donald Nelson Avenue, Las Vegas NV 89131 a property held in trust[1], beyond $80,300 already authorized by the court. In the Supplemental Authority for Restraint of Sale Proceeds, in regard to identification of victims the government indicates that there are 14 identifiable victims.  In the plea agreement defendant agreed to pay $5,000 to each identified victim.  This amounts to $70,000. Defendant already agree to the amount of  $80,300 being restrained/frozen as ordered by this court.

---

[1] The government has accused defendant of being less than forthright about the nature of the trust and extent of his business holdings and assets. Defendant was successful entertainer.  As he has advised, his business manger and husband Frank Alfter handled their financial affairs.

opp.wpd                                                    1

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

1    The government was asked to indicate the amount of fine it would be requesting.  This court

2    should be aware that under the terms of the guilty plea, taking into consideration the applicable

3    sentencing guidelines, unless a substantial, generous, downward variance is granted by the court,

4    defendant is spending the rest of his life in prison.  Under such circumstances, it is highly unlikely

5    that the court would impose a monetary sanction beyond ordering restitution to identified victims.

6    Additionally, the government intends to seek the maximum available fine; however, the government

7    fails to state the amount of fine it will seek.

8        Next the government was asked to address the ability of the government and the court to seize

9    assets of defendant in the event that he was permitted to withdraw his plea.  The court indicated that

10   if successful, defendant would be cloaked in the presumption of innocence and wanted to know

11   under what authority the government would have a right  to seize his assets.  In its response, the

12   government focuses on the reasons why it believes defendant will not be permitted to withdraw his

13   plea, even though he has not filed a motion to withdraw his plea. The government acknowledges that

14   it does not know of any authority that would permit the government or the court to restrain/seize

15   defendant's assets in the event he moves to and is permitted to withdraw his guilty plea.

16       Additionally, as discussed previously, the funds in question do not belong entirely to

17   defendant.  He has a spouse Frank Alfter who has an interest in those funds.  Mr. Alfter has not even

18   been provided with notice of the government's attempts to seize his property.

19       Accordingly, the government has provided no legal authority or reason for the court to modify

20   its original order.

21       DATED this 31st day of May, 2017.

22

23                                  **KAREN A. CONNOLLY, LTD.**

24

25                                  KAREN A. CONNOLLY
                                    6600 W. Charleston Blvd., Ste. 124
26                                  Las Vegas, NV  89146
                                    Telephone:    (702) 678-6700
27

28

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124 Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of KAREN A. CONNOLLY, LTD., and on the 31st day of May, 2017, I served a true and correct copy of the above and foregoing *Substitution of Attorneys* via the CM/ECF system upon the following:

☒    by depositing the same in the U.S. Mail, First Class Mail, with postage fully prepaid, at Las Vegas, Nevada, addressed as follows:

Cristina D. Silva, United States Attorney
Daniel D. Hollingsworth, United States Attorney
Elham Roohani, United States Attorney
Lisa Cartier-Giroux, United States Attorney
Mark E. Woolf, United States Attorney

_____
an Employee of KAREN A. CONNOLLY, LTD.

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

opp.wpd