IVETTE AMELBURU MANINGO, ESQ.
Nevada Bar No. 7076
720 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
iamaningo@iamlawnv.com
Telephone:  (702) 384-9800
Facsimile:  (702) 386-2737
Attorney for Frank Alfter

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:16-cr-00100-GMN-CWH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAN ROUVEN FUECHTENER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## LIMITED APPEARANCE OF COUNSEL

TO:     The Clerk of Court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case

as counsel for FRANK ALFTER, an interested party in this action.

        DATED this 31st day of May, 2017.

                                        LAW OFFFICE OF IVETTE AMELBURU MANINGO.

                                        By:     /s/Ivette A. Maningo_____
                                        IVETTE A. MANINGO, ESQ.
                                        Nevada Bar No. 7076
                                        720 S. 7th Street, Suite 300
                                        Las Vegas, NV 89101
                                        iamaningo@iamlawnv.com
                                        Telephone:  (702) 384-9800
                                        Facsimile:  (702) 386-2737
                                        Attorney for Frank Alfter