```
                                                    RECEIVED
                                    ___ ENTERED     ___ SERVED ON
                                         COUNSEL/PARTIES OF RECORD

                                           JUN - 5 2017

                                       CLERK US DISTRICT COURT
                                         DISTRICT OF NEVADA
                                    BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America )
Plaintiff )
)
vs. )  Case #: 2:16-cr-100-GMN-CWH
)
Jan Rouven Fuechtener )
Defendant )

## CERTIFICATE OF CASH DEPOSIT

1. I, _Paul Mangual, VP First American Title_, herewith tender to the Clerk
(Name of Depositor)
of Court for deposit into the Registry Account of this Court cash in the amount of
$ _975,300.00_ .

2. This Cash Deposit:

  A. Is tendered on behalf of: _F.A.J.R. Magic Trust Dated 10/4/12_;
  (Name of Party)

  B. Is in the nature of the following (e.g., Interpleader Deposit, Bond in Support of Temporary Restraining Order, etc.) : _____

  _____

  _____

  _____

  C. Is tendered pursuant to the following Court Order (Order must be attached as required by Fed. R. Civ. P. 67(a) and LR 67-1(a)(4) and (b).) : _Order dated_

  _June 1, 2017_

  _____

  D. Is conditioned as follows: _____

  _____

  _____

...

1                                                                    Rev. 5/1/2016

Paid Amt $ _975,300_   Date _6/6_
Receipt # _602_   Initials _RJ_

. . .

3. The name and address of the Legal Owner of the cash tendered herewith to whom a refund (if applicable) shall be made is:

*Frank Dietmar Alfter trustee and Jan Rouven Fuechtener trustee of the F.A.J.R. Magic Trust dated October 4, 2012*

State of Nevada      )
                     ) ss.
County of _Clark_    )

On _June 5_, _17_ personally appeared before me, a Notary Public,

_Paul Mancuso_
(Name of Depositor)
who acknowledged that (s)he executed the above instrument.

_____
NOTARY PUBLIC

KATRINA BELFORD
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 03-15-2020
Certificate No: 16-2168-1

Dated: _6-5-17_

_____
Signature of Depositor

Dated: _____

_____
Signature of Attorney for Party or Party Appearing Pro Se (If different from Depositor)

RECEIPT:

Cash as identified herein is hereby acknowledged as being received this date.

Dated: _6/5/17_

CLERK, U.S. DISTRICT COURT

By: _R Jantz_
    Deputy Clerk

2