Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS050502
Cashier ID: rtanker
Transaction Date: 06/05/2017
Payer Name: First American Title

TREASURY REGISTRY
 For: First American Title
 Case/Party: D-NVX-2-16-CR-000100-001
 Amount:      $975,300.00

CHECK/MONEY ORDER
 Remitter: First American Title Insurance
 Check/Money Order Num: 1060
 Amt Tendered: $975,300.00

Total Due:       $975,300.00
Total Tendered:  $975,300.00
Change Amt:      $0.00

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."