STEVEN W. MHYRE
Acting United States Attorney
ELHAM ROOHANI
Nevada Bar #12080
LISA CARTIER-GIROUX
Nevada Bar #14040
MARK E. WOOLF
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
elham.roohani@usdoj.gov
lisa.cartier-giroux@usdoj.gov
mark.woolf@usdoj.gov
*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> JAN ROUVEN FUECHTENER,  <br>  Defendant. | Case No. 2:16-cr-00100-GMN-CWH  <br>  **PROOF OF SERVICE PER MINUTE ORDER (ECF NO. 181)** |

On June 5, 2017, the Court entered a minute order requiring the Government to serve the Court's order granting the Government's emergency for relief (ECF No. 178) and the Court's report and recommendation (ECF No. 180) on the escrow/title company.[1] *See* Min. Order, ECF No. 181. The Court further ordered that proof of service be filed on or before June 8, 2017. *Id*.

Upon receipt of the Court's minute order, undersigned counsel sent Senior Operations Counsel for First American Title Insurance Company ("First American") an email requesting that First American accept electronic service of the Court's order (ECF No. 178) and report and recommendation (ECF No 180). That same day, counsel for First American responded indicating (1) he had received and accepted service on behalf of First American, and (2) that a check for the

---

[1] Based on the Certificate of Cash Deposit filed on June 5, 2017, it is confirmed that the escrow/title company is First American Title Insurance Company. *See* Cert. of Deposit, ECF No. 183.

1

amount ordered for deposit had been deposited with the Clerk of Court. *See* Email Correspondence attached as an exhibit hereto. Accordingly, the Government certifies that service has been effectuated on First American as directed in the Court's minute order (ECF No. 181).

Dated this 6th day of June, 2017.

STEVEN W. MHYHRE
Acting United States Attorney


*/s/ Mark E. Woolf*_____
Mark E. Woolf
Assistant United States Attorney