# EXHIBIT

**Woolf, Mark (USANV)**

___

**From:** Sager, Matthew <■■■■■r@firstam.com>
**Sent:** Monday, June 5, 2017 12:46 PM
**To:** Woolf, Mark (USANV)
**Subject:** United States v. Fuechtener - 2:16-cr-00100-GMN-CWH
**Attachments:** 201706051058.pdf

Mr. Woolf,

On behalf of First American Title Insurance Company, I am in receipt of and have accepted service of the Court's Order dated June 1 and the Report and Recommendation dated June 2.

Prior to receiving your email from this morning, a check in the amount of $975,300.00 was deposited with the Clerk of the Court.

**Matthew B. Sager**
Sr. Operations Counsel
First American Title Insurance Company



**From:** Woolf, Mark (USANV) [mailto:Mark.Woolf@usdoj.gov]
**Sent:** Monday, June 05, 2017 10:05 AM
**To:** Sager, Matthew
**Cc:** Cartier-Giroux, Lisa (USANV); Silva, Cristina (USANV); Roohani, Elham (USANV); O'Laskey, Jenni (USANV)
**Subject:** United States v. Fuechtener - 2:16-cr-00100-GMN-CWH

Good morning Mr. Sager,

Attached please find a minute order from the Court directing the Government to serve First American Title with the order directing deposit of $975,300 with the Clerk of Court. Per our telephonic discussion last Friday, it is my understanding that First American Title has a copy of the order and will be depositing the amount ordered from the escrow account with the Clerk of Court. Nevertheless, an additional copy of the order and supporting report and recommendation from the magistrate judge are attached. It is respectfully requested that First American Title accept service of the order and report and recommendation via this email. If it is unwilling to do so, please advise where and to whom service should be directed to ensure the documents get to you in a timely manner.

Kind Regards,

-MW

*Mark E. Woolf*
Assistant United States Attorney
District of Nevada
702.388.6336

1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message may contain confidential or proprietary information intended only for the use of the addressee(s) named above or may contain information that is legally privileged. If you are not the intended addressee, or the person responsible for delivering it to the intended addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message and any copies immediately thereafter.

If you received this email as a commercial message and would like to opt out of future commercial messages, please let us know and we will remove you from our distribution list.

Thank you.~
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FAFLD