1  KAREN A. CONNOLLY
   Nevada Bar No. 4240
2  **KAREN A. CONNOLLY, LTD.**
   6600 W. Charleston Blvd., Ste. 124
3  Las Vegas, NV 89146
   Telephone:      (702) 678-6700
4  Facsimile:      (702) 678-6767
   E-Mail:         advocate@kconnollylawyers.com
5  *Attorney for Jan Rouven Fuechtener*

6              **UNITED STATES DISTRICT COURT**

7                  **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,

9                  Plaintiff,                    CASE NO.: 2:16-CR-100-GMN-CWH

10 vs.                                           **OBJECTION TO REPORT AND**
                                                 **RECOMMENDATION #180**
11 JAN ROUVEN FUECHTENER,

12 _____Defendant._____

13      Defendant herein, JAN ROUVEN FUECHTENER, by and through his attorney of record,

14 KAREN A. CONNOLLY, of the law office of KAREN A. CONNOLLY, LTD., hereby submits this

15 **OBJECTION TO REPORT AND RECOMMENDATION #180** pursuant to Local Rule 1B 301

16 (a.)

17      The magistrate in this matter has recommended that funds in the amount of $975,300 from the

18 sale of a residence at 7080 Donald Nelson Avenue, Las Vegas NV 89131 be held in trust.  As set

19 forth in the report, the government has acknowledged that there are no grounds to withhold said

20 funds in the event that defendant is permitted to withdraw his plea.  A motion to withdraw the plea

21 will be filed shortly.  It is anticipated, that the court will grant the request which would render this

22 issue moot. The basis for the magistrate's decision is in large part made and based upon concessions

23 made by defendant in the plea agreement which he will be seeking to withdraw.

24      Defendant submits that the court has no authority to hold funds when he has not been

25 adjudicated guilty of any crime.

26      The government asserts that funds should be held for payment to victims who come forward

27 for restitution.  Each is entitle to $5,000.  Only 14 victims have reportedly come forward to request

28

opp.wpd                                    1

1   restitution.  Accordingly, Defendant submits this objection to Report and Recommendation (#180).

2   DATED this ___14___ day of June, 2017.

3

4                                                   KAREN A. CONNOLLY, LTD.

5

6                                                   KAREN A. CONNOLLY
                                                    6600 W. Charleston Blvd., Ste. 124
7                                                   Las Vegas, NV 89146
                                                    Telephone:      (702) 678-6700
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

1

2       I HEREBY CERTIFY that I am an employee of KAREN A. CONNOLLY, LTD., and on the

3  *16* day of June, 2017, I served a true and correct copy of the above and foregoing *Objection to*

4  *Report and Recommendation #180* via the CM/ECF system upon the following:

5  ☒      by depositing the same in the U.S. Mail, First Class Mail, with postage fully prepaid, at Las

6  Vegas, Nevada, addressed as follows:

7  Cristina D. Silva, United States Attorney
   Daniel D. Hollingsworth, United States Attorney
8  Elham Roohani, United States Attorney
   Lisa Cartier-Giroux, United States Attorney
9  Mark E. Woolf, United States Attorney
   Ivette A. Maningo, Attorney for Frank Alster (Interested Party)

10

11

12

13

14                                      an Employee of KAREN A. CONNOLLY, LTD.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

opp.wpd                                            3

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767