Exhibit

Inst #: 20170525-0002862
Fees: $22.00 N/C Fee: $25.00
RPTT: $7140.00 Ex: #
05/25/2017 02:32:47 PM
Receipt #: 3094192
Requestor:
FIRST AMERICAN TITLE INSURA
Recorded By: OSA  Pgs: 7
DEBBIE CONWAY
CLARK COUNTY RECORDER

A.P.N.:        125-15-602-015
File No:       119-2519895 (RC)
R.P.T.T.:      $7,140.00

When Recorded Mail To:  Mail Tax Statements To:
6940 North Jensen, LLC
7080 Donald Nelson Avenue
Las Vegas, NV 89131
*Signed in counterpart

### GRANT, BARGAIN and SALE DEED

*FOR A VALUABLE CONSIDERATION*, receipt of which is hereby acknowledged,

Frank Dietmar Alfter and Jan Rouven Fuechtener, Trustees of F.A.J.R. Magic Trust Dated
October 4, 2012

do(es) hereby *GRANT, BARGAIN and SELL* to

6940 North Jensen, LLC

the real property situate in the County of Clark, State of Nevada, described as follows:

**A PARCEL OF LAND BEING A PORTION OF LOT 1 IN FILE 105, PAGE 63 OF  PARCEL
MAPS, RECORDED SEPTEMBER 17, 2003, IN THE CLERK AND  RECORDER'S OFFICE OF
CLARK COUNTY, NEVADA. SAID PARCEL BEING  SITUATED IN A PORTION OF THE
SOUTH HALF (S 1/2) OF THE NORTHEAST  QUARTER (NE 1/4) OF SECTION 15,
TOWNSHIP 19 SOUTH, RANGE 60 EAST,  M.D.M., CLARK COUNTY, NEVADA; SAID
PARCEL OF LAND BEING MORE  PARTICULARLY DESCRIBED AS FOLLOWS:**

**COMMENCING AT THE EAST QUARTER CORNER OF SAID SECTION 15,  THENCE
NORTH 89°53'38" WEST ALONG THE EAST-WEST CENTERLINE OF  SAID SECTION 15,
BEING ALSO THE CENTERLINE OF FARM ROAD, 1322.17  FEET TO ITS INTERSECTION
WITH THE CENTERLINE OF RIO VISTA  STREET;**

**THENCE NORTH 00°21'46" EAST ALONG SAID CENTERLINE OF RIO VISTA  STREET
664.64 FEET TO ITS INTERSECTION WITH THE CENTERLINE OF  DONALD NELSON
DRIVE;**

**THENCE NORTH 89° 57'14" WEST, ALONG THE CENTERLINE OF SAID  DONALD
NELSON DRIVE 330.49 FEET TO A POINT ON SAID CENTERLINE;  THENCE DEPARTING
SAID CENTERLINE NORTH 00°22'14" EAST, DONALD  NELSON DRIVE SAID POINT
BEING THE SOUTHEAST CORNER OF SAID  (LOT 2 OF PARCEL MAP 105, PAGE 63);**

**THENCE NORTH 89°57'14" WEST ALONG SAID NORTHERLY RIGHT OF WAY  LINE**

**166.45 FEET TO THE "TRUE POINT OF BEGINNING";**

**THENCE CONTINUTING NORTH 89°57'14" WEST ALONG SAID NORTHERLY RIGHT OF WAY LINE 164.00 FEET TO THE SOUTHWEST CORNER OF SAID (LOT 1 OF PARCEL MAP FILE 105, PAGE 63);**

**THENCE NORTH 00°22'13" EAST ALONG THE WESTERLY LINE OF SAID LOT 1, 301.92 FEET TO THE NORTHWEST CORNER OF SAID (LOT 1 OF PARCEL MAP FILE 105, FILE 63)**

**THENCE SOUTH 89°59'44" EAST ALONG THE NORTHERLY LINE OF SAID (LOT 1, OF PARCEL MAP FILE 105, PAGE 63) 164.00 FEET; THENCE SOUTH 00°22'13" WEST, 302.04 FEET TO THE POINT OF BEGINNING.**

**NOTE: THE ABOVE METES AND BOUNDS DESCRIPTION APPEARED PREVIOUSLY IN THAT CERTAIN DOCUMENT RECORDED OCTOBER 10, 2012, IN BOOK 20121010 AS INSTRUMENT NO. 02828.**

Subject to

1. All general and special taxes for the current fiscal year.

2. Covenants, Conditions, Restrictions, Reservations, Rights, Rights of Way and Easements now of record.

*TOGETHER* with all tenements, hereditaments and appurtenances, including easements and water rights, if any, thereto belonging or appertaining, and any reversions, remainders, rents, issues or profits thereof.

