STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
ELHAM ROOHANI
Nevada Bar #12080
LISA CARTIER-GIROUX
Nevada Bar #14040
MARK E. WOOLF
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
elham.roohani@usdoj.gov
lisa.cartier-giroux@usdoj.gov
mark.woolf@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No. 2:16-cr-00100-GMN-CWH<br><br>Government's Response to Defendant's "Objection to Report and Recommendation #180" |

**CERTIFICATION:  This Response is timely filed.**

The United States of America, by and through the undersigned, submits this timely response to the Defendant's *Objection to Report and Recommendation #180*. ECF No. 185. As the Defendant has not been allowed to withdraw his guilty plea at this time, Magistrate Judge Hoffman's decision should be adopted and affirmed.

1       The Defendant objects to Magistrate Judge Hoffman's order based on a set of

2   facts that has not transpired and is, in the Government's estimation, entirely

3   unlikely to transpire. The Defendant implicitly recognizes that he has absolutely no

4   basis to object, *unless and until*, this Honorable Court allows him to withdraw his

5   guilty plea. But two conditions precedent have to transpire before his objection

6   carries any weight: (1) he has to actually file his motion to withdraw his guilty plea

7   and allow the Government to respond; and (2) the Court has to consider the

8   arguments therein and determine whether this is one of the very rare instances

9   where a Defendant should be allowed to withdraw his plea. If the Court allows the

10  Defendant to withdraw his guilty plea, *then and only then*, does the Defendant have

11  a legal basis to object to Magistrate Judge Hoffman's legally and factually correct

12  recommendation in the Report and Recommendation.

13      While the Defendant "anticipates" that this Honorable Court "will grant the

14  request which would render this issue moot," ECF No. 185, at 1, the fact of the

15  matter is that the Defendant has not even filed the request yet. More importantly,

16  no matter how much he may wish it to be so, the lengthy colloquy and subsequent

17  guilty plea taken by this Court does not vanish into thin air by the mere filing of a

18  motion. Finally, the Defendant's incorrectly suggests that the issue will be "moot"

19  when in fact the Defendant's objection is not ripe until the Court allows the

20  Defendant to withdraw his plea.

21      As the Defendant has failed to show good cause, the Government respectfully

22  requests that this Court overrule the objection.

23

DATED this 19th day of June, 2017.

Respectfully submitted,

STEVE W. MYHRE
Acting United States Attorney

_____//s//_____
ELHAM ROOHANI
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Attorney's Office.  A copy of the foregoing **Government's Response to Defendant's "Objection to Report and Recommendation #180"** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 19th day of June, 2017.

/ s / Elham Roohani
_____
ELHAM ROOHANI
Assistant United States Attorney

3