KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, Jan Rouven Fuechtener*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | CASE NO.: 2:16-CR-100-GMN-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Elham Roohani and Lisa C. Cartier-Giroux, Assistant United States Attorneys, counsel for the United States of America, and Karen A. Connolly, counsel for Defendant JAN ROUVEN FUECHTENER, that the sentencing hearing currently scheduled for June 30, 2017, at the hour of 10:30 a.m., be vacated and continued for approximately 30 days, but not between July 10-14, July 28-August 10, or August 24-25.

This Stipulation is entered into for the following reasons:

1. The parties agree to the continuance for the following reasons: Defendant is filing a motion to withdraw the guilty plea agreement; on June 2, 2017 a *Report & Recommendation* was filed by the magistrate recommending that the sentencing hearing be continued to allow for sufficient time for briefing, an evidentiary hearing, and a subsequent report and recommendation on the ownership and control of the $975,300 proceeds from the sale of a residence at 7080 Donald Nelson Avenue, Las Vegas, NV 89131. The hearing has been set for July 6, 2017.

2. The additional time requested herein is not sought for purposes of delay.

/ / /

/ / /

Stip to Continue Sentencing (3rd).wpd

1

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. This is the third request to continue the sentencing date.

DATED this 16th day of June, 2017.

| KAREN A. CONNOLLY, LTD. | DANIEL G. BOGDEN<br>United States of America |
|---|---|
| */s/ Karen A. Connolly*<br>KAREN A. CONNOLLY<br>Counsel for Jan Rouven Fuechtener | */s/ Elham Roohani*<br>ELHAM ROOHANI<br>LISA C. CARTIER-GIROUX<br>Assistant United States Attorneys<br>Counsel for Plaintiff |

Stip to Continue Sentencing (3rd).wpd

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAN ROUVEN FUECHTENER,

    Defendant.

CASE NO.: 2:16-cr-100-GMN-CWH

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties agree to the continuance for the following reasons: Defendant is filing a motion to withdraw the plea agreement; on June 2, 2017 a *Report & Recommendation* was filed by the magistrate recommending that the sentencing hearing be continued to allow for sufficient time for briefing, an evidentiary hearing, and a subsequent report and recommendation on the ownership and control of the $975,300 proceeds from the sale of a residence at 7080 Donald Nelson Avenue, Las Vegas, NV 89131. The hearing has been set for July 6, 2017.

2. The additional time requested herein is not sought for purposes of delay.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. This is the third request to continue the sentencing date.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking

/ / /

Stip to Continue Sentencing (3rd).wpd

3

into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for June 30, 2017, at the hour of 10:30 a.m., be vacated and set continued to   Friday, August 18, 2017   at the hour of  9:00   a.m.

DATED this    19   day of June 2017.

_____
UNITED STATES DISTRICT JUDGE

Karen A. Connolly, Ltd.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767