KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:     (702) 678-6700
Facsimile:      (702) 678-6767
E-Mail:          advocate@kconnollylawyers.com
*Attorney for Jan Rouven Fuechtener*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:16-CR-100-GMN-CWH |
| Plaintiff, | |
| vs. | **REQUEST TO REDACT EMAIL ADDRESSES ON EXHIBIT A TO MOTION TO WITHDRAW GUILTY PLEA** |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

　　　Defendant herein, JAN ROUVEN FUECHTENER, by and through his attorney of record, KAREN A. CONNOLLY, of the law office of KAREN A. CONNOLLY, LTD., hereby requests that the email addresses on Exhibit A, attached to *Motion to Withdraw Guilty Plea*, be redacted.

　　　DATED this ___ day of June, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　KAREN A. CONNOLLY, LTD.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KAREN A. CONNOLLY
　　　　　　　　　　　　　　　　　　　　　　　　6600 W. Charleston Blvd., Ste. 124
　　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89146
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:     (702) 678-6700
　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Jan Rouven Fuechtener*

///

redact.wpd

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of KAREN A. CONNOLLY, LTD., and on the 23 day of June, 2017, I served a true and correct copy of the above and foregoing *Request to Redact Email Addresses on Exhibit a to Motion to Withdraw Guilty Plea* via the CM/ECF system upon the following:

Cristina D. Silva, United States Attorney
Daniel D. Hollingsworth, United States Attorney
Elham Roohani, United States Attorney
Lisa Cartier-Giroux, United States Attorney
Mark E. Woolf, United States Attorney

_____
an Employee of KAREN A. CONNOLLY, LTD.

redact.wpd 2

Case 2:16-cr-00100-GMN-DJA Document 195 Filed 06/23/17 Page 2 of 2