**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAN ROUVEN FUECHTENER, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:16-cr-00100-GMN-CWH <br><br> **ORDER** |

This matter is before the court on the parties' supplemental briefs (ECF Nos. 187, 188, 196, 197) regarding Defendant Jan Rouven Fuechtener and Mr. Alfter's respective interests and rights in the $975,300 that was deposited with the Clerk of Court. The court has reviewed and considered the parties' supplemental briefs, and it does not appear that there are any factual issues that need to be resolved. The court therefore will vacate the evidentiary hearing set for Thursday, July 6, 2017, at 9:30 a.m. This matter is taken under submission, and the court will enter a report of findings and recommendations regarding the legal issues raised in the parties' supplemental briefs.

IT IS SO ORDERED.

DATED: June 27, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**