KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Jan Rouven Fuechtener*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-100-GMN-CWH |
| Plaintiff, | **ERRATA TO RESPONSE TO GOVERNMENT'S MOTION FOR AN ORDER DEEMING ATTORNEY CLIENT PRIVILEGE WAIVED (DOC#204)** |
| vs. | |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

COMES NOW Defendant, JAN ROUVEN FUECHTENER, by and through his attorney of record, KAREN A. CONNOLLY, of the law office of KAREN A. CONNOLLY, LTD., and submits this *Errata to Response to Government's Motion for an Order Deeming Attorney Client Privilege Waived (Doc#204)*. Pages 3 through 14 were attached in error. The corrected response is attached hereto.

DATED this ___ day of July 2017.

KAREN A. CONNOLLY, LTD.

_____
KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146

errata.wpd                                                      1

KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:    (702) 678-6700
Facsimile:    (702) 678-6767
E-Mail:    advocate@kconnollylawyers.com
*Attorney for Jan Rouven Fuechtener*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | CASE NO.: 2:16-CR-100-GMN-CWH<br><br>RESPONSE TO GOVERNMENT'S MOTION FOR AN ORDER DEEMING ATTORNEY CLIENT PRIVILEGE WAIVED |

    Defendant herein, JAN ROUVEN FUECHTENER, by and through his attorney of record, KAREN A. CONNOLLY, of the law office of KAREN A. CONNOLLY, LTD., and in responding to the Government's motion for an order deeming privilege waived and responds that he agrees that given the fact that he has moved to withdraw his guilty plea, there should be a limited waiver of the attorney client privilege in regard to communications he had with the named attorneys in regard to the guilty plea only.

/ / /

/ / /

/ / /

attyclientpriv errata.wpd            1

In the motion the government states that Rouven alleges that the failure of his attorneys to provide accurate information about the consequences of his plea rendered it coercive. For clarification, Rouven asserts that based upon the failure of his attorneys to properly advise him as to the consequences of his plea, it was not knowing and voluntarily entered. He also asserts that based upon the attenuating circumstances discussed in the motion to withdraw the plea, it was also coerced.

DATED this 12th day of July, 2017.

KAREN A. CONNOLLY, LTD.

/s/ Karen A. Connolly
KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
*Attorney for Jan Rouven Fuechtener*

///

///

attyclientpriv errata.wpd                                    2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of KAREN A. CONNOLLY, LTD., and on the 17th day of July, 2017, I served a true and correct copy of the above and foregoing *Errata to Response to Government's Motion for an Order Deeming Attorney Client Privilege Waived* via the CM/ECF system upon the following:

Cristina D. Silva, United States Attorney
Daniel D. Hollingsworth, United States Attorney
Elham Roohani, United States Attorney
Lisa Cartier-Giroux, United States Attorney
Mark E. Woolf, United States Attorney

/s/ Shaeley Pilayo
an Employee of KAREN A. CONNOLLY, LTD.

attyclientpriv errata.wpd

4