# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00100-GMN-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

Based upon the pending application of the Government (ECF No. 200), Defendant's non-opposition in response (*see* ECF No. 205), and good cause appearing,

**IT IS HEREBY ORDERED** that the attorney-client privilege between the Defendant and Jess Marchese, Esq., Benjamin Durham, Esq., and Michael Sanft, Esq., shall be deemed waived with regard to communications between Mr. Marchese, Mr. Durham, Mr. Sanft, and the Defendant as to any and all conversations specifically regarding the plea agreement in the above captioned case.

DATED this __20__ day of July, 2017.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT