KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, Jan Rouven Fuechtener*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>　　　　　　Defendant. | CASE NO.: 2:16-CR-100-GMN-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND RESPONSE DEADLINES** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Elham Roohani and Lisa C. Cartier-Giroux, Assistant United States Attorneys, counsel for the United States of America, and Karen A. Connolly, counsel for Defendant JAN ROUVEN FUECHTENER, that the sentencing hearing currently scheduled for August 18, 2017, at the hour of 9:00a.m., be vacated and continued for approximately 21 days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　　　The parties agree to the continuance for the following reasons: The Government needs more time to respond to Defendant's Motion to Withdraw Plea since Honorable Gloria Navarro recently signed the waiver of the attorney client privilege on July 20, 2017; Ben Durham, one of Rouven's prior attorneys, is out of town until August; and Karen A. Connolly, attorney for Defendant is out of the jurisdiction from July 28 - August 14, 2017.

　　　　2.　　　　The additional time requested herein is not sought for purposes of delay.

　　　　3.　　　　Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

Stip to Continue Sentencing (4th).wpd

1

1     4.     This is the fourth request to continue the sentencing date and response deadlines.

2     DATED this 26th day of July, 2017.

| KAREN A. CONNOLLY, LTD. | DANIEL G. BOGDEN<br>United States of America |
|---|---|
| */s/ Karen A. Connolly*<br>KAREN A. CONNOLLY<br>Counsel for Jan Rouven Fuechtener | */s/ Elham Roohani*<br>ELHAM ROOHANI<br>LISA C. CARTIER-GIROUX<br>Assistant United States Attorneys<br>Counsel for Plaintiff |

Stip to Continue Sentencing (4th).wpd

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAN ROUVEN FUECHTENER,

    Defendant.

CASE NO.: 2:16-cr-100-GMN-CWH

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties agree to the continuance for the following reasons: The Government needs more time to respond to Defendant's Motion to Withdraw Plea since Honorable Gloria Navarro recently signed the waiver of the attorney client privilege on July 20, 2017; Ben Durham, one of Rouven's prior attorneys, is out of town until August; and Karen A. Connolly, attorney for Defendant is out of the jurisdiction from July 28 - August 14, 2017.

2. The additional time requested herein is not sought for purposes of delay.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. This is the third request to continue the sentencing date.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing and response deadlines.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

/ / /

/ / /

Stip to Continue Sentencing (4th).wpd

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for August 18, 2017, at the hour of 9:00 a.m., be vacated and set continued to _____ at the hour of _____ .m.

IT IS THEREFORE ORDERED that the response to Defendant's Motion to Withdraw Plea is due August 11, 2017, and Defendant's reply is due August 18, 2017.

DATED this _____ day of July 2017.

_____
UNITED STATES DISTRICT JUDGE

Stip to Continue Sentencing (4th).wpd

4