KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89136
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, JAN ROUVEN FUECHTENER*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-00100-GMN-CWH |
| Plaintiff, | **EX PARTE MOTION FOR ISSUANCE OF SUBPOENA** |
| vs. | |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

COMES NOW, Defendant JAN ROUVEN FUECHTENER by and through his attorney KAREN A. CONNOLLY of the law firm of KAREN A. CONNOLLY, LTD., moves this court, ex parte, for issuance and service of the attached Deposition Subpoena in a Criminal Case.

This Motion is made and based upon the following Points and Authorities, and all pleadings and papers on file herein.

DATED this 27 day of July 2017.

KAREN A. CONNOLLY, LTD.

/s/ Karen A. Connolly
KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
*Attorney for Jan Rouven Fuechtener*

///
///
///

1

## MEMORANDUM OF POINTS AND AUTHORITIES

On November 17, 2016, on what was to be the fourth day of his trial, Defendant Jan Rouven Fuechtener (hereinafter "Rouven") pled guilty to Possession of Child Pornography in violation of 18 US Sec 2252 (a)(5)(B); Receipt of Child Pornography in violation of 18 USC Sec. 2252(a)(2) and (b); and Distribution of Child Pornography in violation of 18 USC Sec 2252 (A)(2) and (b). Rouven now seeks to withdraw his plea.

In support of the request to withdraw his guilty plea, Rouven is requesting that a subpoena be issued for visitor logs from the United States' Marshal's Office on November 16-17, 2016, reflecting which of his attorneys visited with him and the duration of any such visit on the day before and the day he entered his plea, to wit; November 16-17, 2016.

Dated this 26 day of July, 2017.

KAREN A. CONNOLLY, LTD.

KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
*Attorney for Defendant, Jan Rouven Fuechtener*

2