KAREN A. CONNOLLY
Nevada Bar No. 4240
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Jan Rouven Fuechtener*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.: 2:16-CR-100-GMN-CWH |
|---|---|
| Plaintiff, | |
| vs. | **OBJECTION TO REPORT AND RECOMMENDATION #207** |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

Defendant herein, JAN ROUVEN FUECHTENER, by and through his attorney of record, KAREN A. CONNOLLY, of the law office of KAREN A. CONNOLLY, LTD., hereby submits this **OBJECTION TO REPORT AND RECOMMENDATION #207** pursuant to Local Rule 1B 301 (a.)

The magistrate in this matter has recommended that funds in the amount of $975,300 from the sale of a residence at 7080 Donald Nelson Avenue, Las Vegas NV 89131 be held by the court pending defendant's sentencing. It was also recommended that if defendant is permitted to withdraw his guilty plea that the funds be released to F.A.J.R Magic trust. The magistrate indicated that defendant did not file an opening brief or response so the court understood that he was not taking a position. However, the court pointed out that defendant has previously objected to the seizure of the funds. Defendant did not file a supplemental brief because he had no additional information to add to his original objection #185.

opp.207.wpd                                    1

## POINTS AND AUTHORITIES

Defendant objects to the report and recommendation in regards to the seizure of the funds.. The basis for the magistrate's decision is in large part made and based upon concessions made by defendant in the plea agreement which he will be seeking to withdraw. Defendant submits that the court has no authority to hold funds when he has not been adjudicated guilty of any crime.

The government asserts that funds should be held for payment to victims who come forward for restitution. Each is entitle to $5,000. Only 14 victims have reportedly come forward to request restitution. Accordingly, Defendant submits this objection to Report and Recommendation (#207).

DATED this ___ day of July, 2017.

KAREN A. CONNOLLY, LTD.

_____
KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:    (702) 678-6700

opp.207.wpd                                          2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of KAREN A. CONNOLLY, LTD., and on the 28 day of July, 2017, I served a true and correct copy of the above and foregoing *Objection to Report and Recommendation #207* via the CM/ECF system upon the following:

☒ by depositing the same in the U.S. Mail, First Class Mail, with postage fully prepaid, at Las Vegas, Nevada, addressed as follows:

Cristina D. Silva, United States Attorney
Daniel D. Hollingsworth, United States Attorney
Elham Roohani, United States Attorney
Lisa Cartier-Giroux, United States Attorney
Mark E. Woolf, United States Attorney
Ivette A. Maningo, Attorney for Frank Alster (Interested Party)

_____
an Employee of KAREN A. CONNOLLY, LTD.

opp.207.wpd                                        3