KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:     (702) 678-6700
Facsimile:     (702) 678-6767
E-Mail:        advocate@kconnollylawyers.com
*Attorney for Defendant, Jan Rouven Fuechtener*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAN ROUVEN FUECHTENER,

    Defendant.

CASE NO.: 2:16-CR-100-GMN-CWH

**STIPULATION TO CONTINUE REPLY DEADLINE**

IT IS HEREBY STIPULATED AND AGREED, by and between Elham Roohani and Lisa C. Cartier-Giroux, Assistant United States Attorneys, counsel for the United States of America, and Karen A. Connolly, counsel for Defendant JAN ROUVEN FUECHTENER, that the deadline for Defendant's Reply to Government's Response to Motion to Withdraw Guilty Plea currently scheduled for August 18, 2017, be continued for 10 days.

This Stipulation is entered into for the following reasons:

1.      The parties agree to the continuance for the following reasons: The Defendant needs more time to reply to Government's Response to Defendant's Motion to Withdraw Plea.

2.      The additional time requested herein is not sought for purposes of delay.

/ / /

/ / /

/ / /

Stip to Continue Reply Deadline.wpd

1

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED this 14th day of August, 2017.

KAREN A. CONNOLLY, LTD.                    DANIEL G. BOGDEN
                                           United States of America


/s/ Karen A. Connolly                      /s/ Elham Roohani
KAREN A. CONNOLLY                          ELHAM ROOHANI
Counsel for Jan Rouven Fuechtener          LISA C. CARTIER-GIROUX
                                           Assistant United States Attorneys
                                           Counsel for Plaintiff

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>             Defendant. | CASE NO.: 2:16-cr-100-GMN-CWH<br><br>**FINDINGS OF FACT, CONCLUSIONS**<br>**OF LAW AND ORDER** |

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.        The parties agree to the continuance for the following reasons: The Defendant needs more time to reply to Government's Response to Defendant's Motion to Withdraw Plea.

2.        The additional time requested herein is not sought for purposes of delay.

3.        Additionally, denial of this request for continuance could result in a miscarriage of justice.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the reply deadline.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

/ / /

/ / /

/ / /

Stip to Continue Reply Deadline.wpd

KAREN A. CONNOLLY, LTD.<br>Karen A. Connolly<br>6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146<br>Telephone: (702) 678-6700  Facsimile: (702) 678-6767

1

## **ORDER**

2    IT IS THEREFORE ORDERED that Defendant's reply is due August 28, 2017.

3    DATED this _____ day of August 2017.

4

5    _____
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

Stip to Continue Reply Deadline.wpd