# EXHIBIT "C"

1
                      UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
2              BEFORE THE HONORABLE GLORIA M. NAVARRO
                   CHIEF UNITED STATES DISTRICT JUDGE
3

4
UNITED STATES OF AMERICA,          :
5                                  :
          Plaintiff,               :
6                                  :No. 2:16-cr-00100-GMN-CWH
      vs.                          :
7                                  :
JAN ROUVEN FUECHTENER,             :
8                                  :
          Defendant.               :
9  _____:

10

11

                    TRANSCRIPT OF BENCH TRIAL - DAY 3
12                      (Pages 455 through 540)

13

14                       November 16, 2016

15

                         Las Vegas, Nevada
16

17

18

19
   FTR No. 7D/20161116 @ 12:12 p.m.
20

21
   Transcribed by:          Donna Davidson, CCR, RDR, CRR
22                          (775) 329-0132
                            dodavidson@att.net
23

24

25  (Proceedings recorded by electronic sound recording,
    transcript produced by mechanical stenography and computer.)

```
                  TRANSCRIBED FROM DIGITAL RECORDING
```

 1                 MS. CARTIER-GIROUX:  Sorry.  I got a special

 2    request from --

 3                 THE COURT:  Yes.  Let's go ahead and take a

 4    break for about 10 -- 10, 15 minutes or so.

 5                 THE WITNESS:  Thank you.

 6                 THE COURT:  I know the bathroom is very far away

 7    from the courtroom.

 8                 And we'll just remind Agent Panovich that you

 9    are still under oath.  Please don't talk to any of the

10    attorneys during the break.  All right?

11                 THE WITNESS:  Yes.  Thank you, ma'am.  Thank

12    you.

13                 COURTROOM ADMINISTRATOR:  All rise.

14                 Off record.

15             (Recess from 1:34 p.m. until 2:52 p.m.)

16                 COURTROOM ADMINISTRATOR:  All rise.

17                 THE COURT:  All right.  Thank you.  You may be

18    seated.

19                 All right.  So are we going to resume testimony

20    or -- I had a rumor communicated to me that perhaps you all

21    needed a little bit more time before we could resume.

22                 MS. ROOHANI:  Yes, Your Honor.  We are drafting

23    a document for the defense's review, and we would

24    potentially be ready to present it to the Court at 4:00.

25                 So we would ask for a short recess until 4:00 to

1    see if we can get that done.  And if not, then we'll be

2    prepared to proceed at that time.

3             THE COURT:  All right.

4             So 4:00, Mr. Marchese?

5             MR. MARCHESE:  That's all correct.  And we will

6    obviously stay here.

7             THE COURT:  All right.  So are the marshals

8    going to take the defendant back, or will you have an

9    opportunity to meet with the defendant once the paperwork

10   is ready?

11            MR. MARCHESE:  We'd certainly like access to

12   him.  I'll leave it up to the marshals however they want

13   to --

14            THE COURT:  All right.  Marshals, can you make

15   that happen so that when paperwork is ready the defense can

16   have an opportunity to review it with the defendant?

17            MARSHAL:  Yes, Your Honor.

18            THE COURT:  All right.  Thank you.

19            MS. CARTIER-GIROUX:  Thank you, Your Honor.

20            THE COURT:  All right.  So we'll be back here at

21   4:00 p.m.

22            COURTROOM ADMINISTRATOR:  All rise.

23         Off record.

24         (Recess from 2:53 p.m. until 4:42 p.m.)

25            COURTROOM ADMINISTRATOR:  All rise.

----------------------------------------------------------------------
TRANSCRIBED FROM DIGITAL RECORDING
----------------------------------------------------------------------

1           THE COURT:  Thank you.  You may be seated.

2           All right.  So let me take this off.

3           It's 4:42.  I don't want to have my staff stay

4    beyond 5:00.  And I hope you all understand that.  So I'm

5    going to continue this until tomorrow.

6           I did check my calendar.  And we could have you

7    start as early as 12 or 12:30 if you want to try to make up

8    for some lost time.  I don't know if you have a suggestion

9    as to when.  But originally we weren't going to resume

10   tomorrow until 1:00.  So that's what you all thought the

11   calendar would be like tomorrow, 1:00 to 5:00.

12          But if you -- if you're willing to come in at

13   12:00 or 12:30 instead, I can be here.

14          MS. ROOHANI:  Your Honor, that's fine with the

15   government.  And we do anticipate -- I think that

16   Mr. Marchese and I concur that we do need time until

17   tomorrow to have some discussion and figure out some

18   things.

19          So if it would be okay with you, 12:00 is fine

20   with us, if it's okay with them, and we should be ready to

21   go at that point.

22          THE COURT:  All right.

23          Mr. Marchese, I know all three of -- you and

24   your two co-counsel are all private attorneys that have

25   other things going on.  And I had told you you would have

TRANSCRIBED FROM DIGITAL RECORDING

1    tomorrow morning free.

2              But do you want to start at 12 noon, or do you

3    want to start at 1:00?

4              MR. MARCHESE:  We'll make it work.  My only

5    concern is, do we know when he's going to be transported?

6              THE COURT:  You can talk to the marshals about

7    that to make sure that he'll be here at a certain time if

8    you want to be able to meet with him and discuss things

9    before court.

10              It looks like maybe he could be here as early as

11    with the first transport.

12              MR. MARCHESE:  That's what he's indicating.

13              THE COURT:  Okay.  And the marshal's shaking his

14    head yes.  So they could get that done maybe.

15              MR. MARCHESE:  Noon works for us.

16              THE COURT:  All right.

17              So does that work for you, Aaron?  We'll start

18    at noon?

19              COURTROOM ADMINISTRATOR:  Yes, Your Honor.

20              THE COURT:  Okay.

21              MS. ROOHANI:  And thank you so much for your

22    patience with us, Your Honor.  We know this is a little bit

23    awkward.  But thank you.

24              THE COURT:  All right.  You're welcome.

25              And if there's any other changes, some things