# EXHIBIT "D"

| | |
|---|---|
| **From:** | Steven Pacitti |
| **To:** | Karen A. Connolly |
| **Subject:** | Re: |
| **Date:** | Wednesday, May 31, 2017 8:39:05 AM |

I'm probably still not inclined to sign an affidavit.

I spoke to you off the record as a professional courtesy and to help Jan. However, I don't have enough recollection of the events to sign an affidavit attesting to those facts.

> On Tue, May 30, 2017 at 10:50 AM, Karen A. Connolly <advocate@kconnollylawyers.com> wrote:
>
>> I will obtain a release from Jan. Thank you
>>
>> Karen A. Connolly
>>
>> On May 30, 2017, at 10:27 AM, Steven Pacitti <spacittipc@gmail.com> wrote:
>>
>>> NO. I believe those conversations were privileged. I would have to have instruction from Jan to waive that. Either way, I would be very uncomfortable doing that as well as throwing friends and colleagues under the bus.
>>>
>>> On Mon, May 29, 2017 at 8:12 AM, Karen A. Connolly <advocate@kconnollylawyers.com> wrote:
>>>
>>>> Steve, would you sign an affidavit stating that the discussions with Jan as you observed were he would be looking at 5-15 and that there was no discussion about how the actual guidelines would apply in terms of enhancements etc? Thx
>>>>
>>>> *Karen A.Connolly*
>>>>
>>>> <image002.jpg> Karen A. Connolly, Ltd.
>>>>
>>>> 6600 W. Charleston Blvd., Ste. 124
>>>>
>>>> Las Vegas, NV 89146
>>>>
>>>> Telephone: (702) 678-6700
>>>>
>>>> Facsimile: (702) 678-6767
>>>>
>>>> Email: advocate@kconnollylawyers.com