# EXHIBIT "E"



U.S. Department of Justice

United States Marshals Service

*Office of General Counsel*

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

August 8, 2017

**VIA EMAIL**

Karen A. Connolly
Law Office of Karen A. Connolly, LTD.
6600 W. Charleston Blvd., #124
Las Vegas, NV 89146

      RE:    **United States of America v. Jan Rouven Fuechtener**
              **United States District Court for the District of Nevada**
              **Case No. 2:16-CR-100-GMN-CWH**

Ms. Connolly:

      The United States Marshals Service (USMS) has received your subpoena to produce documents, information or objects in the above-captioned criminal case. Specifically, your subpoena requested "any and all visitor logs for November 16-17, 2016 regarding Jan Rouven Fuechtener."

      The USMS office for the District of Nevada located in Las Vegas, Nevada, conducted a search for documents responsive to your subpoena. However, the defendant's name did not appear on the visitor log for November 16-17, 2016. Accordingly, this individual did not receive any visitors in the USMS holding area on those days.

                                      Sincerely,

                                      GERALD M. AUERBACH
                                      General Counsel

                 BY:    __/s/ Margo L. Chan_____
                                      Margo L. Chan
                                      Associate General Counsel
                                      Office of General Counsel
                                      United States Marshals Service