KAREN A. CONNOLLY
Nevada Bar No. 4240
KAREN A. CONNOLLY, LTD.
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
Attorney for Jan Rouven Fuechtener

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | CASE NO.: 2:16-CR-100-GMN-CWH<br><br>**AFFIDAVIT OF DEFENDANT IN SUPPORT OF REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA** |

I, JAN ROUVEN FUECHTENER, having been duly sworn, deposes and says that the following assertions are true:

1. I am the Defendant in the above-entitled action, and am fully competent to testify regarding these matters set forth herein at the Court's request and based upon my own personal knowledge.

2. That I have read the motion to withdraw filed by my attorney Karen A. Connolly and reply. All of the factual assertions set forth therein are accurate. I want to emphasize that I was never told by my lawyers that under the United States Sentencing Guidelines, the recommend sentence was 24-3-30 years. The Guidelines were not explained to me. I was never shown the Guideline table until after I pled guilty and then by a fellow inmate. I had no idea of the significance of the guidelines when I pled guilty. I knew I was at a level 40 but had no idea what that meant in terms of years. Had I known, I would never have plead guilty. I would have take my chances at trial and the legal process.

///

Affidavit in Support of Mtn to WD Plea.wpd      1

3. That by the time I entered my plea, I had lost all confidence in my defense team.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JAN ROUVEN FUECHTENER

STATE OF NEVADA )
) ss:
COUNTY OF ~~CLARK~~ NYE )

On this _30_ day of _August_ 2017, personally appeared before me, a Notary Public, JAN ROUVEN FUECHTENER, known or proved to me to be the person who executed the foregoing Affidavit of Defendant in Support of Reply to Government's Response to Defendant's Motion to Withdraw Guilty Plea, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes herein stated.

By: _____
NOTARY PUBLIC in and for said
STATE and COUNTY



DEBBIE MALLWITZ
NOTARY PUBLIC - NEVADA
NYE COUNTY
APPT. No 11-4169-14
MY APPT. EXPIRES JUNE 11, 2019

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700 Facsimile: (702) 678-6767