KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:     (702) 678-6700
Facsimile:      (702) 678-6767
E-Mail:          advocate@kconnollylawyers.com
*Attorney for Defendant, Jan Rouven Fuechtener*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>             Defendant. | CASE NO.: 2:16-CR-100-GMN-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Elham Roohani and Lisa C. Cartier-Giroux, Assistant United States Attorneys, counsel for the United States of America, and Karen A. Connolly, counsel for Defendant JAN ROUVEN FUECHTENER, that the sentencing hearing currently scheduled for October 5, 2017, at the hour of 10:30a.m., be vacated and continued for approximately 45 days after a decision on Defendant's Motion to Withdraw Guilty Plea has been rendered.

   This Stipulation is entered into for the following reasons:

   1.     The parties agree to the continuance for the following reasons: There has not yet been a decision regarding Defendant's Motion to Withdraw Guilty Plea.  Once a decision has been rendered by the court, the parties are requesting 45 days for Sentencing.

   2.     The additional time requested herein is not sought for purposes of delay.

   3.     Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

Stip to Continue Sentencing (5th).wpd

1

1    4.    This is the fourth request to continue the sentencing date.

2    DATED this 4th day of October, 2017.

3    KAREN A. CONNOLLY, LTD.                    STEVEN W. MYHRE
                                                 United States of America
4

5    /s/ Karen A. Connolly                      /s/ Elham Roohani
     KAREN A. CONNOLLY                          ELHAM ROOHANI
6    Counsel for Jan Rouven Fuechtener          LISA C. CARTIER-GIROUX
                                                 Assistant United States Attorneys
7                                                Counsel for Plaintiff

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>　　　　　　Defendant. | CASE NO.: 2:16-cr-100-GMN-CWH<br><br>**FINDINGS OF FACT, CONCLUSIONS**<br>**OF LAW AND ORDER** |

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.　　The parties agree to the continuance for the following reasons: There has not yet been a decision regarding Defendant's Motion to Withdraw Guilty Plea. Once a decision has been rendered by the court, the parties are requesting 45 days for Sentencing.

2.　　The additional time requested herein is not sought for purposes of delay.

3.　　Additionally, denial of this request for continuance could result in a miscarriage of justice.

4.　　This is the fifth request to continue the sentencing date.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B(i), (iv).

///

Stip to Continue Sentencing (5th).wpd

**ORDER**

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for October 5, 2017, at the hour of 10:30 a.m., be vacated and set continued to _____ at the hour of _____.m.

DATED this _____ day of October 2017.

_____
UNITED STATES DISTRICT JUDGE

Karen A. Connolly, Ltd.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

Stip to Continue Sentencing (5th).wpd

4