KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:      (702) 678-6700
Facsimile:      (702) 678-6767
E-Mail:         advocate@kconnollylawyers.com
*Attorney for Defendant, Jan Rouven Fuechtener*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:16-CR-100-GMN-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Elham Roohani and Lisa C. Cartier-Giroux, Assistant United States Attorneys, counsel for the United States of America, and Karen A. Connolly, counsel for Defendant JAN ROUVEN FUECHTENER, that the sentencing hearing currently scheduled for December 29, 2017, at the hour of 9:00a.m., be vacated and continued for approximately 45 days after a decision on Defendant's Motion to Withdraw Guilty Plea has been rendered.

This Stipulation is entered into for the following reasons:

1.      The parties agree to the continuance for the following reasons: That a hearing regarding Defendant's Motion to Withdraw Guilty Plea is set for December 29, 2017. Therefore, the parties are seeking to continue Sentencing for 45 days.

2.      The additional time requested herein is not sought for purposes of delay.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

4.  This is the fifth request to continue the sentencing date.

DATED this _22nd_ day of December, 2017.

KAREN A. CONNOLLY, LTD.                    STEVEN W. MYHRE
                                          United States of America


_/s/ Karen A. Connolly_                    _/s/ Elham Roohani_
KAREN A. CONNOLLY                          ELHAM ROOHANI
Counsel for Jan Rouven Fuechtener          LISA C. CARTIER-GIROUX
                                          Assistant United States Attorneys
                                          Counsel for Plaintiff

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

Stip to Continue Sentencing (6th).wpd

KAREN A. CONNOLLY, LTD.

Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAN ROUVEN FUECHTENER,

        Defendant.

CASE NO.: 2:16-cr-100-GMN-CWH

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.      The parties agree to the continuance for the following reasons: There has not yet been a decision regarding Defendant's Motion to Withdraw Guilty Plea. Once a decision has been rendered by the court, the parties are requesting 45 days for Sentencing.

2.      The additional time requested herein is not sought for purposes of delay.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

4.      This is the sixth request to continue the sentencing date.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

/ / /

Stip to Continue Sentencing (6th).wpd

**ORDER**

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for December 29, 2017, at the hour of 9:00 a.m., be vacated and set continued to Thursday, February 15, 2018, at the hour of 9:00 a.m. in Courtroom 7C.

DATED this ____27____ day of December 2017.

_____
UNITED STATES DISTRICT JUDGE

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

Stip to Continue Sentencing (6th).wpd