UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
                Plaintiff, )    Case No.: 2:16-CR-00100-GMN-CWH
vs. )
) **ORDER**
JAN ROUVEN FUECHTENER, )
)
                Defendant. )
)

Based upon the pending application of the Government, (ECF No. 230), Defendant's Response, (ECF No. 233), the Government's Reply, (ECF No. 234), and good cause appearing,

**IT IS HEREBY ORDERED** that the attorney-client privilege between the Defendant and Jess Marchese, Esq., Benjamin Durham, Esq., and Michael Sanft, Esq., Steve Pacitti, Esq., Amber Craig, Esq., and Benjamin Nadig, Esq., shall be deemed waived with regard to communications between Mr. Marchese, Mr. Durham, Mr. Sanft, Mr. Pacitti, Ms. Criag, Mr. Nadig, and the Defendant as to any and all conversations specifically regarding the plea agreement in the above captioned case and the innocence alleged by Defendant in his Reply, (ECF No. 221).

**IT IS FURTHER ORDERED** that Defendant's request for copies of and all FBI 302s prepared in conjunction with any discussions with prior counsel related to the Motion to Withdraw Guilty Plea is **DENIED as moot** because the Government has agreed to provide defense counsel with the requested copies. (*See* Reply 6:1–6, ECF No. 234).

**DATED** this __21__ day of February, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Page 1 of 1