KAREN A. CONNOLLY
Nevada Bar No. 4240
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:    (702) 678-6700
Facsimile:     (702) 678-6767
E-Mail:          advocate@kconnollylawyers.com
*Attorney for Jan Rouven Fuechtener*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>            Defendant. | CASE NO.: 2:16-CR-100-GMN-CWH<br><br>**OBJECTION TO SEALED ORDER #240** |

Defendant herein, JAN ROUVEN FUECHTENER, by and through his attorney of record, KAREN A. CONNOLLY, of the law office of KAREN A. CONNOLLY, LTD., hereby submits this **EMERGENCY OBJECTION TO SEALED ORDER #240** pursuant to Local Rule 1B 301.

Jan Rouven Fuechtener ("Fuechtener") has pled guilty to: one count of Possession of Child Pornography in violation of 18 USC § 2252(a)(5)(B), one count of Receipt of Child Pornography in violation of 18 USC § 2252A(a)(2) and (b), and one count of Distribution of child Pornography in violation of 18 USC § 2252A(a)(2) and (b). On June 22, 2017, Fuechtener filed a Motion to Withdraw Guilty Plea.  The matter has been set for an evidentiary hearing on March 9, 2018. Honorable Gloria Navarro has indicated that at that time she will hear testimony for relevant witnesses in support of the motion to withdraw his guilty plea.

As set forth in the motion to withdraw and subsequent pleadings, (ECF No. 194, 221) it was not his lawyers but an inmate who advised Fuechtener of his exposure under the stipulated guideline range, after he had entered his plea.  Fuechtener was unaware of his exposure prior to that discussion.  That inmate is Bret Humphries who is in federal custody housed in Pahrump.

Counsel for Fuechtener has been trying to secure Humphries' presence at the evidentiary hearing set for March 9, 2018. The magistrate has denied all of counsel's attempts to procure his

WRIT.OBJ.wpd                                                              1

presence even though he is an essential witness.

Most recently an Ex parte Request for Writ of Habeas Corpus Ad Testificandum for Bret Humphries (ECF No. 239) was denied ( ECF No. 240) Therein the magistrate indicated that counsel had previously attempted to obtain a FRCP 17(b) subpoena for Humphries.  The magistrate denied that request even though in the request it was stated Humphries was an essential witness.  Attempts to procure Humphries presence were not made earlier because he was hospitalized and had not conferred with his counsel; it was not known if he would be available to testify on March 9, 2018, which would have caused Fuechtener to request a continuance.  Since time is of the essence, and undersigned recognized that the proper manner of procuring Humphries' presence was an Ex parte Request for Writ of Habeas Corpus Ad Testificandum, said request was submitted instead of an objection to the order denying motion for issuance of subpoena for Bret Humphries (ECF No. 238).

Accordingly, it is respectfully requested that this court overrule Sealed Order 240 and issue the Writ of Habeas Corpus Ad Testificandum for the body of Bret Humphries . If denied, a request to continue the evidentiary hearing will be forthcoming.

DATED this  6th  day of March, 2018.

**KAREN A. CONNOLLY, LTD.**

 */s/ Karen A. Connolly*
KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:     (702) 678-6700

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of KAREN A. CONNOLLY, LTD., and on the 6th day of March, 2018, I served a true and correct copy of the above and foregoing *Objection to Sealed Order #240* via the CM/ECF system upon the following:

☒ by depositing the same in the U.S. Mail, First Class Mail, with postage fully prepaid, at Las Vegas, Nevada, addressed as follows:

Cristina D. Silva, United States Attorney
Daniel D. Hollingsworth, United States Attorney
Elham Roohani, United States Attorney
Lisa Cartier-Giroux, United States Attorney
Mark E. Woolf, United States Attorney
Ivette A. Maningo, Attorney for Frank Alster (Interested Party)

　　　　　　　　　　　　　　　　　　　　　*/s/ Shaeley Pilayo*
　　　　　　　　　　　　　　　　　　　　　an Employee of KAREN A. CONNOLLY, LTD.

WRIT.OBJ.wpd　　　　　　　　　　3