**Roohani, Elham (USANV)**

| | |
|---|---|
| **From:** | Karen A. Connolly <advocate@kconnollylawyers.com> |
| **Sent:** | Friday, March 2, 2018 1:41 PM |
| **To:** | Roohani, Elham (USANV) |
| **Cc:** | Executive Assistant |
| **Subject:** | ECF No. 238.pdf |
| **Attachments:** | ECF No. 238.pdf; ATT00001.txt |

Below is the order from the court denying my request re: service of subs . I don't see how we can proceed on March 9th. I'm going to have to either object or redo.  Humphries  is an essential witness . I submitted the motion as soon Ericsson gave me approval . As you know Humphries  was in the hospital for quite a while. Do you want me to prepare a stip?