KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, Jan Rouven Fuechtener*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | CASE NO.: 2:16-CR-100-GMN-CWH<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Elham Roohani and Lisa C. Cartier-Giroux, Assistant United States Attorneys, counsel for the United States of America, and Karen A. Connolly, counsel for Defendant JAN ROUVEN FUECHTENER, that the evidentiary hearing currently scheduled for April 5, 2018, at the hour of 9:00a.m., be vacated and continued to April 16, 2018, at 1:00p.m.

This Stipulation is entered into for the following reasons:

1. The parties agree to the continuance due to necessary witnesses being unavailable to testify on the currently set date.

2. The additional time requested herein is not sought for purposes of delay.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

Stip to Continue EH (2nd).wpd

1

4. This is the second request to continue the evidentiary hearing date.

DATED this 22nd day of March, 2018.

| | |
|---|---|
| KAREN A. CONNOLLY, LTD. | DAYLE ELIESON<br>United States of America |
| */s/ Karen A. Connolly*<br>KAREN A. CONNOLLY<br>Counsel for Jan Rouven Fuechtener | */s/ Elham Roohani*<br>ELHAM ROOHANI<br>LISA C. CARTIER-GIROUX<br>Assistant United States Attorneys<br>Counsel for Plaintiff |

Stip to Continue EH (2nd).wpd

2

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.

JAN ROUVEN FUECHTENER,

　　　　Defendant.

CASE NO.: 2:16-cr-100-GMN-CWH

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.　　The parties agree to the continuance due to necessary witnesses being unavailable to testify on the currently set date.

2.　　The additional time requested herein is not sought for purposes of delay.

3.　　Additionally, denial of this request for continuance could result in a miscarriage of justice.

4.　　This is the first request to continue the evidentiary hearing date.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

/ / /

Stip to Continue EH (2nd).wpd

3

## ORDER

IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled for April 5, 2018, at the hour of 9:00 a.m., be vacated and set continued to April 16, 2018, at the hour of 1:00 p.m. in Courtroom 7D.

DATED this __23__ day of March 2018.

_____
UNITED STATES DISTRICT JUDGE

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767