DAYLE ELIESON
United States Attorney
District of Nevada
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No.: 13760
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Cristina.Silva@usdoj.gov

Attorney for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>        Defendant. | Case No.: 2:16-cr-00100-GMN-CWH<br><br>NOTICE OF WITHDRAWAL |

COMES NOW, the United States of America, by and through Dayle Elieson, United States Attorney, and Cristina D. Silva, Assistant United States Attorney, hereby filing this Notice of Withdrawal. An Entry of Appearance was filed by Lisa Cartier-Giroux, Assistant United States Attorney on October 13, 2016 in this case.

Dated this 26th day of March, 2018.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney

/s/
CRISTINA D. SILVA
Assistant United States Attorney