**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-00100-GMN-CWH-1 |
| vs. | DATE: April 16, 2018 |
| JAN ROUVEN FUECHTENER, | Courtroom 7D |
| Defendant. | |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich        COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF:  Ellie Roohani with Lisa Cartier-Giroux with FBI Special Agent Mari Panovich

COUNSEL FOR DEFENDANT:  Karen Connolly

COUNSEL FOR WITNESS:  Dustin Marcello for Bret Humphries

MINUTES OF PROCEEDINGS: Evidentiary Hearing (Day 2)

1:34 p.m.   The Court convenes.  Defendant is present in custody without restraints.

1:35 p.m.  **BENJAMIN NADIG**, called on behalf of the Defendant and previously sworn, testifies on redirect examination by Ms. Connolly.  Ms. Roohani conducts recross examination.  Ms. Connolly conducts further redirect examination.  Ms. Roohani conducts further recross examination.  Ms. Connolly conducts further redirect examination.  The witness is excused.

1:50 p.m.  **STEVEN PACITTI**, called on behalf of the Defendant, is sworn and testifies on direct examination by Ms. Connolly.  Ms. Cartier-Giroux conducts cross examination.  Ms. Connolly conducts redirect examination.  Ms. Cartier-Giroux conducts recross examination.  Ms. Connolly conducts further redirect examination.  Ms. Cartier-Giroux conducts further redirect examination.  The witness is excused.

2:02 p.m.  **BENJAMIN DURHAM**, called on behalf of the Defendant, is sworn and testifies on direct examination by Ms. Connolly.  Ms. Roohani conducts cross examination.  Ms. Connolly conducts redirect examination.  Ms. Roohani conducts recross examination. The Court asks the witness questions.  Ms. Roohani asks follow up questions.  The Court asks further questions to the witness.  Ms. Roohani asks follow up questions.  Ms. Connolly asks follow up questions.  Ms. Roohani asks further follow up questions.  Ms. Connolly asks further follow up questions.  Ms. Roohani asks further follow up questions.  Ms. Connolly asks further follow up questions.  The Court asks final follow up questions.  **EXHIBIT G is ADMITTED into evidence.**  The witness is excused.

2:56 p.m.  Ms. Roohani addresses issues regarding the testimony of **BRET HUMPHRIES**.  Dustin Marcello, counsel for **BRET HUMPHRIES**, states that his client will only testify to questions pertaining to this case.

3:05 p.m.  The courtroom is **SEALED**.

3:27 p.m.  The Courtroom is **UNSEALED**.  The Court stands at recess for an afternoon break.

4:07 p.m.  **JAN ROUVEN FUECHTENER**, called on behalf of the Defendant, is sworn and testifies on direct examination by Ms. Connolly.

**IT IS ORDERED** that the Writ of Habeas Corpus ad Testificandum is continued to Friday, April 20, 2018, at 1:30 p.m. to allow witness **BRET HUMPHRIES** to testify.  **IT IS FURTHER ORDERED** that witness **BRET HUMPHRIES** is to be housed separately from Defendant Jan Rouven Fuechtener until after the evidentiary hearing is complete.   **IT IS FURTHER ORDERED** that witness **BRET HUMPHRIES** and Defendant Jan Rouven Fuechtener shall have no contact with one another.

5:10 p.m. The Defendant is remanded to custody.  Court adjourns.

Evidentiary Hearing continued to Friday, April 20, 2018, at 1:30 p.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:            /S/
Aaron Blazevich, Deputy Clerk