THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>    Defendant. | 2:16-cr-00100-GMN-CWH-1<br><br>DATE: April 20, 2018<br><br>Courtroom 7D |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich        COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Ellie Roohani with Lisa Cartier-Giroux with FBI Special Agent Mari Panovich

COUNSEL FOR DEFENDANT: Karen Connolly

MINUTES OF PROCEEDINGS: Evidentiary Hearing (Day 3)

1:49 p.m.  The Court convenes.  Defendant is present in custody without restraints.

1:51 p.m.  **JAN ROUVEN FUECHTENER**, called on behalf of the Defendant, is sworn and continues testifying on direct examination by Ms. Connolly.  Ms. Roohani conducts cross examination.  Ms. Connolly conducts redirect examination.  **EXHIBIT 1 is ADMITTED into evidence.**

**IT IS ORDERED** that the Writ of Habeas Corpus ad Testificandum is continued to Friday, April 20, 2018, at 1:30 p.m. to allow witness **BRET HUMPHRIES** to testify.  **IT IS FURTHER ORDERED** that witness **BRET HUMPHRIES** is to be housed separately from Defendant Jan Rouven Fuechtener until after the evidentiary hearing is complete.   **IT IS FURTHER ORDERED** that witness **BRET HUMPHRIES** and Defendant Jan Rouven Fuechtener shall have no contact with one another.  Ms. Connolly is ordered not to discuss Mr. Fuechtener's testimony with him prior to the next hearing.

4:34 p.m. The Defendant is remanded to custody.  Court adjourns.

Evidentiary Hearing continued to Friday, May 11, 2018, at 1:00 p.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

                                                                        DEBRA K. KEMPI, CLERK
                                                                        U.S. DISTRICT COURT

                                                                        BY:         /S/
                                                                        Aaron Blazevich, Deputy Clerk