THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>                    Defendant. | 2:16-cr-00100-GMN-CWH-1<br><br>DATE: May 11, 2018<br><br>Courtroom 7D |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich          COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF:  Ellie Roohani with Lisa Cartier-Giroux with FBI Special Agent Mari Panovich

COUNSEL FOR DEFENDANT:  Karen Connolly

COUNSEL FOR WITNESS:  Dustin Marcello for Bret Humphries

MINUTES OF PROCEEDINGS: Evidentiary Hearing (Day 4)

1:37 p.m.  The Court convenes.  Defendant is present in custody without restraints.

1:40 p.m.  **JAN ROUVEN FUECHTENER**, called on behalf of the Defendant, is sworn and continues testifying on redirect examination by Ms. Connolly.

2:11 p.m.  The Court stands at recess for an afternoon break.

2:23 p.m.  The Court reconvenes.  **JAN ROUVEN FUECHTENER**, called on behalf of the Defendant, is sworn and continues testifying on recross examination by Ms. Roohani.  Ms. Connolly conducts further redirect examination.  Ms. Roohani conducts further recross examination.  Ms. Connolly conducts further redirect examination.  The witness is excused.

4:07 p.m.  Ms. Roohani requests the Court quash the writ for **BRET HUMPHRIES**.  The Court DENIES the motion to

4:09 p.m.  The Court stands at recess while **BRET HUMPHRIES** is being transported to the courthouse.

4:34 p.m.  **BRET HUMPHRIES**, called on behalf of the Defendant, is sworn and testifies on direct examination by Ms. Connolly.

4:57 p.m.  **IT IS ORDERED** that the Writ of Habeas Corpus ad Testificandum is continued to Wednesday, May 16, 2018, at 11:00 a.m. to allow witness **BRET HUMPHRIES** to testify.  **IT IS FURTHER ORDERED** that witness **BRET HUMPHRIES** is to be housed separately from Defendant Jan Rouven Fuechtener until after the evidentiary hearing is complete.   **IT IS FURTHER ORDERED** that witness **BRET HUMPHRIES** and Defendant Jan Rouven Fuechtener shall have no contact with one another.  Ms. Connolly is ordered not to discuss Mr. Humphries' testimony with him prior to the next hearing.

4:58 p.m.  The Defendant is remanded to custody.  Court adjourns.

Evidentiary Hearing continued to Wednesday, May 16, 2018, at 11:00 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:        /S/
Aaron Blazevich, Deputy Clerk