THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>            Defendant. | 2:16-cr-00100-GMN-CWH-1<br><br>DATE: May 16, 2018<br><br>Courtroom 7D |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Nick Vaglio        COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF:  Ellie Roohani with Lisa Cartier-Giroux with FBI Special Agent Mari Panovich

COUNSEL FOR DEFENDANT:  Karen Connolly

COUNSEL FOR WITNESS:  Dustin Marcello for Bret Humphries

MINUTES OF PROCEEDINGS: Evidentiary Hearing (Day 5)

11:05 a.m.  The Court convenes.  Defendant is present in custody without restraints.

11:06 a.m.  **BRET HUMPHRIES**, called on behalf of the Defendant, is sworn and testifies on cross examination by Ms. Cartier-Giroux.  Ms. Connolly conducts further redirect examination. Ms. Cartier-Giroux conducts further recross examination.  Ms. Connolly conducts further redirect examination. Ms. Cartier-Giroux conducts further recross examination.  The witness is excused. Ms. Cartier-Giroux offers ECF #154 in 2:14-cr-00279-APG-VCF for the Court to take judicial notice.

12:18 p.m.  The Court stands at recess.

12:23 p.m. The Court reconvenes. **FBI SPECIAL AGENT MARI PANOVICH**, called on behalf of the Government, is sworn and testifies on direct examination by Ms. Roohani. **EXHIBIT 2 is ADMITTED into evidence.** Ms. Connolly conducts cross examination. The witness is excused.

12:55 p.m. Ms. Connolly moves to submit Defendant's **Exhibit H** under seal.  The Court GRANTS the motion.

12:56 p.m. The Court advises the parties to file closing briefs by May 30, 2018, before 12:00 p.m.  A written Order shall issue. Ms. Connolly requests the Court to order that there is no longer a requirement for Mr. Fuechtener and Mr. Humphries to be housed separately. The Court GRANTS the motion.

1:04 p.m.  The Defendant is remanded to custody.  Court adjourns.

A Sentencing Hearing or Calendar Call is scheduled for Monday, June 25, 2018, at 9:00 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

 

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Nick Vaglio, Deputy Clerk