KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:     (702) 678-6700
Facsimile:      (702) 678-6767
E-Mail:          advocate@kconnollylawyers.com
*Attorney for Defendant, Jan Rouven Fuechtener*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>          Defendant. | 2:16-cr-00100-GMN-CWH |

**RESPONSE TO GOVERNMENT'S MOTION TO STRIKE A PORTION OF DEFENDANT'S CLOSING BRIEF IN SUPPORT OF HIS MOTION TO WITHDRAW HIS GUILTY PLEA #266**

Citing no legal authority in support of its request, the Government has moved to strike a portion of Rouven's closing brief because it does not like his argument made and based upon the testimony of witnesses and behavior of the government during the hearing, that it appears that the government may have breached its duty of good faith and fair dealing in terms of the guilty plea agreement prepared in this matter.  The Government argues that Rouven should be precluded from making this argument which revealed itself during the multi day evidentiary hearing, because it was not raised prior to the hearing.

The purpose of the evidentiary hearing was to determine whether or not there were valid reasons to permit Rouven to withdraw his guilty plea; to flush out/develop the facts and circumstances surrounding the guilty plea.  It should be noted, defense attorneys do not have the power and might of the Government with FBI agent in tow, to compel somewhat recalcitrant witnesses to answer "uncomfortable" questions upon demand, prior to being summoned into court

and being forced to answer such questions under oath. That being said, after days of testimony from witnesses about how the plea came about, including the fact that the government unilaterally determined which facts were included in the agreement presented to defense counsel for the first time at approximately 10:00 AM on the morning of November 17, 2016 ; taken in conjunction with the government's words during the plea colloquy when Rouven dared to question some of the facts in the guilty plea - he must "*admit to all the factual allegations as set forth in the plea agreement, the government is prepared to proceed with trial*" TR 11/17/201 p. 35; and after days of observing the Government's conduct, including the extraordinary lengths to which it went to try to attack Rouven's credibility, not limited to its laborious cross examination about relatively inconsequential matters, including pleadings filed by his lawyer; it became evident that government may have breached its duty of good faith and fair dealing in plea bargaining. See, Santobello v. New York, 404 U.S. 257, 262 (1971) This was a theory that raised its ugly head as a result of the evidentiary hearing. Consequently, in his closing brief, Rouven properly raised this point for the court's consideration.

DATED this  5th  day of June 2018.

**KAREN A. CONNOLLY, LTD.**

  /s/ *Karen A. Connolly*
KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:     (702) 678-6700
*Attorney for Jan Rouven Fuechtener*

responsestrike.kac.wpd          2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Karen A. Connolly, Ltd. A copy of the foregoing was served upon counsel of record, via Electronic Case Filing (ECF).

DATED this 5th day of June, 2018.

                                                           */s/ Shaeley Pilayo*
                                                           Employee of Karen A. Connolly, Ltd.

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767