THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \*

| UNITED STATES OF AMERICA, | 2:16-cr-00100-GMN-CWH-1 |
| --- | --- |
| Plaintiff, | |
| vs. | EXHIBIT LIST |
| JAN ROUVEN FUECHTENER, | Evidentiary Hearing |
| Defendant. | March 9, 2018 |

| Exhibit # | Marked | Admitted | Description | Provided By |
| --- | --- | --- | --- | --- |
| A | 3/9/2018 | 3/9/2018 | | Defendant |
| B | 3/9/2018 | 3/9/2018 | | Defendant |
| C | 3/9/2018 | 3/9/2018 | | Defendant |
| D | 3/9/2018 | 3/9/2018 | | Defendant |
| E | 3/9/2018 | | | Defendant |
| F | 3/9/2018 | 3/9/2018 | | Defendant |
| G | 4/16/2018 | 4/16/2018 | Plea Agreement (Docket # 146) | Defendant |
| H | 4/16/2018 | | Presentence Investigation Report | Defendant |
| 1 | 4/20/2018 | 4/20/2018 | FBI Consent to Assume Online Identity Form | Government |
| 2 | 5/16/2018 | 5/16/2018 | FBI Advice of Rights | Government |