KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:      (702) 678-6700
Facsimile:       (702) 678-6767
E-Mail:           advocate@kconnollylawyers.com
*Attorney for Defendant, Jan Rouven Fuechtener*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | CASE NO.: 2:16-CR-100-GMN-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Elham Roohani and Lisa C. Cartier-Giroux, Assistant United States Attorneys, counsel for the United States of America, and Karen A. Connolly, counsel for Defendant JAN ROUVEN FUECHTENER, that the sentencing hearing currently scheduled for August 2, 2018, at the hour of 9:00a.m., be vacated and continued to September 27, 2018, at 10:30 a.m.

This Stipulation is entered into for the following reasons:

1.	The parties agree to the continuance due to Defense Counsel being out of the jurisdiction on August 2, 2018.

2.	The additional time requested herein is not sought for purposes of delay.

3.	Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

Stip to Continue Sentencing (7th).wpd

1

1.     4.    This is the seventh request to continue the sentencing date.

2. DATED this 2 day of July, 2018.

3. KAREN A. CONNOLLY, LTD.    DAYLE ELIESON
United States of America

5. */s/ Karen A. Connolly*    */s/ Elham Roohani*
KAREN A. CONNOLLY    ELHAM ROOHANI
6. Counsel for Jan Rouven Fuechtener    LISA C. CARTIER-GIROUX
Assistant United States Attorneys
7.     Counsel for Plaintiff

Stip to Continue Sentencing (7th).wpd

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>　　　　　　Defendant. | CASE NO.: 2:16-cr-100-GMN-CWH<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

### **FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties agree to the continuance due to Defense Counsel being out of the jurisdiction on August 2, 2018.

2. The additional time requested herein is not sought for purposes of delay.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. This is the seventh request to continue the sentencing date.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

### **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

/ / /

Stip to Continue Sentencing (7th).wpd

3

**ORDER**

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for August 2, 2018, at the hour of 9:00 a.m., be vacated and set continued to September 27, 2018, at the hour of 10:30 a.m.

DATED this _____ day of June 2018.

_____
UNITED STATES DISTRICT JUDGE

Stip to Continue Sentencing (7th).wpd

4