16 cr 100

Dear Judge Navvaro

I am writing you on behalf of Jan Rouven Fuechtener. He is currently being held in Las Vegas on Pre-trial. I was his cell-mate when I was there. He is being charged with several charges all of which are associated with 18 U.S.C. § 2252 and 2252A. I have viewed his case and though not a lawyer I know he is not guilty  since the guilty party admitted guilt in their interview his name was Joel. Further Jan has no interest in kids, as you said "some of these pictures are of girls,and the defendant is gay". I can tell you his life is already destroyed, after being charged with these charges. There is no way he will ever be able to recover from it, sadly. Even if you have the court admit it was a mistake. Sadly the prosecution did not make a mistake, they went after him because he had money, and not because he was guilty. As you know the system has many flaws. and the innocent don't often get justice.

I know my sad little letter might not do much, but when I heard that Jan was in trouble I felt the need to say something. He is a good guy and deserves better then what is happening to him. I hope that you are a Just Justice and will rule for him, that you will see the truth, and help this man out.

*Andrew Gibson*
Andrew J. Gibson

7-9-18
Date

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
JUL 13 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Federal Medical Center
Andrew Gibson
40691-017
P.O. Box 15330
Fort Worth, TX 76116

NORTH TEXAS TX PSM
DALLAS TX 750
10 JUL 2018 PM 1 L

40691-013
Judge Navarro
333 LAS Vegas BLVD N
LAS Vegas, NV 89101
United States

89101-706599