KAREN A. CONNOLLY
Nevada Bar No. 4240
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:	(702) 678-6700
Facsimile:	(702) 678-6767
E-Mail:	advocate@kconnollylawyers.com
*Attorney for Jan Rouven Fuechtener*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | CASE NO.: 2:16-CR-100-GMN-CWH<br><br>**MOTION TO WITHDRAW EMERGENCY REQUEST FOR RELEASE OF FUNDS** |

On July 2, 2018, undersigned filed an Emergency Request for Release of Funds [ECF 277] which is hereby withdrawn. It is requested that the hearing set for August 14, 2018, at 10:30AM be vacated.

DATED this 7th day of August 2018.

**KAREN A. CONNOLLY, LTD.**


 */s/ Karen A. Connolly*
KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:	(702) 678-6700
*Attorney for Jan Rouven Fuechtener*

/ / /

Mtn to WD Mtn for Release of Funds.wpd             1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of KAREN A. CONNOLLY, LTD., and on the 7th day of August, 2018, I served a true and correct copy of the above and foregoing ***Motion to Withdraw Emergency Request for Release of Funds*** via the CM/ECF system upon the following:

☒   by depositing the same in the U.S. Mail, First Class Mail, with postage fully prepaid, at Las Vegas, Nevada, addressed as follows:

Cristina D. Silva, United States Attorney
Daniel D. Hollingsworth, United States Attorney
Elham Roohani, United States Attorney
Lisa Cartier-Giroux, United States Attorney
Mark E. Woolf, United States Attorney
Ivette A. Maningo, Attorney for Frank Alster (Interested Party)

　　　　　　　　　　　　　　　　　　　　　　*/s/ Shaeley Pilayo*
　　　　　　　　　　　　　　　　　　　　　　an Employee of KAREN A. CONNOLLY, LTD.

Mtn to WD Mtn for Release of Funds.wpd        2