# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                        Plaintiff(s),

vs.

JAN ROUVEN FUECHTENER,

                        Defendant(s).

CASE NO. 2:16-cr-00100-GMN-CWH

☑ FILED      ___ RECEIVED
___ ENTERED      ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV -1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## SUBSTITUTION OF ATTORNEY

JAN ROUVEN FUECHTENER (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

_____
(New Attorney)

(Address): 300 S. Fourth Street, Suite 701, Las Vegas, NV 89101

(Telephone): 702-382-4004 , as attorney of record in place and

stead of: KAREN A. CONNOLLY

(Present Attorney)

DATED: 11-1-18        _____
                                    (Signature of Party)

I consent to the above substitution.

DATED: 11/1/18       _____
                                   (Signature of Present Attorney)

. . .

. . .

. . .

6/95

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: 11-1-18                    *Russell E. Ward* (signature)
                                      (Signature of New Attorney)
4
5  Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT
6
7                                    APPROVED:
8
9  DATED: 11-1-18
10                                   UNITED STATES DISTRICT JUDGE