Sunethra Muralidhara
Nevada State Bar No. 13549
Wright Marsh & Levy
300 S. Fourth St. Ste. 701
Las Vegas, Nevada 89101
(702) 382-4004
smuralidhara@wmllawlv.com
Attorney for Defendant

United States District Court

District of Nevada

| United States of America, | Case No. 2:16-cr-00100-GMN-CWH |
|---|---|
| Plaintiff, | |
| v. | **Notice of Appearance** |
| Jan Rouven Fuechtener, | |
| Defendant. | |

Notice is hereby given that attorney Sunethra Muralidhara will serve as co-counsel for the above captioned defendant.  Lead counsel is Russell E. Marsh.

Counsel's address is as follows:

>Wright Marsh & Levy
>300 S. Fourth St. Ste. 701
>Las Vegas, Nevada 89101

DATED this 2nd day of November, 2018.

>Wright Marsh & Levy

>By:  */s/ Sunethra Muralidhara*
>Sunethra Muralidhara
>Attorney for Jan Rouven Fuechtener

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Wright Marsh & Levy and is a person of such age and discretion as to be competent to serve papers.

That on November 2, 2018, she served an electronic copy of the above and foregoing **Notice of Appearance** by electronic service (ECF) to the person named below:

DAYLE ELIESON
United States Attorney
Lisa Cartier-Giroux
Elham Roohani
Daniel D. Hollingsworth
Mark E. Woolf
Cristina D Silva
Assistant United States Attorneys
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

  /s/ Debbie Caroselli
Debbie Caroselli, Employee of Wright Marsh & Levy