NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar # 13644
ELHAM ROOHANI
Nevada Bar #12080
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
elham.roohani@usdoj.gov

Attorney for United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>   vs.<br><br>Jan Rouven Fuechtener,<br><br>         Defendant. | Case No. 2:16-cr-100-GMN-CWH<br><br>**Unopposed Motion To Unseal Search Warrant** |

The parties respectfully request that the Court unseal the following search and seizure warrant that was issued as part of the investigation in this case so that the government may produce the search warrant and may make the material available for review under the applicable statutes.

//

//

//

//

//

//

//

1

The search and seizure warrant the parties are seeking to unseal is:

| Case Number | Caption | Date Issued |
|---|---|---|
| 2:16-mj-263-GWF | In the matter of search of Apple iPhone, Model A1549, IMEI 356988067883781 | April 13, 2016 |

Respectfully submitted,
For the United States:                         For the Defense:

NICHOLAS A. TRUTANICH
United States Attorney

    //s//                                              //s//
_____     _____
ELHAM ROOHANI                                RUSSELL MARSH, ESQ.
Assistant United States Attorney       Attorney for the Defendant


**IT IS SO ORDERED:**


_____     _____
United States Magistrate Judge                   Date