RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
Email: russ@wmllawlv.com
       smuralidhara@wmllawlv.com
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702-382-4800
Attorneys for Jan Rouven Fuechtener

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00100-GMN-CWH |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE SENTENCING (FIRST REQUEST)** |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

The defendant, Jan Rouven Fuechtener, by and through his attorneys of record, RUSSELL E. MARSH, ESQUIRE, and SUNETHRA MURALIDHARA, ESQUIRE, WRIGHT MARSH & LEVY, moves this Court to vacate the currently scheduled sentencing hearing set for Thursday, February 21, 2019 at 9:00 a.m., and set to a date and time convenient to this Court but no sooner than ninety (90) days from the current sentencing date. The government opposes this request in part. After consultation with AUSA Roohani, defense counsel have learned that the government is amenable to a continuance of one week until February 28, 2019. The government is unable to agree to a longer continuance, because AUSA Roohani represents that after March 1, 2019, the FBI Special Agent assigned to this case will be unavailable. Because undersigned counsel request a continuance of more than one week to prepare for sentencing, this request is filed as a motion. This is the first request for a continuance of the sentencing date sought by current defense counsel.

## MEMORANDUM OF POINTS AND AUTHORITIES

On November 17, 2016, Mr. Fuechtener pleaded guilty under a plea agreement during trial. ECF 142, 146. Specifically, he pleaded guilty to three counts: possession of child pornography, in violation of 18 U.S.C. § 2252(a)(5)(B); receipt of child pornography, in violation of 18 U.S.C. 2252A (a)(2) and (b); and distribution of child pornography, in violation of 18 U.S.C. 2252A (a)(2) and (b).

On November 1, 2018, undersigned counsel were retained by Mr. Fuechtener. ECF 306. During the status conference held on that date, the Court set a firm sentencing date of February 21, 2019. ECF 306. The Court's Order also provides that both parties will provide expert notices 30 days prior to sentencing. *Id.* On November 13, 2018, this Court dismissed Mr. Fuechtener's second motion to withdraw plea, ECF 282, without prejudice. ECF 310. The Court indicated that new counsel may refile a motion to withdraw plea if desired. *Id.* Five weeks after the status conference, on December 6, 2018, prior defense counsel provided Mr. Fuechtener's file to undersigned counsel. This file contains three banker's boxes of material, including pertinent trial and hearing transcripts defense counsel must review.

Since the current representation commenced, defense counsel have met with Mr. Fuechtener at the Southern Nevada Detention Center in Pahrump multiple times to discuss sentencing strategy and additional potential motions. Defense counsel have also started their review of prior court transcripts and other documentation provided in the banker's boxes. Of note, the transcripts alone exceed 1,000 pages. The review of the transcripts and other materials is needed to determine whether additional motions are necessary and in preparation for sentencing. Further, prior counsel has not lodged informal objections to the PSR and those must be considered and discussed with Mr. Fuechtener and provided to U.S. Probation.

Additionally, defense counsel have also talked with and retained a number of potential experts and consultants. Two of these consultants or experts are unavailable to meet with Mr. Fuechtener until February 2019. Defense counsel are still interviewing and researching other experts and consultants who may be needed for Mr. Fuechtener's sentencing. To remain compliant with the

///

Court's Order, defense counsel request additional time for expert evaluation and timely production of any reports to government counsel.

Lastly, defense counsel Sunethra Muralidhara is preparing for a state murder trial currently scheduled for February 11, 2019, which is expected to last 5-7 days. Given the current status of Mr. Fuechtener's case, he requests a continuance of 90 days. This request is not made in bad faith but rather to give counsel sufficient time to review an extensive file, prepare for sentencing, and zealously advocate for Mr. Fuechtener. Should the Court seek additional information in support of this continuance, counsel is prepared to provide additional information for an *ex parte* in camera review, so as to not disclose defense strategy in a public filing.

DATED this 25th day of January, 2019.

WRIGHT MARSH & LEVY

By   /s/ Russell E. Marsh
RUSSELL E. MARSH, ESQUIRE
SUNETHRA MURALIDHARA, ESQUIRE
Attorneys for Jan Rouven Fuechtener

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of January, 2019, I caused a copy of the foregoing MOTION TO CONTINUE SENTENCING (FIRST REQUEST) to be served via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Ellie Roohani
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101

BY  /s/ Debbie Caroselli
An employee of Wright Marsh & Levy

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>    Defendant. | CASE NO. 2:16-CR-00100-GMN-CWH<br><br>**PROPOSED ORDER** |

The court having reviewed Defendant's Motion to Continue Sentencing, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Thursday, February 21, 2019, at 9:00 a.m. be vacated and continued to _____ at the hour of _____ ___.m

DATED this ____ day of _____, 2019.

_____
GLORIA M. NAVARRO
CHIEF UNITED STATES DISTRICT JUDGE

J:\DEBBIE\PLEAD-2019\FUE/UNI/MTN CONTINUE SENTENCING