RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: russ@wmllawlv.com
       smuralidhara@wmllawlv.com
Attorneys for Jan Rouven Fuechtener

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00100-GMN-CWH |
| Plaintiff, | |
| vs. | **NOTICE OF MANUAL FILING** |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

Defendant, JAN ROUVEN FUECHTENER, by and through his attorneys of record, RUSSELL E. MARSH, ESQUIRE, and SUNETHRA MURALIDHARA, ESQUIRE, WRIGHT MARSH & LEVY, hereby notifies the Court that it is submitting a manual filing of a compact disc as Exhibit A to Mr. Fuechtener's Response to the Government's Sentencing Memorandum. The DVD contains the video of the documentary film, "Magicians: Life in the Impossible."

The DVD is labeled "Jan Rouven Fuechtener, Case #2:16-CR-001-GMN-CWH Magicians Life in the Impossible."

DATED this 25th day of February, 2019.

WRIGHT MARSH & LEVY

By  /s/ Russell E. Marsh
RUSSELL E. MARSH, ESQUIRE
SUNETHRA MURALIDHARA, ESQUIRE
Attorneys for Jan Rouven Fuechtener

J: DEBBIE PLEAD-2019 FUE UNI MTN CONTINUE SENTENCING

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of February, 2019, I caused a copy of the foregoing NOTICE OF MANUAL FILING to be served via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Elham Roohani
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101

BY  /s/ Debbie Caroselli
     An employee of Wright Marsh & Levy

**EXHIBIT A**

**EXHIBIT A**

