RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: russ@wmllawlv.com
       smuralidhara@wmllawlv.com
Attorneys for Jan Rouven Fuechtener

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>JAN ROUVEN FUECHTENER,<br><br>    Defendant. | CASE NO. 2:16-CR-00100-GMN-CWH<br><br>**NOTICE REGARDING<br>DR. GREGORY HARDER** |

Certification: This notice is timely filed pursuant to the Court's Minute Order dated February 24, 2019 (ECF No. 331).

Defendant, JAN ROUVEN FUECHTENER, by and through his attorneys of record, RUSSELL E. MARSH, ESQUIRE, and SUNETHRA MURALIDHARA, ESQUIRE, WRIGHT MARSH & LEVY, hereby gives notice that Dr. Gregory Harder will be present at Mr. Fuechtener's sentencing hearing on February 28, 2019; and further that Mr. Fuechtener intends to call Dr. Harder as an expert witness and make him available for cross-examination.

DATED this 26th day of February, 2019.

WRIGHT MARSH & LEVY

By   /s/ Russell E. Marsh
    RUSSELL E. MARSH, ESQUIRE
    SUNETHRA MURALIDHARA, ESQUIRE
    Attorneys for Jan Rouven Fuechtener

J:\DEBBIE\PLEAD-2019\FUE\UNI\NTC RE DR. GREGORY HARDER

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of February, 2019, I caused a copy of the foregoing NOTICE REGARDING DR. GREGORY HARDER to be served via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Elham Roohani
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101

BY   /s/ Debbie Caroselli
An employee of Wright Marsh & Levy