SUNETHRA MURALIDHARA, ESQ.
Nevada Bar No. 13549
RUSSELL E. MARSH, ESQ.
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: smuralidhara@wmllawlv.com
russ@wmllawlv.com

Attorneys for Jan Rouven Fuechtener

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No. 2:16-cr-00100-GMN-CWH<br><br>**LETTERS IN SUPPORT OF DEFENDANT FOR SENTENCING** |

The Defendant, Jan Rouven Fuechtener, by and through his attorneys of record, Sunethra Muralidhara, Esq. and Russell E. Marsh, Esq., Wright Marsh & Levy, hereby submits the attached letters (Exhibit A) in support of Mr. Fuechtener for the sentencing hearing set on February 28, 2019 at 1:30 p.m.

DATED this 26th day of February 2019.

WRIGHT MARSH & LEVY

*/s/ Sunethra Muralidhara*
Sunethra Muralidhara, ESQ.

*/s/ Russell E. Marsh*
Russell E. Marsh, ESQ.
Attorneys for Mr. Fuechtener

**INDEX OF LETTERS**

The following individuals submit letters in support of Mr. Jan Rouven Fuechtener.

1. Jess Marchese
2. Frank Alfter
3. Brad Cleary
4. Helma Tobischke
5. Leif and Karin Hansen

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of Wright Marsh & Levy and is a person of such age and discretion as to be competent to serve papers.

That on February 26, 2019, she served an electronic copy of the above and foregoing **Letters in Support of Defendant for Sentencing** by electronic service to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney District of Nevada
ELHAM ROOHANI
Assistant United States Attorney
elham.roohani@usdoj.gov
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101

/s/ Debbie Caroselli
Employee Wright Marsh & Levy

# EXHIBIT A

February 14, 2019

Chief Judge Gloria Navarro
United States District Court

Your Honor,

This serves as my letter in support of Jan Rouven Fuechtener. I authored this letter on my own volition.

I will refrain from mentioning any of the facts of this case as your honor is well aware of them. However, I do feel that I can genuinely comment on the character of Jan as someone who got to know him personally based upon my representation of him.

To be clear, I do not condone his actions- no clear thinking person does. He deserves to do some prison time and pursuant to his plea, he will. However, I don't believe the period should be for decades.

I sincerely do not believe this case is who Jan is. First, Jan is a very naïve individual that grew up in a small town in Germany. From a young age, he was under the so called guidance of older mentors overseeing his magic career. I think even the prosecution would agree that based on the record (particularly the PSR), these individuals did not always have his best interests in mind. Although I am not a psychologist, I believe these interactions stunted Jan's maturity and decision making abilities. As a result, it caused him to make poor decisions by interacting with the wrong people which ultimately caused him to wind up with a federal indictment. Throughout this case when we interviewed witnesses, I was genuinely surprised to see some of the individuals that Jan associated with. I don't know if it was that Jan wants to save everyone from themselves, but I can say that these individuals were self-serving and manipulated Jan's generosity.

I never mentioned this before, but when Jan was initially detained he commented "that my life is over." I didn't take this as a genuine suicide threat, but more as a figurative statement. Magic is all this man knows. Ever since he was a young boy, he was an aspiring magician. Now, between his immigration status and the negative publicity associated with charges of this nature, it is safe to say he will never be an entertainer again. Maybe he will be able to do some small show in Europe or on a cruise ship, but the bottom line is he will never ascend to the level of headlining a show on the Vegas Strip ever again. Obviously, he lost his trade due to his own actions, but I do think that this is a mitigating factor that should be considered when determining the proper sentence for him.

I will leave recommending a sentence to the court in Mr. Marsh's more than capable hands, but I would simply ask the court consider the above facts when sentencing Jan. Unfortunately, the court will never get to know Jan as I did, but I can represent he is someone who is almost impossible not to like. He truly is not a bad guy, but rather a good guy that did a bad thing.

Sincerely,

Jess R. Marchese, Esq.

601 S. Las Vegas Blvd. Las Vegas, NV 89101 • marcheselaw@msn.com
Phone: 702-385-JESS(5377) • Fax: 702-474-4210

Dear Judge Gloria M. Navarro,

my name is Frank Alfter and I am the husband of Jan Rouven Fuechtener. I am his partner and friend as well as producer of his shows in our old life...

I know Jan for more than twenty years. He ist the most good-natured and amiable person I have ever met. This combined with his charming personality made his success on stage.

His biggest goal was always to be „Everybodies Darling". Since I know him he always wanted to „save the world" and help other people.

Au contraire to me he only believed in the good of people...

In Germany every young man had to serve in the army or in a social facility for 12 months. When I met him he worked in a home for disabled people in my hometown.

He never complained or said a bad word about his tasks although it was pretty hard for a young man without any experience in that field.

It was at that time that he started with his shows, a lot of charity or fundraisers for his special-care home.

I remember another story, years later already in Las Vegas: I came back from a Cruiseship production when I controlled credit card statements. I found expenses for a flight. He was working his show, so it could not have been his flight. I asked him about the money spent. His answer was that he bought flights to Florida for a guy he rarely knew... This guy told him he hadnt visited his family for Christmas for years – so he bought him his tickets... I freaked out but that is exactly how he is!

His whole live was performing magic shows on stage, giving other people a good time.

That was his 24/7 passion. This has already been taken away from him from one day to another. And facing these accusations he will never be able to go back into his Job again.

His biggest dream – a Las Vegas Career- has been destroyed .

He is serving this lifetime sentence already.

I hope you will consider this and these words will help you to see his real character.

He is a good person and not the monster the prosecution tries to create.

Yours faithfully

Frank Alfter

Germany, February 23, 2019

Dear Judge Gloria M. Navarro

My name is Bradley J. Cleary, I am Founder & Artistic Director of Jonathon Entertainment GmbH & business owner of 6 Pack Fitness EU.
I write on behalf of my friend Jan Rouven Fuechtener who I have known and worked alongside, together with his devoted partner Frank Alfter since 2003... where we, in a small french town on one of Europe's largest music hall stages, performed to hundreds of spectators daily. A fairy tale setting with a fairy tale life... is and what will always be the romanticised lifestyle of a performer. But on that stage I met my mentors, Jan & Frank, who also became part of my family.
Jans' dedication to his dream and the passion he gave, working tirelessly without pause, was always one of the greatest things I have respected of him. The interest he would show in the lives of everyone he interacted with, learning their names & stories & always following up after them and their families, could sometimes get quite frustrating but it is one of his great attributes..
   For the past 12yrs I watched as Jan Rouvens' only world was the one he knew while climbing the ladder of success; he was performing on stages daily; he was working non stop business hours; he was handling every aspect and detail himself & always with a joy & happiness that he would bring with him in everything he did... brightening up everyones day as he dedicated his every waking hour towards the fulfilment of his childhood dream. Jan is a blessing and a joy to be around. He was widely respected for his character & nature, friends and fans alike.

   Within the process of these last 2 yrs of Jans' Incarceration, being in the public eye. It is inevitable that the compete character of a person be questioned, & all the respect & joyful moments brought to peoples lives, become silenced conversations in their minds.
His life's dedication,& everything that he knew and loved and who loved him.. in question.
   I am aware of Jans' convictions, and that the fate of his future must lie in someones hands and I understand the position you must uphold. I ask however that you show leniency in his sentencing. As there is much more evidence of a man who spent his life dedicated, honest and hard working. Evidence of a great & gentle heart whose curiosity brought so much joy & affection. Evidence that this is a man who has already lost everything he knew.. I ask that in your sentencing you see the man we have known & loved, the man whose greatest love is performing. A man with a good positive nature. Who I know is not the sum of what he now stands accused of in front of you.
   I am one person writing for many with hope that you will find mercy on Jan Rouven Fuechtner while sentencing.

I thank you for your time, and I send my thanks and gratitude for hearing my words.

Yours sincerely,
Brad J Cleary

February 22nd, 2019

Helma Tobischke
Buchenstr. 42
45892 Gelsenkirchen
Germany
htobischke@t-online.de


The Honorable Chief Judge Gloria Navarro

Chief Justice, Federal Court of the District of Nevada

333 S Las Vegas Blvd, Las Vegas, NV 89101, USA


RE: **Jan Rouven Fuechtener**


Dear Judge Navarro,

My name is Helma Tobischke. I am a woman from Germany and live in North Rhine Westphalia. I've known Jan Rouven Fuechtener for 19 years and I've met him as a magician in a themeparc. As often as possible I visited his magic show and became a fan. During 16 years I visited Jan Rouven Fuechtener in his magic show wherever he appeared. A real friendship resulted.

From my point of view, he was always a nice, friendly young man who was looking for friends and fans.
But I can imagine that Jan Rouven did not always met real friends, maybe many people have just given a wrong friendship.
Jan Rouven Fuechtener has worked very hard for his own goal and his dream. His destination was to have his own magic show in Las Vegas, and that has succeeded him with a lot of work and patience.

I hope you consider this information with respect to the upcoming sentencing of Jan Rouven. Whatever the outcome of the sentencing, Jan Rouven will have learned a lot from this experience. After the imprisonment, Jan Rouven Fuechtener can begin a new life in Germany.
That is why I beg you to be indulgent in the upcoming sentencing

Thank you for taking the time to read my thoughts on this matter.


Respectfully yours,

Helma Tobischke



LEE PEE VILLE Artist Agency · Palmersdorfer Hof 14 · D-50321 Brühl

**LEE PEE VILLE**
International Artist Agency
Direktor Leif Hansen
Palmersdorfer Hof 14
D-50321 Brühl
Phone 0049 (0) 22 32- 46 13 4
Fax     0049 (0) 22 32- 46 89 7
Mobil  0049 (0) 172- 29 99 58 1
LEEPEEVILLE@AOL.COM

Dear Judge Gloria M. Navarro,

we are Leif and Karin Hansen from Germany.

We are in the Entertainmentbusiness for more than 40 years.

Leif Hansen worked as a magician in german Themeparks. He knows Jan Rouven Fuechtener since he was a teenager. It was in a Themepark in Germany more than 25 years ago where he met Jan. He was always sitting in the first row and watching the shows. His dream was to become a magician too.

We also own a Booking Agency fort he Entertainment Industry. We booked Jan for Themeparks and Theaters before he left Europe for Las Vegas.

In all these years we never heard a bad word about him from any of our clients. Everybody liked him because he is a very friendly person.

Jan never thought about money or fame. His biggest dream was to perform magic on stage. He loved what he did.

We know him as a warm hearted, friendly person who always listened to everybody.

He has a big heart and always was very friendly and open to everybody.

His only topic was Magic and his next shows, these were the only things he thought about.

We visited him a couple of times in Las Vegas during his years in the US. Also here he was always very helpful and supportive.

It breaks our heart when we see how he lost his life.

We pray to God that you will consider our words and think about him as a good person when you set the sentence for him.

Best Regards,

Leif and Karin Hansen

*[signatures]*

Bruehl, February 22, 2019

Bankverbindung:
Leif Hansen
Kreissparkasse Köln
BLZ: 370 502 99
Kto.: 160 000 429

Bankverbindung International:
Leif Hansen
Kreissparkasse Köln
SWIFT BIC: COKSDE33
IBAN: DE 07 3705029901600000429

**Leif Hansen**
Palmersdorfer Hof 14
D-50321 Brühl
Steuer-Nr.: 224/5105/0552