**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-00100-GMN-CWH-1 |
| vs. | DATE: February 28, 2019 |
| JAN ROUVEN FUECHTENER, | Courtroom 7D |
| Defendant. | |

THE HONORABLE <u>GLORIA M. NAVARRO,</u> CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>Aaron Blazevich</u>    COURT RECORDER: <u>Araceli Bareng</u>

COUNSEL FOR PLAINTIFF: <u>Ellie Roohani and Lisa Cartier-Giroux with FBI Special Agent Mari Panovich</u>

COUNSEL FOR DEFENDANT: <u>Russell Marsh and Sunethra Muralidhara</u>

PROBATION: <u>Wendy Beckner and Brian Blevins</u>

MINUTES OF PROCEEDINGS: <u>Sentencing</u>

1:44 p.m. The Court convenes. The Defendant is present in custody without leg restraints. The Court makes preliminary statements and hears representations from counsel. The Court and parties discuss various issues at sidebar. The Court and parties discuss the Defendant's criminal history category and sentencing guideline range.

2:16 p.m. **DR. GREGORY HARDER**, called on behalf of the Defendant, is sworn and testifies on direct examination by Mr. Marsh. Ms. Roohani conducts cross examination. Mr. Marsh conducts redirect examination. Ms. Roohani conducts recross examination. The witness is excused.

2:42 p.m. **SPECIAL AGENT MARI PANOVICH**, called on behalf of the Government, is sworn and testifies on direct examination by Ms. Roohani. Mr. Marsh conducts cross examination. The witness is excused.

2:52 p.m. Mr. Marsh requests the courtroom be sealed prior to the testimony of the next witness. The Courtroom is **SEALED**. Mr. Marsh requests the sidebar conversation at the beginning of this hearing be sealed. The Court orders the sidebar discussion **SEALED**.

3:22 p.m. The Courtroom is **UNSEALED**. Ms. Roohani makes arguments in favor of sentencing on behalf of the Government.

3:39 p.m. Mr. Marsh and Ms. Muralidhara make arguments in favor of sentencing on behalf of the Defendant. The Defendant addresses the Court on his own behalf. Probation Officer Brian Blevins makes statements.

4:16 p.m.  The Court makes statements to the Defendant.  Sentence is imposed.  Probation provides a copy of the conditions of the terms of supervised release to the Defendant.  Defendant is advised of his right to appeal.  Mr. Marsh requests a hearing regarding the funds being held in the registry of the Court.  Mr. Marsh requests a treaty transfer.  The Court indicates that the penalty assessment, fines, and restitution will be taken from the funds being held in the registry of the Court.  The Court DENIES the request for a treaty transfer.  The Court ORDERS all assessments, fines, and restitution to be taken from the funds being held in the registry of the Court.  Amended Preliminary Order of Forfeiture signed and filed.  Defendant is remanded to custody.

4:41 p.m. Court adjourns.

                                                              DEBRA K. KEMPI, CLERK
                                                              U.S. DISTRICT COURT
                                                              BY:_____/S/_____
                                                              Aaron Blazevich, Deputy Clerk