# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

| UNITED STATES OF AMERICA, | 2:16-cr-00100-GMN-CWH-1 |
|---|---|
| Plaintiff, | WITNESS LIST |
| vs. | Sentencing |
| JAN ROUVEN FUECHTENER, | February 28, 2019 |
| Defendant. | |

| Witness # | Date | Witness Name | Called By |
|---|---|---|---|
| 1 | 2/28/2018 | DR. GREGORY HARDER | Defendant |
| 2 | 2/28/2018 | SPECIAL AGENT MARI PANOVICH | Government |
| 3 | 2/28/2018 | SEALED | Government |

* * * *