# THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

| UNITED STATES OF AMERICA, | 2:16-cr-00100-GMN-CWH-1 |
|---|---|
| Plaintiff, | EXHIBIT LIST |
| vs. | Sentencing |
| JAN ROUVEN FUECHTENER, | February 28, 2019 |
| Defendant. | |

| Exhibit # | Marked | Admitted | Description | Provided By |
|---|---|---|---|---|
| 1 | 2/28/2019 | 2/28/2019 | SEALED | Government |
| 2 | 2/28/2019 | 2/28/2019 | SEALED | Government |
| A | 2/28/2019 | 2/28/2019 | SEALED | Defendant |