RUSSELL E. MARSH, ESQ.
Nevada Bar No. 11198
SUNETHRA MURALIDHARA, ESQ.
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: russ@wmllawlv.com
        smuralidhara@wmllawlv.com

Attorneys for Jan Rouven Fuechtener

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00100-GMN-CWH |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

    JAN ROUVEN FUECHTENER, by and through his counsel, RUSSELL E. MARSH, ESQUIRE, and SUNETHRA MURALIDHARA, ESQUIRE, hereby give notice that Defendant Fuechtener appeals to the United States Courts of Appeals for the Ninth Circuit from the judgment of conviction and sentence imposed on March 6, 2019 (ECF 345).

    DATED this 14th day of March 2019.

                                            WRIGHT MARSH & LEVY

                                            */s/ Russell E. Marsh*
                                            Russell E. Marsh, Esq.
                                            Sunethra Muralidhara, Esq.
                                            Attorneys for Mr. Fuechtener

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of Wright Marsh & Levy and is a person of such age and discretion as to be competent to serve papers.

That on March 14, 2019, she served an electronic copy of the above and foregoing **NOTICE OF APPEAL** by electronic service to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney District of Nevada
ELHAM ROOHANI
Assistant United States Attorney
elham.roohani@usdoj.gov
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101

                                      /s/ Debbie Caroselli
                                      Employee Wright Marsh & Levy