**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JAN ROUVEN FUECHTENER, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:16-cr-00100-GMN-CWH <br><br> **ORDER** |

On February 28, 2019, the Court sentenced Defendant Jan Rouven Fuechtener to a total of 240 months imprisonment, five years of supervised release following imprisonment, restitution of $70,000.00, special assessments of $300.00, an assessment pursuant to the Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22, of $15,000.00, and a fine of $500,000.00. (Min. Proceedings, ECF No. 341); (J., ECF No. 345). The Court also ordered all assessments, fines, and restitution be paid from Defendant's funds being held in the registry of the Court. (Min. Proceedings, ECF No. 341).

Following payment of the assessments, fines, and restitution from the funds held in the registry of the Court, the Court currently holds a remainder of $307,500.00, alongside $24,648.41 in interest, which accrues daily. Accordingly,

**IT IS HEREBY ORDERED** that Defendant shall provide the Clerk of Court with his updated address and a completed Internal Revenue Service Form W-9 by April 16, 2019.

///

///

**IT IS FURTHER ORDERED** that, upon receipt of Defendant's updated address and a completed Form W-9 signed by Defendant, the Clerk of Court shall release the remaining balance of the funds held in the registry of the Court, including any accrued interest, to Defendant Jan Rouven Fuechtener.

**DATED** this 14 day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court