John A. Kawai, NSBA No. 14893
CARPENTER, ZUCKERMAN & ROWLEY, LLP
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel.: (805)272-4001
Fax: (805)719-6858
Email:  Team3@czrlaw.com
Attorneys for Victims/Plaintiffs

Carol L. Hepburn , *Pro Hac Vice Pending*
CAROL L. HEPBURN, P.S.
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net
Of attorneys for Victims/Plaintiffs Lily, Sarah, Solomon,  William L.E. Dussault as Guardian Ad Litem of Violet, a minor, Andy and Jenny


Deborah A. Bianco, *Pro Hac Vice Pending*
DEBORAH A. BIANCO, PLLC

14535 Bel-Red Road, #201

Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Attorney for Victim/Plaintiff Jane Doe as next friend for Pia, a minor

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>　　　　　　　　　　Defendant. | Case No:   2:16-cr-00100-GMN-CWH<br><br>NOTICE OF OBJECTION TO ORDER RELEASING FUNDS HELD IN REGISTRY OF THE COURT [Doc. 347] DUE TO PENDING CIVIL MATTER |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL HEREIN:

Victims in the present criminal matter, LILY, SARAH, SOLOMON, VIOLET, ANDY, JENNY, and PIA, by and through their counsel, hereby object to the release of any funds held in registry of the Court in this matter [Doc. 347], as the funds in question are subject to attachment in a civil matter currently pending in the United States District Court, District Court of Nevada, Case No. 2:19-cv-00352-RFB-GWF ("civil case").

In the civil case, Plaintiffs are seeking civil statutory damages pursuant to 18 U.S.C. § 2255(a), which allows victims of child pornography crimes prosecuted under section 2252 to recover the actual damages such person sustains or liquidated damages in the amount of $150,000 per victim, and reasonable attorney's fees. The Court may also award punitive damages and grant such other preliminary and equitable relief as the Court determines to be appropriate.

Plaintiffs are seeking a prejudgment writ of attachment of the funds held in registry in the current criminal case [civil case Doc. 5], and will be severely prejudiced if those funds are released before they have been able to secure a judgment in the civil matter.

Plaintiffs therefore request that the funds be held in registry until Case No. 2:19-cv-00352-RFB-GWF resolves.

Dated this 19th day of March, 2019 at Irvine, California.

CARPENTER, ZUCKERMAN & ROWLEY, LLP

By__/s John A. Kawai_____
John A. Kawai, NSBA No. 14893
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel.: (805)272-4001

Fax: (805)719-6858
Email:  Team3@czrlaw.com
Of Attorneys for Plaintiffs

CAROL L. HEPBURN, P.S.


By /s Carol L. Hepburn
Carol L. Hepburn , *Pro Hac Vice Pending*
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net
Of attorneys for Plaintiffs Lily, Sarah, Solomon, William L.E. Dussault as Guardian Ad Litem of Violet, a minor, Andy and Jenny


DEBORAH A. BIANCO, PLLC

By /s Deborah A. Bianco
Deborah A. Bianco, *Pro Hac Vice Pending*
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Attorney for Jane Doe as next friend for Pia, a minor