# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

      Plaintiff(s),

vs.

Jan Rouven Fuechtener,

      Defendant(s).

Case #2:16-cr-00100-GMN-CWH

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Carol L. Hepburn_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Carol L. Hepburn, P.S._____
(firm name)

with offices at _____200 First Avenue West, Suite 550_____,
(street address)

_____Seattle_____, _____Washington_____, _____98119_____,
(city)                              (state)                      (zip code)

_____206-957-7272_____, _____carol@hepburnlaw.net_____.
(area code + telephone number)              (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Lily, Sarah, Solomon and Violet_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  October 19, 1978 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Washington (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Western District of Washington | July 10, 1979 | 8732 |
| Oregon | October 16, 2006 | 032110 |
| District of Oregon | October 16, 2006 | 032110 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) State of Washington, Western District of Washington, State of Oregon and District of Oregon.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| October 19, 2015 | Amy et al v. Feldman | EDWI | Granted |
| December 20, 2016 | Jane Doe et al v Nesset | WDPA | Granted |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Washington___ )
COUNTY OF ___King___ )

___Carol L. Hepburn___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_9th_ day of _March_, _2019_.

_____
Notary Public or Clerk of Court

Notary Public
State of Washington
MICHELLE D SPARKS
My Appointment Expires May 16, 2019

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___John A. Kawai___,
(name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___400 South 4th Street, Suite 500___,
(street address)

___Las Vegas___, ___Nevada___, ___89101___,
(city)        (state)        (zip code)

___805-272-4001___, ___jk@czrlaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____John A. Kawai_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/_____
(party's signature)

Lily
(type or print party name, title)

_____/s/_____
(party's signature)

William L.E. Dussault as GAL for "Violet", a minor
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/_____
Designated Resident Nevada Counsel's signature

14893                    jk@czrlaw.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.


UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATION OF CURRENT STATUS

March 12, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Ms. Carol Hepburn**, WSBA ID# **8732** was admitted to the practice of law as a Lawyer in this state by the Supreme Court of Washington on **October 19, 1978**, and is, as of today's date, a(n) **Active Lawyer** of the Washington State Bar Association, **Eligible** to practice law in this state as a Lawyer.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

_Paula C. Littlewood_
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

# United States District Court
## Western District of Washington



# CERTIFICATE OF GOOD STANDING

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that **Carol Lynn Hepburn** was admitted to practice in said Court on <u>July 10, 1979</u> to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on March 7, 2019.

William M. McCool
Clerk

By _____
Deputy Clerk






# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

### CERTIFICATE OF GOOD STANDING

I, Mary L. Moran, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

## *Carol L. Hepburn*

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon, on March 12, 2019.

MARY L. MORAN
Clerk of Court

By: _____
Elizabeth Potter
Attorney Admissions Clerk



# Certificate

State of Oregon )
) ss.
County of Washington )

I, Stacy R. Owen, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**CAROL L. HEPBURN**

was admitted to practice law in the State of Oregon by reciprocity and became an active member of the Oregon State Bar on June 2, 2003.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Hepburn is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 15th day of March, 2019.

Stacy R. Owen
Assistant Disciplinary Counsel
Oregon State Bar

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935
(503) 620-0222 or (800) 452-8260   fax (503) 684-1366   www.osbar.org