UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

## DESIGNATION OF TRANSCRIPTS
## TO BE USED IN RECORD ON APPEAL

District Court Case Number: 2:16-cr-00100-GMN-CWH

Court of Appeals Case Number: 19-10097

Case Caption: United States v. Jan Rouven Fuechtener

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| | | See Attachment A | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Date: April 4, 2019

Signature

Russell E. Marsh
Print Name

Jan Rouven Fuechtener
Appellant/Appellee

## Attachment A

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

## DESIGNATION OF TRANSCRIPTS
## TO BE USED IN RECORD ON APPEAL

| Date of Hearing | Docket Number | Proceeding | Recorder/Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 3/15/2016 | 4 | Initial Appearance | FTR | No |
| 3/16/2016 | 5 | Detention Hearing | FTR | No |
| 4/6/2016 | 16 | Arraignment and plea | FTR | No |
| 4/19/2016 | 24 | Motion hearing | FTR | No |
| 10/6/2016 | 85 | Hearing RE: waiver of jury trial | FTR | No |
| 10/11/2016 | 95 | Calendar Call | FTR | No |
| 10/24/2016 | 118 | Motion hearing | FTR | No |
| 11/7/2016 | 134 | Calendar Call | FTR | No |
| 11/14/2016 | 138 | Bench Trial Day 1 | FTR | Yes |
| 11/15/2016 | 140 | Bench Trial Day 2 | FTR | Yes ECF 191 |
| 11/16/2016 | 141 | Bench Trial Day 3 | FTR | Yes ECF 192 |
| 11/17/2016 | 142 | Change of Plea Hearing | FTR | Yes ECF 166 |
| 5/24/2017 | 167 | Motion hearing | Liberty | No |
| 5/26/2017 | 172 | Motion hearing | Recorder | No |
| 6/1/2017 | 179 | Motion hearing | Liberty | No |
| 12/29/2017 | 229 | Motion Hearing | A. Bareng | Yes ECF 232 |
| 3/9/2018 | 248 | Evidentiary Hearing Day 1 | A. Bareng | Yes ECF 261 |
| 4/16/2018 | 254 | Evidentiary Hearing Day 2 | A. Bareng | Yes ECF 257 |
| 4/20/2018 | 255 | Evidentiary Hearing Day 3 | A. Bareng | Yes ECF 258 |
| 5/11/2018 | 259 | Evidentiary Hearing Day 4 | A. Bareng | Yes ECF 262 |
| 5/16/2018 | 260 | Evidentiary Hearing Day 5 | A. Bareng | Yes ECF 263 |
| 8/31/2018 | 292 | Motion Hearing | Recorder | No |
| 9/6/2018 | 293 | Motion Hearing | Recorder | No |
| 10/2/2018 | 302 | Motion Hearing | Recorder | No |
| 10/9/2018 | 305 | Motion Hearing | A. Kamaka | No |
| 11/1/2018 | 306 | Status Conference | H. Newman | Yes ECF 316 |
| 2/28/2019 | 341 | Sentencing and Disposition | A. Bareng | No |