1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
2          BEFORE THE HONORABLE CARL W. HOFFMAN, MAGISTRATE JUDGE
                            ---o0o---
3

4      UNITED STATES OF AMERICA,        :
                                        :
5                   Plaintiff,          : No. 2:16-cr-100-GMN-CWH
                                        :
6              -vs-                     : October 2, 2018
                                        :
7      JAN ROUVEN FUECHTENER,           : Las Vegas, Nevada
                                        :
8               Defendant.              :
       _____ :
9

10

11                   TRANSCRIPT OF MOTION HEARING

12

13     APPEARANCES:

14     FOR THE PLAINTIFF:        CHRISTOPHER BURTON
                                 Assistant United States Attorney
15                               Las Vegas, Nevada

16

17     FOR THE DEFENDANT:        KAREN CONNOLLY
                                 Attorney at Law
18                               Las Vegas, Nevada

19

20     ALSO PRESENT:            RICHARD SCHONFELD
                                 Attorney at Law
21                               Las Vegas, Nevada

22

23     Transcribed by:          Margaret E. Griener, CCR #3, FCRR
                                 Official Reporter
24                               400 South Virginia Street
                                 Reno, Nevada 89501
25

2

1           LAS VEGAS, NEVADA, TUESDAY, OCTOBER 2, 2018, 3:01 P.M.

2                         ---o0o---

3

4                   THE CLERK:  This is the time set for United

5      States of America versus Jan Rouven Fuechtener, case number

6      2:16-cr-100-GMN-CWH.

7                   Counsel, please enter your appearances.

8                   MR. BURTON:  Good afternoon, your Honor.

9                   Your Honor, Christopher Burton on behalf of the

10     United States for Eli Roohani.

11                  MS. CONNOLLY:  Karen Connolly and Jan Rouven

12     Fuechtener who is present at counsel table.

13                  THE COURT:  Good afternoon, counsel.  Good

14     afternoon, Mr. Fuechtener.

15                  Here we're on number 299, it is defense

16     counsel's motion to withdraw as counsel.  I know that this

17     case has had a firm setting for sentencing in November, and --

18                  MR. BURTON:  Correct, your Honor.

19                  THE COURT:  And other than that, does the

20     government have anything to add?

21                  MR. BURTON:  Your Honor, I think we laid it out

22     in our response to the motion to reconsider which is also

23     pending.

24                  Your Honor, at this point the government is sort

25     of at a standstill or a crossroads as to who Mr. Fuechtener

1    would like to represent him in this matter.  We're getting

2    different stories from different sources.

3              So to the extent that, you know, I suspect I'll

4    be excused from the courtroom, I would ask this Court to

5    canvass the defendant on whether he authorized the filing of

6    the motion to reconsider, and if the defendant is prepared to

7    affirm whom it is that he wishes to represent him in this

8    matter, I would appreciate that.

9              THE COURT:  Okay.  All right.  Thanks.  You can

10   step out then.  I'm going to seal the record.

11             MR. BURTON:  Thank you.

12             MR. SCHONFELD:  Your Honor, Richard Schonfeld.

13             I'd request permission to remain because I also

14   have possession of privileged communication as it relates

15   to --

16             THE COURT:  You need to come up to a microphone.

17             MR. SCHONFELD:  Your Honor, this is Richard

18   Schonfeld.

19             As the Court is aware, we've specially appeared

20   on behalf of the defendant.  I would ask for permission to

21   remain in the courtroom because I also have privileged

22   communication between Mr. Fuechtener and myself relative to

23   the issue of being authorized to file the motion for

24   reconsideration that obviously I don't want to have to present

25   in a public forum.

4

1              THE COURT:  Ms. Connolly, what's your view on

2    that?

3              MS. CONNOLLY:  May we have the Court's

4    indulgence?  We need to figure out what -- I mean, I think

5    maybe -- I think it's up to him, really, if he wants to

6    have -- I mean, his conversations with me are privileged.  I

7    am not even allowed to disclose them with Mr. Schonfeld

8    without my client's permission so --

9              THE COURT:  Yeah, so we've got a couple of

10   privileges going on.  Who are you, sir, in the back?

11             UNIDENTIFIED SPEAKER:  (Inaudible.)

12             THE COURT:  Okay.  All right.  I'll allow you to

13   stay here.

14             MS. CONNOLLY:  So --

15             THE COURT:  Well, let's do it one step at a

16   time.  Let me talk to Ms. Connolly and Mr. Fuechtener first,

17   and then we'll go from there.

18                     (Refer to a separate sealed transcript of
                        proceedings.)
19

20

21

22

23

24

25

5

1          LAS VEGAS, NEVADA, TUESDAY, OCTOBER 2, 2018, 3:39 P.M.

2                              ---o0o---

3

4                THE CLERK:  The record has been unsealed, your

5    Honor.

6                THE COURT:  Mr. Burton, let me bring you

7    up-to-date.

8                The request to withdraw by Ms. Connolly is

9    denied, she will remain as CJA counsel.

10               Additionally I had a discussion with

11   Mr. Schonfeld in trying to figure out what happens to this

12   motion for reconsideration because that may -- because the

13   fact that there are two lawyers working on this case may have

14   an impact on the way the government views how this case is

15   being prosecuted.  You mentioned as much.  And the defended, I

16   should say.

17               And Mr. Fuechtener is in a difficult situation

18   because he wants to have the funds available that he thinks

19   he's entitled to have in order to retain counsel and to hire

20   experts and to do other things that he needs to do to defend

21   himself.

22               He has no choice, though, if he doesn't try to

23   get this money, and so that's why he is requesting

24   reconsideration.  In other words, he's not requesting

25   reconsideration in order to rattle the government's cage, he's

1    simply saying, "I want to have the opportunity to get that

2    money so that I can improve my defense."

3                    I think it's a reasonable position for him to

4    take.  If he has money that's not the result of ill-gotten

5    gains, then that money should be reasonably available to a

6    defendant under the Sixth Amendment because you don't want to

7    take away his ability to defend himself with his own money

8    basically that's being reserved now for the possible

9    forfeiture, the fines, or whatever it might be, as part of the

10   sentencing.

11                   So he's between a rock and a hard place here.

12   He wants to get that money, he doesn't want to cause a problem

13   with the government, but -- and yet this discussion is causing

14   problems with Ms. Connolly trying to represent him.

15                   And so that's what we've talked about here, and

16   I wanted to make the record clear that the request to withdraw

17   is denied, and Mr. Schonfeld is authorized to proceed with the

18   request for reconsideration on the release of funds, and

19   Mr. Schonfeld -- I mean, Mr. Fuechtener explained why that was

20   important, and so I guess I'll leave it at that.

21                   Any need for clarification or questions for me?

22                   MR. BURTON:  So if I understand you correctly,

23   your Honor, Ms. Connolly is at this point counsel of record.

24                   THE COURT:  CJA.

25                   MR. BURTON:  And Mr. Schonfeld is permitted to

1    proceed with the motion to reconsider.

2               THE COURT:  Yes.  He's made an appearance as

3    special counsel for the special specific purpose of getting

4    these funds released, and I view that as part of the defense

5    strategy overall.

6               And so, yes, they're authorized -- Schonfeld is

7    authorized to file this motion for reconsideration.

8               MR. BURTON:  Understood, your Honor, thank you.

9               THE COURT:  Okay.  Ms. Connolly, any need for

10   clarification?

11              MS. CONNOLLY:  No, your Honor.

12              THE COURT:  All right.  Thank you very much.

13                         -o0o-

14

15        I certify that the foregoing is a correct
          transcript from the record of proceedings
16        in the above-entitled matter.

17        /s/Margaret E. Griener          5/3/2019
           Margaret E. Griener, CCR #3, FCRR
18         Official Reporter

19

20

21

22

23

24

25