———2:16-cr-00100-GMN-CWH———

```
                UNITED STATES DISTRICT COURT

                    DISTRICT OF NEVADA


UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )  Case No. 2:16-cr-00100-GMN-CWH
                             )
      vs.                    )  Las Vegas, Nevada
                             )  April 6, 2016
JAN ROUVEN FUECHTENER,       )
                             )
              Defendant.     )  ARRAIGNMENT/PLEA
_____)




                  TRANSCRIPT OF PROCEEDINGS

            THE HONORABLE CARL W. HOFFMAN,
            UNITED STATES MAGISTRATE JUDGE




APPEARANCES:           See Next Page

DIGITALLY RECORDED:    Liberty Court Recorder
                       3:10 p.m.


TRANSCRIBED BY:        PATRICIA L. GANCI
                       (702) 385-0670


Proceedings recorded by electronic sound recording, transcript
produced by mechanical stenography and computer.
```

2:16-cr-00100-GMN-CWH

1  APPEARANCES:

2  For the Plaintiff:
         **LISA CARTIER-GIROUX, AUSA**
3        UNITED STATES ATTORNEY'S OFFICE
         501 Las Vegas Boulevard South, Suite 1100
4        Las Vegas, Nevada 89101
         (702) 388-6336
5
   For the Defendant:
6        **JESS R. MARCHESE, ESQ.**
         LAW OFFICE OF JESS R. MARCHESE
7        601 South Las Vegas Boulevard
         Las Vegas, Nevada 89101
8        (702) 385-5377

9        **MICHAEL W. SANFT, ESQ.**
         SANFT LAW
10       228 South Fourth Street, 3rd Floor
         Las Vegas, Nevada 89101
11       (702) 497-8008

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                    ─2:16-cr-00100-GMN-CWH─
```

1     LAS VEGAS, NEVADA; WEDNESDAY, APRIL 6, 2016; 3:10 P.M.

2                              --oOo--

3                          P R O C E E D I N G S

4         COURTROOM ADMINISTRATOR:  Next matter on the calendar

5    is United States of America versus Jan Rouven Fuechtener, Case

6    Number 2:16-cr-100-GMN-CWH.

7         Counsel, please enter your appearance.

8         MS. CARTIER-GIROUX:  Lisa Cartier-Giroux for the United

9    States.  Good afternoon.

10        THE COURT:  Good afternoon.

11        MR. MARCHESE:  Good afternoon, Your Honor.  Jess

12   Marchese on behalf of Mr. Fuechtener.

13        THE COURT:  Good afternoon.

14        Sir, is your name Jan Rouven Fuechtener?

15        THE DEFENDANT:  Yes.

16        THE COURT:  You're advised that a criminal indictment

17   has been filed alleging that you violated Title 18, United

18   States Code Section 2252A, Possession of Child Pornography;

19   Title 18, United States Code Section 2252A, Receipt of Child

20   Pornography; that same statute, Distribution of Child

21   Pornography; and it's Title 18, United States Code Section 2251,

22   Advertising of Child Pornography.

23        Have you received a copy of the indictment?

24        THE DEFENDANT:  Yes.

25        THE COURT:  Have you had an opportunity to review it?

1  THE DEFENDANT: Yes.
2  THE COURT: Do you understand the general nature of the
3 charges you're facing?
4  THE DEFENDANT: Yes.
5  THE COURT: Do you waive a formal reading of the
6 indictment?
7  THE DEFENDANT: Yes.
8  THE COURT: To the charges in the indictment, how do
9 you plead, guilty or not guilty?
10  THE DEFENDANT: Not guilty.
11  THE COURT: Trial in this case is set for?
12  COURTROOM ADMINISTRATOR: Monday, June, 6, 2016, at
13 8:30 a.m. in Courtroom 7D before Judge Navarro. Calendar call
14 is set for Tuesday, May 31st, 2016, at 9 a.m. in Courtroom 7D.
15  THE COURT: What is the Government's position on
16 discovery in this case?
17  MS. CARTIER-GIROUX: This is not a complex case. There
18 are tapes which we will turn over, and we are going to proceed
19 pursuant to a Government disclosure form.
20  THE COURT: All right. I'm signing the standard order
21 regarding pretrial procedure.
22  Anything further on this one?
23  MS. CARTIER-GIROUX: No, Your Honor.
24  MR. MARCHESE: No, Your Honor.
25  THE COURT: All right. Thank you.

1      MR. MARCHESE:  Thank you.

2      (Whereupon the proceedings concluded at 3:12 p.m.)

3                            --oOo--

4      I, Patricia L. Ganci, court-approved transcriber, certify

5 that the foregoing is a correct transcript transcribed from the

6 official electronic sound recording of the proceedings in the

7 above-entitled matter.

8

9      /s/ PATRICIA L. GANCI       MAY 5, 2019
          Patricia L. Ganci                Date

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25