**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> JAN ROUVEN FUECHTENER, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:16-cr-00100-GMN-CWH <br><br> **ORDER** |

On March 14, 2019, the Court ordered the Clerk of Court to release a specific amount of Defendant Jan Rouven Fuechtener's ("Defendant's") funds, which were being held in the Court's registry during the pendency of this criminal case. (Order, ECF No. 347). Several days after the Court's March 14, 2019 Order, the victims in this criminal matter, "LILY, SARAH, SOLOMON, VIOLET, ANDY, JENNY, and PIA," by and through their counsel, objected to the release of Defendant's funds because those funds may be subject to writ of attachment in a civil matter currently pending in the United States District Court, District of Nevada, Case No. 2:19-cv-00352-RFB-GWF. (*See* Mot. for Prejudgment Writ of Attachment, ECF No. 5).

To date, the Motion for Prejudgment Writ of Attachment remains pending for decision in Case No. 2:19-cv-00352-RFB-GWF. Therefore, to avoid prejudice to the victims in this criminal matter, and to avoid interference with the pending civil action before the Honorable Richard F. Boulware, II, the Court stays its Order Releasing Defendant's Funds, (ECF No. 347), until disposition of the Motion for Prejudgment Writ of Attachment in Case No. 2:19-cv-00352-RFB-GWF.

///

///

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall retain Defendant's funds that were previously authorized for release to Defendant, (ECF No. 347), until further ordered by the Court after disposition of the pending Motion for Prejudgment Writ of Attachment in Case No. 2:19-cv-00352-RFB-GWF, (ECF No. 5).

**IT IS FURTHER ORDERED** that counsel for the victims, John A. Kawai, Carol L. Hepburn, and Deborah A. Bianco, shall provide the Court with a status report every thirty (30) days explaining the status of the pending Motion for Prejudgment Writ of Attachment in Case No. 2:19-cv-00352-RFB-GWF, (ECF No. 5).

**DATED** this __22__ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court