RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
russ@wmllawlv.com
smuralidhara@wmllawlv.com
Attorneys for Jan Rouven Fuechtener

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:16-CR-00100-GMN-CWH |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF NON-OPPOSITION** |
| JAN ROUVEN FUECHTENER, | ) | |
| Defendant. | ) | |

COMES NOW, the Defendant, JAN ROUVEN FUECHTENER, by and through his attorneys of record, RUSSELL E. MARSH, ESQUIRE, and SUNETHRA MURALIDHARA, ESQUIRE, WRIGHT MARSH & LEVY, who tenders the following notice of non-opposition in response to Court Order ECF 383 and the Proposed Second Amended Preliminary Order of Forfeiture ECF 382.

1. On May 23, 2019 the Government submitted a Proposed Second Amended Preliminary Order of Forfeiture ECF No. 382.

2. Mr. Fuechtener does not oppose the Government's Proposed Second Amended Preliminary Order of Forfeiture.

DATED this 30th day of May, 2019.

WRIGHT MARSH & LEVY

By     /s/ Russell E. Marsh
RUSSELL E. MARSH, ESQUIRE
SUNETHRA MURALIDHARA, ESQUIRE
Attorneys for Jan Rouven Fuechtener

1

## CERTIFICATE OF SERVICE

2        I HEREBY CERTIFY that on the 30th day of May, 2019, I caused a copy of the foregoing

3  NOTICE OF NON-OPPOSITION electronic filing system addressed to all parties on the e-service

4  list.

5

6

7                                BY_____/s/ Debbie Caroselli_____
                                     An employee of Wright Marsh & Levy

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28