John A. Kawai, NSBA No. 14893
CARPENTER, ZUCKERMAN & ROWLEY, LLP
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel.: (805)272-4001
Fax: (805)719-6858
Email:  Team3@czrlaw.com
Attorneys for Victims/Plaintiffs

Carol L. Hepburn, Admitted *Pro Hac Vice*
CAROL L. HEPBURN, P.S.
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net
Of attorneys for Victims/Plaintiffs Lily, Sarah, Solomon,  William L.E. Dussault as Guardian Ad Litem of Violet, a minor, Andy and Jenny

Deborah A. Bianco, Admitted *Pro Hac Vice*
DEBORAH A. BIANCO, PLLC
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Attorney for Victim/Plaintiff Jane Doe as next friend for Pia, a minor

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>                    Defendant. | Case No:   2:16-cr-00100-GMN-CWH<br><br>STATUS UPDATE REGARDING WRIT OF PREJUDGMENT ATTACHMENT MOTION IN CIVIL CASE 2:19-cv-00352 Lily et al v. Fuechtener |

///

Plaintiffs in the civil case Lily et al. v. Fuechtener, 2:19-cv-00352, hereby provide the following status update regarding their pending Motion for Prejudgment Attachment regarding funds held in registry of the Court in this matter.

Plaintiffs' Motion has yet to be ruled on in the present case, due to Defendant having not yet made an appearance in the civil case. The Court has granted him an extension of time to appear, based on Defendant's representation that he needed additional time to retain civil counsel. Defendant's time to appear in the civil case has been extended to October 1, 2019.

Plaintiffs will continue to update the Court in this matter until such time as a ruling has been made on the motion, but does not expect a ruling until after October of this year.

Dated this 15th day of August, 2019 at Ojai, California.

CARPENTER, ZUCKERMAN & ROWLEY, LLP

By  /s John A. Kawai
John A. Kawai, NSBA No. 14893
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel.: (805)272-4001
Fax: (805)719-6858
Email:  Team3@czrlaw.com
Of Attorneys for Victims/Plaintiffs