John A. Kawai, NSBA No. 14893
CARPENTER, ZUCKERMAN & ROWLEY, LLP
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel.: (805)272-4001
Fax: (805)719-6858
Email:  Team3@czrlaw.com
Attorneys for Victims/Plaintiffs

Carol L. Hepburn , *Pro Hac Vice*
CAROL L. HEPBURN, P.S.
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net
Of attorneys for Victims/Plaintiffs Lily, Sarah, Solomon, William L.E. Dussault as
Guardian Ad Litem of Violet, a minor, Andy and Jenny

Deborah A. Bianco, *Pro Hac Vice*
DEBORAH A. BIANCO, PLLC
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Attorney for Victim/Plaintiff Jane Doe as next friend for Pia, a minor

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                              Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>                              Defendant. | Case No:   2:16-cr-00100-GMN-CWH<br><br>STATUS UPDATE REGARDING WRIT OF PREJUDGMENT ATTACHMENT MOTION IN CIVIL CASE 2:19-cv-00352 Lily et al v. Fuechtener |

///

Plaintiffs in the civil case Lily et al. v. Fuechtener, 2:19-cv-00352, hereby provide the following status update regarding their pending Motion for Prejudgment Attachment regarding funds held in registry of the Court in this matter.

This morning, United States Magistrate Judge Elayna J. Youchah issued an Order [Doc. 24] directing Plaintiffs to serve the Motion and today's Order on Defendant Fuechtener.  The Order makes any response from Defendant due on October 11, 2019.

Plaintiffs therefore expect a ruling on their Motion by the end of October 2019, and will continue to apprise this Court on the status.

Dated this 12th day of September, 2019 at Ojai, California.

CARPENTER, ZUCKERMAN & ROWLEY, LLP

By   /s John A. Kawai
John A. Kawai, NSBA No. 14893
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel.: (805)272-4001
Fax: (805)719-6858
Email:  Team3@czrlaw.com
Of Attorneys for Victims/Plaintiffs