NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-100-GMN-CWH |
| Plaintiff, | **Notice of Filing Proof of Publication** |
| v. | |
| JAN ROUVEN FUECHTENER, AKA LARS SCHMIDT, | |
| Defendant. | |

The United States published Notice for at least 30 consecutive days on the official internet government forfeiture website, www.forfeiture.gov. *See* Exhibits, attached hereto and incorporated herein by reference as if fully set forth herein.

DATED: September 24, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/  Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on September 24, 2019.

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal