NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada State Bar No. 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-100-GMN-CWH |
| Plaintiff, | **Index of Exhibits** |
| v. | |
| JAN ROUVEN FUECHTENER (AKA LARS SCHMIDT), | |
| Defendant. | |

Exhibit 1 ............................................................................. Affidavit

Exhibit 2 ..................................................... Advertisement Certification Report

Exhibit 1 – Affidavit

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 1 - Affidavit

1          AFFIDAVIT

2   STATE OF NEVADA        )
                           ) ss
3   COUNTY OF CLARK        )

4          I, Heidi L. Skillin, being duly sworn, depose and say the following:

5          I am an FSA contractor paralegal assigned to the United States Attorney's Office for

6   the District of Nevada. This affidavit is made in support of a notice of publication filed in

7   *United States v. Jan Rouven Fuechtener, aka Lars Schmidt*, 2:16-CR-100-GMN-CWH.

8          Notice of Forfeiture was posted via the official government internet forfeiture site,

9   www.forfeiture.gov, consecutively from August 19, 2019, through September 17, 2019,

10  evidenced by the attached verified Advertisement Certification Report and the attached

11  Notice. The publication of this Notice was reasonably calculated to notify all potential

12  claimants.

13

14                              _____
                                HEIDI L. SKILLIN
15                              FSA Contractor Paralegal

16

17  STATE OF NEVADA        )
                           ) ss
18  COUNTY OF CLARK        )

19         Subscribed and sworn to (or affirmed) before me on September 24, 2019, by Heidi

20  L. Skillin.

21

22                              _____
                                NOTARY PUBLIC
23

24                              ┌─────────────────────────────────┐
                                │        PAVLINA PETERS            │
25                              │       NOTARY PUBLIC              │
                                │      STATE OF NEVADA             │
26                              │ My Commission Expires: 08-29-22  │
                                │    Certificate No: 18-3537-1     │
                                └─────────────────────────────────┘

27

28

Exhibit 2 - Advertisement Certification Report

Exhibit 2 - Advertisement Certification Report



### Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 19, 2019 and September 17, 2019.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Jan Rouven Fuechtener (aka Lars Schmidt)

**Court Case No:**        2:16-CR-100-GMN-CWH
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/19/2019 | 24.0 | Verified |
| 2 | 08/20/2019 | 24.0 | Verified |
| 3 | 08/21/2019 | 24.0 | Verified |
| 4 | 08/22/2019 | 24.0 | Verified |
| 5 | 08/23/2019 | 24.0 | Verified |
| 6 | 08/24/2019 | 24.0 | Verified |
| 7 | 08/25/2019 | 24.0 | Verified |
| 8 | 08/26/2019 | 24.0 | Verified |
| 9 | 08/27/2019 | 24.0 | Verified |
| 10 | 08/28/2019 | 24.0 | Verified |
| 11 | 08/29/2019 | 24.0 | Verified |
| 12 | 08/30/2019 | 24.0 | Verified |
| 13 | 08/31/2019 | 24.0 | Verified |
| 14 | 09/01/2019 | 24.0 | Verified |
| 15 | 09/02/2019 | 24.0 | Verified |
| 16 | 09/03/2019 | 24.0 | Verified |
| 17 | 09/04/2019 | 24.0 | Verified |
| 18 | 09/05/2019 | 24.0 | Verified |
| 19 | 09/06/2019 | 24.0 | Verified |
| 20 | 09/07/2019 | 24.0 | Verified |
| 21 | 09/08/2019 | 24.0 | Verified |
| 22 | 09/09/2019 | 24.0 | Verified |
| 23 | 09/10/2019 | 24.0 | Verified |
| 24 | 09/11/2019 | 24.0 | Verified |
| 25 | 09/12/2019 | 24.0 | Verified |
| 26 | 09/13/2019 | 24.0 | Verified |
| 27 | 09/14/2019 | 24.0 | Verified |
| 28 | 09/15/2019 | 24.0 | Verified |
| 29 | 09/16/2019 | 24.0 | Verified |
| 30 | 09/17/2019 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

Attachment 1

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA
### COURT CASE NUMBER: 2:16-CR-100-GMN-CWH; NOTICE OF FORFEITURE

Notice is hereby given that on July 30, 2019, in the case of U.S. v. Jan Rouven Fuechtener (aka Lars Schmidt), Court Case Number 2:16-CR-100-GMN-CWH, the United States District Court for the District of Nevada entered an Order condemning and forfeiting the following property to the United States of America:

Apple MacBook Air Laptop w/ SanDisk Memory Card and Charger, Model A1466, S/N C02LT0JWF74

Apple iMac All in One CPU, Model A1311, S/N C02FH48XDHJN

Apple wireless mouse and keyboard

WD My Passport Ultra external hard drive, S/N WXP1EC4A6325

Netgear Router, Model EX7000, S/N 46D1547RA189D

Netgear Nighthawk Router w/ power cord, Model R7500, S/N 3V01485301A50

Apple MacBook Air Laptop, Model A1304, S/N W89391VT9A7

Apple MacBook Pro Laptop, Model A1398, S/N C0L33X8FFT1

Black/Grey WD My Passport USB HDD, S/N WXB1AC41RPRA

Transcend USB 8GB

External USB HD with blue Wonder Works label

White External USB HD, S/N WX91C80A4434T

SanDisk 32GB Memory Card

Gateway Desktop Computer, Model SX2803-25E, S/N PTGBS0200111105D2A9600

Lexar 16GB Thumb Drive

Apple iPhone, Silver & Black Model A1549, IMEI 356988067883781

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person,

other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (August 19, 2019) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, and a copy served upon Assistant United States Attorney Daniel Hollingsworth, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, NV 89101. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. See 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Daniel Hollingsworth, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, NV 89101. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.