John A. Kawai, NSBA No. 14893
CARPENTER, ZUCKERMAN & ROWLEY, LLP
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel.: (805)272-4001
Fax: (805)719-6858
Email:  Team3@czrlaw.com
Attorneys for Victims/Plaintiffs

Carol L. Hepburn , *Pro Hac Vice*
CAROL L. HEPBURN, P.S.
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net
Of attorneys for Victims/Plaintiffs Lily, Sarah, Solomon, William L.E. Dussault as
Guardian Ad Litem of Violet, a minor, Andy and Jenny

Deborah A. Bianco, *Pro Hac Vice*
DEBORAH A. BIANCO, PLLC
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Attorney for Victim/Plaintiff Jane Doe as next friend for Pia, a minor

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

UNITED STATES OF AMERICA

                    Plaintiff,

v.

JAN ROUVEN FUECHTENER,

                    Defendant.

Case No:   2:16-cr-00100-GMN-CWH

STATUS UPDATE REGARDING WRIT
OF PREJUDGMENT ATTACHMENT
MOTION IN CIVIL CASE 2:19-cv-00352
Lily et al v. Fuechtener

///

Plaintiffs in the civil case Lily et al. v. Fuechtener, 2:19-cv-00352, hereby provide the following status update regarding their pending Motion for Prejudgment Attachment regarding funds held in registry of the Court in this matter.

Plaintiffs' Motion has yet to be ruled on in the present case, the Defendant made an appearance in the civil case and opposed Plaintiffs' Motion.  Plaintiffs stipulated and are ordered to reply to Defendant's opposition by December 13, 2019.

Plaintiffs will continue to update the Court in this matter until such time as a ruling has been made on the motion.

Dated this 5th day of December, 2019 at Ojai, California.

CARPENTER, ZUCKERMAN & ROWLEY, LLP

By__/s John A. Kawai_____
John A. Kawai, NSBA No. 14893
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel.: (805)272-4001
Fax: (805)719-6858
Email:  Team3@czrlaw.com
Of Attorneys for Victims/Plaintiffs