# EXHIBIT 1- List of Bar Admissions

# Zachary L. Newland List of Bar Admissions

| Name of State or Court | Bar Number | Date Admitted | Bar or Court Status |
|---|---|---|---|
| Texas State Bar | 24088967 | 12/12/2013 | Active |
| Colorado State Bar | 52305 | 09/25/2018 | Active |
| Supreme Court of United States | 308608 | 02/25/2019 | Active |
| DC Circuit Court of Appeals | N/A | 11/15/2016 | Active |
| 5th Circuit Court of Appeals | N/A | 7/20/2016 | Active |
| 7th Circuit Court of Appeals | N/A | 11/14/2016 | Active |
| 9th Circuit Court of Appeals | N/A | 5/14/2018 | Active |
| 10th Circuit Court of Appeals | N/A | 4/20/2018 | Active |
| 11th Circuit Court of Appeals | N/A | 07/10/2018 | Active |
| Northern District of Texas | N/A | 4/1/2016 | Active |
| Southern District of Indiana | N/A | 7/14/2016 | Active |
| Southern District of Illinois | N/A | 07/25/2018 | Active |
| Northern District of Illinois | N/A | 08/06/2018 | Active |
| Central District of Illinois | N/A | 02/04/2019 | Active |
| District of Colorado | N/A | 01/03/2019 | Active |
| District of Columbia U.S. District Court | VT0002 | 03/04/2019 | Active |
| Eastern District of Michigan | N/A | 7/22/2019 | Active |