Lance J. Hendron
Nevada State Bar No. 11151
Guymon & Hendron
625 S. Eighth Street
Las Vegas, Nevada 89101
Phone: (702) 758-5858
Email: lance@ghlawnv.com
Local Counsel for Jan Fuechtener

Zachary Lee Newland
Texas State Bar No. 24088967
Brandon Sample PLC
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: zach@brandonsample.com
Counsel *Pro Hac Vice*
For Jan Fuechtener and F.A.J.R. Magic Trust

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No. 2:16-cr-00100-GMN-CWH |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Jan Rouven Fuechtener ("Fuechtener"), by and through his undersigned counsel, respectfully moves for an extension of time until February 10, 2020, in which to submit his reply to the Government's Motion to Unseal Transcripts for Appeal. The Government is unopposed to Fuechtener's requested extension of time.

Fuechtener is aware that the Court generally discourages requests for extensions of time. However, Fuechtener is seeking the additional 2 days in order to properly brief a number of issues raised in the response filed by the United States.

Wherefore, the Court should grant this Motion to allow Fuechtener an extension of time to and including February 10, 2020, in which to file his reply.

Respectfully submitted,

/s/ Lance J. Hendron
Lance J. Hendron
Nevada State Bar No. 11151
Guymon & Hendron
625 S. Eighth Street
Las Vegas, Nevada 89101
Phone: (702) 758-5858
Email: lance@ghlawnv.com

Local Counsel for Jan Fuechtener

/s/ Zachary L. Newland
Zachary L. Newland
Senior Litigation Counsel
**Brandon Sample PLC**
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: zach@brandonsample.com
Texas Bar: 24088967
https://brandonsample.com

Counsel *Pro Hac Vice* for Jan Fuechtener

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 6th day of February 2020, via CM/ECF on all counsel of record.

/s/ Zachary L. Newland
Zachary L. Newland