# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff(s),

vs.

JAN ROUVEN FUECHTENER

Defendant(s).

Case #2:16-cr-00100-GMN-CWH

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Zachary Lee Newland_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Brandon Sample PLC
(firm name)

with offices at _____P.O. Box 250_____,
(street address)

___Rutland___, ___Vermont___, ___05702___,
(city)          (state)           (zip code)

___(802) 444-4357___, ___zach@brandonsample.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___JAN FUECHTENER and F.A.J.R Magic Trust___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___12/12/2013___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Texas___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the United States | 02/25/2019 | 308608 |
| Colorado State Bar | 09/25/2018 | 52305 |
| Texas State Bar | 12/12/2013 | 24088967 |
| See Attached List For Other Federal Courts | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:
None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Texas.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 10/30/2019 | 2:19-cv-00352 | U.S. District Court N.V. | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Colorado___ )
                         )
COUNTY OF Jefferson      )

___Zachary Lee Newland___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

30th day of January, 2020.

_____
Notary Public or Clerk of Court

```
JUSTIN JOHNSON
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20194035556
MY COMMISSION EXPIRES SEP 17, 2023
```

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Lance Hendron__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__625 S. Eighth Street__,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city) (state) (zip code)

__702-758-5858__, __lance@ghlawnv.com__.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Lance Hendron as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

JAN ROUVEN FUECHTENER
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/S/ Lance Hendron
_____
Designated Resident Nevada Counsel's signature

11151            lance@ghlawnv.com
Bar number       Email address

APPROVED:

Dated this 10 day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

5

Rev. 5/16

# EXHIBIT 1- List of Bar Admissions

# Zachary L. Newland List of Bar Admissions

| Name of State or Court | Bar Number | Date Admitted | Bar or Court Status |
|---|---|---|---|
| Texas State Bar | 24088967 | 12/12/2013 | Active |
| Colorado State Bar | 52305 | 09/25/2018 | Active |
| Supreme Court of United States | 308608 | 02/25/2019 | Active |
| DC Circuit Court of Appeals | N/A | 11/15/2016 | Active |
| 5th Circuit Court of Appeals | N/A | 7/20/2016 | Active |
| 7th Circuit Court of Appeals | N/A | 11/14/2016 | Active |
| 9th Circuit Court of Appeals | N/A | 5/14/2018 | Active |
| 10th Circuit Court of Appeals | N/A | 4/20/2018 | Active |
| 11th Circuit Court of Appeals | N/A | 07/10/2018 | Active |
| Northern District of Texas | N/A | 4/1/2016 | Active |
| Southern District of Indiana | N/A | 7/14/2016 | Active |
| Southern District of Illinois | N/A | 07/25/2018 | Active |
| Northern District of Illinois | N/A | 08/06/2018 | Active |
| Central District of Illinois | N/A | 02/04/2019 | Active |
| District of Colorado | N/A | 01/03/2019 | Active |
| District of Columbia U.S. District Court | VT0002 | 03/04/2019 | Active |
| Eastern District of Michigan | N/A | 7/22/2019 | Active |

# EXHIBIT 2- Texas Certificate of Good Standing

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Zachary Lee Newland**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 12th day of December, 2013.

I further certify that the records of this office show that, as of this date

**Zachary Lee Newland**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 28th day of October, 2019.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 8888C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Case 2:16-cr-00100-GMN-CWH Document 395-3 Filed 02/06/20 Page 1 of 2

# EXHIBIT 3- Colorado Certificate of Good Standing



# State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Zachary Lee Newland**

has been duly licensed and admitted to practice as an

# Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **25th** day of **September** A. D. **2018** and that at the date hereof the said **Zachary Lee Newland**

is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **1st** day of **July** A. D. **2019**

**Cheryl Stevens**
Clerk

By _____
Deputy Clerk