Lance J. Hendron
Nevada State Bar No. 11151
Guymon & Hendron
625 S. Eighth Street
Las Vegas, Nevada 89101
Phone: (702) 758-5858
Email: lance@ghlawnv.com
Local Counsel for Jan Fuechtener

Zachary Lee Newland
Texas State Bar No. 24088967
Brandon Sample PLC
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: zach@brandonsample.com
Counsel *Pro Hac Vice*
For Jan Fuechtener and F.A.J.R. Magic Trust

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No. 2:16-cr-00100-GMN-CWH |

## **OPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Defendant, Jan Rouven Fuechtener ("Fuechtener"), by and through his undersigned counsel, respectfully moves for an extension of time until March 10, 2020, in which to submit his response in opposition or any objections to the proposed final order of forfeiture. Fuechtener is meeting in person with counsel of

1  record on March 6, 2020, to discuss this matter and properly respond. Due to

2  Fuechtener's current incarceration it was impossible for counsel to adequately

3  discuss this matter with Fuechtener prior to the March 2nd deadline.

4      Fuechtener is aware that the Court generally discourages requests for

5  extensions of time. However, Fuechtener is seeking the additional 8 days in order to

6  properly respond to the proposed order with adequate client input.

7      Wherefore, the Court should grant this Motion to allow Fuechtener an

8  extension of time to and including March 10, 2020, in which to file his reply.

9

10     Respectfully submitted,

11     /s/ Lance J. Hendron
    Lance J. Hendron
12     Nevada State Bar No. 11151
    Guymon & Hendron
13     625 S. Eighth Street
    Las Vegas, Nevada 89101
14     Phone: (702) 758-5858
    Email: lance@ghlawnv.com
15

    Local Counsel for Jan Fuechtener
16

17     /s/ Zachary L. Newland
    Zachary L. Newland
18     Senior Litigation Counsel
    **Brandon Sample PLC**
19     P.O. Box 250
    Rutland, Vermont 05702
20     Phone: (802) 444-4357
    Email: zach@brandonsample.com
21     Texas Bar: 24088967
    https://brandonsample.com
22

    Counsel *Pro Hac Vice* for Jan Fuechtener
23

**Opposed Motion For Extension Of Time To File Response**    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 10th day of March 2020, via CM/ECF on all counsel of record.

/s/ Zachary L. Newland
Zachary L. Newland

## CERTIFICATE OF CONFERENCE

Prior to the filing of this motion I hereby certify that I conferred with opposing counsel to ascertain their position on the merits of the relief sought herein. Counsel for the United States informed the undersigned that the United States is opposed to the Court granting Fuechtener any extension of time.

/s/ Zachary L. Newland
Zachary L. Newland