UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No. 2:16-cr-00100-GMN-CWH |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Before the Court is Jan Rouven Fuechtener's Motion for Extension of Time to File Response (ECF _____). After due consideration of the matter, the motion will be GRANTED.

Fuechtener shall file any response or objections to the Government's proposed final order of forefeiture on or before March 10, 2020.

Ordered this _____ day of March 2020.

_____
UNITED STATES DISTRICT JUDGE