Lance J. Hendron
Nevada State Bar No. 11151
Guymon & Hendron
625 S. Eighth Street
Las Vegas, Nevada 89101
Phone: (702) 758-5858
Email: lance@ghlawnv.com
Local Counsel for Jan Fuechtener

Zachary Lee Newland
Texas State Bar No. 24088967
Brandon Sample PLC
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: zach@brandonsample.com
Counsel *Pro Hac Vice*
For Jan Fuechtener and F.A.J.R. Magic Trust

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No. 2:16-cr-00100-GMN-CWH |

## **WITHDRAWAL OF RESPONSE IN OPPOSITION TO FORFEITURE**

Defendant, Jan Rouven Fuechtener ("Fuechtener"), by and through his undersigned counsel, respectfully seeks to withdraw his previously filed Response in Opposition to Forfeiture (ECF No. 407). In light of the written agreements made by the United States since Fuechtener's response was filed, Fuechtener can represent to the Court that he takes no position on the proposed final order of forfeiture.

Wherefore, the Court should permit Fuechtener to withdraw his prior response in opposition to the proposed final order of forfeiture.

Respectfully submitted,

/s/ Lance J. Hendron
Lance J. Hendron
Nevada State Bar No. 11151
Guymon & Hendron
625 S. Eighth Street
Las Vegas, Nevada 89101
Phone: (702) 758-5858
Email: lance@ghlawnv.com

Local Counsel for Jan Fuechtener


/s/ Zachary L. Newland
Zachary L. Newland
Senior Litigation Counsel
**Brandon Sample PLC**
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: zach@brandonsample.com
Texas Bar: 24088967
https://brandonsample.com

Counsel *Pro Hac Vice* for Jan Fuechtener

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served this 16th day of March 2020, via CM/ECF on all counsel of record.

/s/ Zachary L. Newland
Zachary L. Newland