NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-100-GMN-CWH |
| Plaintiff, | **Notice of Non-Opposition** |
| v. | |
| JAN ROUVEN FUECHTENER, aka Lars Schmidt, | |
| Defendant. | |

The United States of America respectfully files this Non-Opposition to defendant Jan Fuechtener's Motion to Withdraw Response, ECF No. 409.

Respectfully submitted this 16th day of March 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on March 16, 2020.

                                          */s/ Heidi L. Skillin*
                                        HEIDI L. SKILLIN
                                        FSA Contractor Paralegal