UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff - Appellee,<br><br> v.<br><br>JAN ROUVEN FUECHTENER,<br>AKA Lars Schmidt,<br><br>       Defendant - Appellant. | No. 19-10097<br><br>D.C. No. 2:16-cr-00100-GMN-CWH-1<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |

The judgment of this Court, entered March 09, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                       FOR THE COURT:

                                       MOLLY C. DWYER
                                       CLERK OF COURT

                                       By: Quy Le
                                       Deputy Clerk
                                       Ninth Circuit Rule 27-7