# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff-Appellee,<br>vs.<br><br>JAN ROUVEN FUECHTENER, AKA Lars Schmidt<br><br>　　　　　　Defendant-Appellant. | District No.　2:16-cr-00100-GMN-CWH-1<br><br>U.S.C.A. No.　19-10097 |

### ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on May 26, 2020, issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this __27__ day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court