# EXHIBIT 1 – List of Bar Admissions

### Courts Admitted To - Brandon Sample, Esq. (Attachment A)

Supreme Court of Vermont

- Date Admitted: October 26, 2016 – **Active & In Good Standing - Bar # 5573**

United States Court of Appeals for the First Circuit

- Date Admitted: December 1, 2016 – **Active & In Good Standing**

United States Court of Appeals for the Second Circuit

- Date Admitted: April 18, 2017 – **Active & In Good Standing**

United States Court of Appeals for the Third Circuit

- Date Admitted: December 8, 2016 – **Active & In Good Standing**

United States Court of Appeals for the Fourth Circuit

- Date Admitted: May 10, 2017 – **Active & In Good Standing**

United States Court of Appeals for the Fifth Circuit

- Date Admitted: March 7, 2017 – **Active & In Good Standing**

United States Court of Appeals for the Sixth Circuit

- Date Admitted: November 2, 2016 – **Active & In Good Standing**

United States Court of Appeals for the Seventh Circuit

- Date Admitted: October 28, 2016 – **Active & In Good Standing**

United States Court of Appeals for the Eighth Circuit

- Date Admitted: November 4, 2016– **Active & In Good Standing**

United States Court of Appeals for the Ninth Circuit

- Date Admitted: December 19, 2016– **Active & In Good Standing**

United States Court of Appeals for the Tenth Circuit

- Date Admitted: May 9, 2017 – **Active & In Good Standing**

United States Court of Appeals for the D.C. Circuit

- Date Admitted: April 28, 2017 – **Active & In Good Standing**

United States District Court for the Southern District of Illinois

- Date Admitted: December 15, 2016 – **Active & In Good Standing**

United States District Court for the Northern District of Illinois

- Date Admitted: March 2, 2017 – **Active & In Good Standing**

United States District Court for the Western District of Wisconsin

- Date Admitted: March 6, 2017 – **Active & In Good Standing**

United States District Court for the Eastern District of Wisconsin

- Date Admitted: April 3, 2017 – **Active & In Good Standing**

United States District Court for the District of Colorado

- Date Admitted: April 11, 2017 – **Active & In Good Standing**

United States District Court for the District of North Dakota

- Date Admitted: April 21, 2017 – **Active & In Good Standing**

United States District Court – N.D. of Texas

- Date Admitted: June 15, 2017 – **Active & In Good Standing**

United States District Court – W.D. of Texas

- Date Admitted: June 16, 2017 – **Active & In Good Standing**

United States District Court – District of Columbia

- Date Admitted: July 10, 2017 – **Active & In Good Standing**

United States District Court – Vermont

- Date Admitted: July 14, 2017 – **Active & In Good Standing**

United States District Court – Central District of Illinois

- Date Admitted: November 6, 2017 – **Active & In Good Standing**

United States District Court – Southern District of Indiana

- Date Admitted: February 13, 2019 – **Active & In Good Standing**

United States District Court – Eastern District of Michigan

- Date Admitted: November 5, 2019 – **Active & In Good Standing**

United States Supreme Court

- Date Admitted: January 21, 2020 – **Active & In Good Standing**

United States District Court – Southern District of New York

- Date Admitted: February 4, 2020 – **Active & In Good Standing**

United States District Court – Eastern District of New York

- Date Admitted: February 28, 2020 – **Active & In Good Standing**