# EXHIBIT 2 – Vermont Certificate of Good Standing



## VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Brandon C. Sample, #5573,** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 26th day of October 2016.

This is to **FURTHER CERTIFY** that the said **Brandon C. Sample, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 8th day of October 2020.



Emily Wetherell
Deputy Clerk