1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America ) | Case #2:16-cr-00100-GMN-CWH |
| Plaintiff(s), ) | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. ) | |
| Jan Rouven Fuechtener ) | |
| Defendant(s). ) | FILING FEE IS $250.00 |

_____Brandon Sample_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Brandon Sample PLC_____
(firm name)

with offices at _____1 Scale Ave., Bldg 3, Unit 217_____,
(street address)

\_\_\_Rutland\_\_\_, \_\_\_Vermont\_\_\_, \_\_\_05701\_\_\_,
(city)        (state)        (zip code)

\_\_\_802-444-4357\_\_\_, \_\_\_brandon@brandonsample.com\_\_\_.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

\_\_\_Jan Fuechtener & F.A.J.R. Magic Trust\_\_\_ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 10/26/2016 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Vermont (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Vermont | 10/26/2016 | 5573 |
| See attachment A for federal courts | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
American Bar Association
National Association of Criminal Defense Lawyers
Federal Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  | None |  | Denied |
|  |  |  | Denied |
|  |  |  | Denied |
|  |  |  | Denied |
|  |  |  | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Vermont_____ )
                              )
COUNTY OF _____Rutland_____ )

_____Brandon Sample_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

12ᵗʰ day of OCTOBER, 2020.

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Lance J. Hendron_____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____625 S. Eighth Street_____,
                               (street address)

_____Las Vegas_____, _____Nevada_____, ___89101___,
       (city)                    (state)            (zip code)

___702-758-5858___, ___lance@ghlawnv.com___.
(area code + telephone number)    (Email address)

Rachele Riecker
Notary Public, State of Vermont
My Commission Expires January 31, 2021
Commission # 12598

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Lance J. Hendron_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

JAN ROUVEN FUECHTENER and F.A.J.R. Magic Trust
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11151                lance@ghlawnv.com
Bar number           Email address

APPROVED:

Dated: this __14__ day of __October__, 20__20__.

_____
Gloria M. Navarro, District Judge
United States District Court

5

Rev. 5/16

# EXHIBIT 1 – List of Bar Admissions

## Courts Admitted To - Brandon Sample, Esq. (Attachment A)

Supreme Court of Vermont

- Date Admitted: October 26, 2016 – **Active & In Good Standing - Bar # 5573**

United States Court of Appeals for the First Circuit

- Date Admitted: December 1, 2016 – **Active & In Good Standing**

United States Court of Appeals for the Second Circuit

- Date Admitted: April 18, 2017 – **Active & In Good Standing**

United States Court of Appeals for the Third Circuit

- Date Admitted: December 8, 2016 – **Active & In Good Standing**

United States Court of Appeals for the Fourth Circuit

- Date Admitted: May 10, 2017 – **Active & In Good Standing**

United States Court of Appeals for the Fifth Circuit

- Date Admitted: March 7, 2017 – **Active & In Good Standing**

United States Court of Appeals for the Sixth Circuit

- Date Admitted: November 2, 2016 – **Active & In Good Standing**

United States Court of Appeals for the Seventh Circuit

- Date Admitted: October 28, 2016 – **Active & In Good Standing**

United States Court of Appeals for the Eighth Circuit

- Date Admitted: November 4, 2016– **Active & In Good Standing**

United States Court of Appeals for the Ninth Circuit

- Date Admitted: December 19, 2016– **Active & In Good Standing**

United States Court of Appeals for the Tenth Circuit

- Date Admitted: May 9, 2017 – **Active & In Good Standing**

United States Court of Appeals for the D.C. Circuit

- Date Admitted: April 28, 2017 – **Active & In Good Standing**

United States District Court for the Southern District of Illinois

- Date Admitted: December 15, 2016 – **Active & In Good Standing**

United States District Court for the Northern District of Illinois

- Date Admitted: March 2, 2017 – **Active & In Good Standing**

United States District Court for the Western District of Wisconsin

- Date Admitted: March 6, 2017 – **Active & In Good Standing**

United States District Court for the Eastern District of Wisconsin

- Date Admitted: April 3, 2017 – **Active & In Good Standing**

United States District Court for the District of Colorado

- Date Admitted: April 11, 2017 – **Active & In Good Standing**

United States District Court for the District of North Dakota

- Date Admitted: April 21, 2017 – **Active & In Good Standing**

United States District Court – N.D. of Texas

- Date Admitted: June 15, 2017 – **Active & In Good Standing**

United States District Court – W.D. of Texas

- Date Admitted: June 16, 2017 – **Active & In Good Standing**

United States District Court – District of Columbia

- Date Admitted: July 10, 2017 – **Active & In Good Standing**

United States District Court – Vermont

- Date Admitted: July 14, 2017 – **Active & In Good Standing**

United States District Court – Central District of Illinois

- Date Admitted: November 6, 2017 – **Active & In Good Standing**

United States District Court – Southern District of Indiana

- Date Admitted: February 13, 2019 – **Active & In Good Standing**

United States District Court – Eastern District of Michigan

- Date Admitted: November 5, 2019 – **Active & In Good Standing**

United States Supreme Court

- Date Admitted: January 21, 2020 – **Active & In Good Standing**

United States District Court – Southern District of New York

- Date Admitted: February 4, 2020 – **Active & In Good Standing**

United States District Court – Eastern District of New York

- Date Admitted: February 28, 2020 – **Active & In Good Standing**

# EXHIBIT 2 – Vermont Certificate of Good Standing

Case 2:16-cr-00100-GMN-CWH   Document 1187-2   Filed 10/14/20   Page 10 of 12



# VERMONT SUPREME COURT

# CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Brandon C. Sample, #5573,** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 26th day of October 2016.

This is to **FURTHER CERTIFY** that the said **Brandon C. Sample, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 8th day of October 2020.



Emily Wetherell
Deputy Clerk