Lance J. Hendron
Nevada State Bar No. 11151
HENDRON LAW GROUP, LLC
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555
Fax: (702) 387-0034
Email: lance@hlg.vegas

Local Counsel

Brandon Sample
Vermont Bar No. 5573
Brandon Sample PLC
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: brandon@brandonsample.com
Counsel *Pro Hac Vice*
For the F.A.J.R. Magic Trust

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:16-cr-00100-GMN-CWH |
| Plaintiff, | |
| | **MOTION FOR RELEASE OF FUNDS TO F.A.J.R. MAGIC TRUST** |
| v. | |
| JAN ROUVEN FUECHTENER, | |
| Defendant. | |

Interested Party F.A.J.R. Magic Trust ("Magic Trust") respectfully moves for

the release of all funds currently in the registry of the Court, plus all accrued

**Motion for Release of Funds to F.A.J.R. Magic Trust**                    Page 1 of 4

interest, to the Magic Trust. In support of this motion, the Magic Trust provides the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

On July 24, 2017, the Honorable C.W. Hoffman, Jr., U.S. Magistrate Judge, issued a report and recommendation that the Court continue to hold $975,300 "pending sentencing to satisfy any criminal monetary penalties, with any remainder returned to the trust." (Report and Recommendation, ECF No. 207). On August 22, 2018, the Court adopted Judge Hoffman's report and recommendation, to the extent it was not inconsistent with the Court's opinion. (Order, ECF No. 290 at 8).

On March 14, 2019, the Court directed the release of "$307,500.00, alongside $24,648.41 in interest, which accrues daily" after Defendant Jan Rouven Fuechtener ("Fuechtener") was sentenced. (Order, ECF No. 347). On May 22, 2019, the Court stayed its order for the release of funds "until disposition of the Motion for Prejudgment Writ of Attachment in Case No. 2:19-cv-00352-RFB-GWF." (Order, ECF No. 381). The Court further ordered:

That counsel for the victims, John A. Kawai, Carol L. Hepburn, and Deborah A. Bianco, shall provide the Court with a status report every thirty(30) days explaining the status of the pending Motion for Prejudgment Writ of Attachment in Case No. 2:19-cv-00352-RFB-GWF, (ECF No. 5).

(Order, ECF No. 381 at 2). The last status report was filed by counsel for the civil plaintiffs on December 5, 2019. (Status Report, ECF No. 392).

On February 3, 2020, the Honorable Elayna J. Youchah, U.S. Magistrate Judge, denied the civil plaintiff's motion for prejudgment writ of attachment. *See, Lily, et al., v. Fuechtener*, No. 2:19-cv-00352-RFB-EJY (Dist. N.V.) (Civ. ECF No.

40).[1]  Judge Youchah found that the funds being held in the registry of the Court belong to the Magic Trust and are exempt from execution under Nevada law. (Civ. ECF No. 40 at 9-12). The plaintiffs in the civil case did not object to Judge Youchah's order.

Because the civil plaintiff's motion for prejudgment writ of attachment has been denied, and the principal being held by the Court, plus daily interest, belongs to the Magic Trust, the Court should order the Clerk to disburse these monies to the Magic Trust forthwith.

Respectfully submitted,

/s/ Lance J. Hendron
Lance J. Hendron
Nevada State Bar No. 11151
HENDRON LAW GROUP, LLC
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555
Fax: (702) 387-0034
Email: lance@hlg.vegas

*Local Counsel for the*
*F.A.J.R. Magic Trust*

---

[1] Citations to documents filed in the related criminal case are notated as "Civ. ECF No. X".

**Motion for Release of Funds to F.A.J.R. Magic Trust**                    Page 3 of 4

1

2          /s/ Brandon Sample
           Brandon Sample
3          **Brandon Sample PLC**
           P.O. Box 250
4          Rutland, Vermont 05702
           Phone: (802) 444-4357
5          Email: brandon@brandonsample.com
           Vermont Bar No. 5573
6          https://brandonsample.com

7          Counsel *Pro Hac Vice* for the
           F.A.J.R. Magic Trust

8

9

10

11                    **CERTIFICATE OF SERVICE**

12         I hereby certify that a true and correct copy of the foregoing was served this

13  27th day of October 2020, via CM/ECF on all counsel of record.

14

15         /s/ Brandon Sample
           Brandon Sample
16

17

18

19

20

21

22

23