Lance J. Hendron
Nevada State Bar No. 11151
HENDRON LAW GROUP, LLC
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555
Fax: (702) 387-0034
Email: lance@hlg.vegas

Brandon Sample
Vermont Bar No. 5573
Brandon Sample PLC
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: brandon@brandonsample.com
Counsel *Pro Hac Vice*
For the F.A.J.R. Magic Trust

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No. 2:16-cr-00100-GMN-CWH<br><br>**ORDER DIRECTING RELEASE OF FUNDS TO F.A.J.R. MAGIC TRUST** |

On February 28, 2019, the Court sentenced Defendant Jan Rouven Fuechtener to a total of 240 months imprisonment, five years of supervised release following imprisonment, restitution of $70,000.00, special assessments of $300.00, an assessment pursuant to the Justice for Victims of Trafficking Act of 2015,Pub. L.

1  No. 114-22, of $15,000.00, and a fine of $500,000.00. (Min. Proceedings, ECF No.
2  341); (J., ECF No. 345). The Court also ordered all assessments, fines, and
3  restitution be paid from the funds being held in the registry of the Court. (Min.
4  Proceedings, ECF No. 341). Following payment of the assessments, fines, and
5  restitution from the funds held in the registry of the Court, the Court, as of March
6  24, 2019, held a remainder of $307,500.00, alongside accrued daily interest.

   The Court previously stayed the release of these funds due to a motion for
   prejudgment writ of attachment that was filed in *Lily, et al., v. Fuechtener*, No.
   2:19-cv-00352-RFB-EJY (Dist. N.V.). The Court, having now been advised that this
   motion was denied on February 3, 2020, finds that there is no further basis to retain
   these funds in the registry of the Court.

   Accordingly, IT IS HEREBY ORDERED that the Clerk shall release the
   remaining balance of the funds held in the registry of the Court, including any
   accrued interest, to the F.A.J.R. Magic Trust.

   **DATED** this _____ day of _____, 2020.

   _____
   Gloria M. Navarro
   United States District Court