Date: 04/14/2017

F A J R Magic Trust

Signed in counterpart

Frank Dietmar Alfter, Trustee

Jan Rouven Fuechtener, Trustee

Trustee

STATE OF  NEVADA          )
                          : ss.
COUNTY OF Nye             )

This instrument was acknowledged before me on ___May 16, 2017_____ by
JAN ROUVEN FUECHTENER

Notary Public
(My commission expires: June 11, 2019 )

This Notary Acknowledgement is attached to that certain Grant, Bargain Sale Deed dated **April 14, 2017** under Escrow No. **119-2519895**.



DEBBIE MALLWITZ
NOTARY PUBLIC - NEVADA
NYE COUNTY
APPT. No 11-4189-14
MY APPT. EXPIRES JUNE 11, 2019

Debbie Mallwitz
6/11/19
11 - 4189-14

F A J R Magic Trust

_____

Frank Dietmar Alfter , Trustee

_____

Jan Rouven Fuechtener, Trustee




STATE OF                              )
                                      : **ss.**
COUNTY OF                             )


This instrument was acknowledged before me on _____ by
_____.



_____
            Notary Public
(My commission expires: _____ )

This Notary Acknowledgement is attached to that certain Grant, Bargain Sale Deed dated **April 14, 2017** under Escrow No. **119-2519895**.

✗For clarification purposes

**Deed No. K 734/2017**

I hereby certify that the signature on the foregoing page is the true signature, executed in my presence, of

Herrn Frank Dietmar Alfter,
born on 17th September 1959,
resident in 50678 Köln, Agrippinawerft 8,

who identified himself by German identity card.

Cologne, May 12th, 2017



Notary public Dr. Kai Bischoff
in and for the city of Cologne,
Federal Republic of Germany

**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)

1. Land: Bundesrepublik Deutschland

Diese öffentliche Urkunde
2. ist unterschrieben von Dr. Kai Bischoff
3. in seiner Eigenschaft als Notar
4. sie ist versehen mit dem Siegel des
   ~ Notars Dr. Kai Bischoff in Köln
   **Bestätigt**

5. in Köln          6. am 16.05.2017
7. durch die Vizepräsidentin des Landgerichts
8. unter Nr.: 2735/17
9. Stempel:          10. Unterschrift:

Dr. Kreß





**STATE OF NEVADA**
**DECLARATION OF VALUE**

1.  Assessor Parcel Number(s)
    a) 125-15-602-015
    b)
    c)
    d)

2.  Type of Property
    a) [ ] Vacant Land        b) [X] Single Fam. Res.
    c) [ ] Condo/Twnhse       d) [ ] 2-4 Plex
    e) [ ] Apt. Bldg.         f) [ ] Comm'l/Ind'l
    g) [ ] Agricultural       h) [ ] Mobile Home
    i) [ ] Other

| FOR RECORDERS OPTIONAL USE ONLY |
| --- |
| Book _____ Page: _____ |
| Date of Recording: _____ |
| Notes: _____ |

3.  a) Total Value/Sales Price of Property:                         $1,400,000.00
    b) Deed in Lieu of Foreclosure Only (value of property)   ( $0                              )
    c) Transfer Tax Value:                                          $1,400,000.00
    d) Real Property Transfer Tax Due                               $7,140.00

4.  **If Exemption Claimed:**
    a. Transfer Tax Exemption, per 375.090, Section:        0
    b. Explain reason for exemption:

5.  Partial Interest: Percentage being transferred:        100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein.  Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month.  Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature: _____        Capacity: Escrow Agent
Signature: _____        Capacity: _____

| SELLER (GRANTOR) INFORMATION | BUYER (GRANTEE) INFORMATION |
| --- | --- |
| (REQUIRED) | (REQUIRED) |
| Print Name:   F A J R Magic Trust | Print Name:   6940 North Jensen, LLC |
| Address:   c/o Becky Easterman 6679 Boom Town | Address:   6507 Jester Blvd Suite 510B |
| City:   Las Vegas | City:   Austin |
| State:   NV       Zip:   89122 | State:   TX       Zip:   78750 |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**

| | |
| --- | --- |
| Print Name:   First American Title Insurance Company | File Number:   119-2519895 RC/RC |
| Address   7251 West Lake Mead Blvd, Suite 100 | |
| City:   Las Vegas | State:   NV       Zip: 89128 |

(AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED)