John A. Kawai, NSBA No. 14893
CARPENTER, ZUCKERMAN & ROWLEY, LLP
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel.: (805)272-4001
Fax: (805)719-6858
Email:  Team3@czrlaw.com
Attorneys for Victims/Plaintiffs

Carol L. Hepburn , *Pro Hac Vice*
CAROL L. HEPBURN, P.S.
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net
Of attorneys for Victims/Plaintiffs Lily, Sarah, Solomon, William L.E. Dussault as Guardian Ad Litem of Violet, a minor, Andy and Jenny

Deborah A. Bianco, *Pro Hac Vice*
DEBORAH A. BIANCO, PLLC
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Attorney for Victim/Plaintiff Jane Doe as next friend for Pia, a minor

UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEVADA

| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No:  2:16-cr-00100-GMN-CWH<br><br>CIVIL PLAINTIFFS' RESPONSE TO DEFENDANT JAN ROUVEN FUECHTENER'S MOTION FOR RELEASE OF FUNDS TO F.A.J.R. MAGIC TRUST |
|---|---|

///

CIVIL PLAINTIFFS' RESPONSE TO DEFENDANT FUECHTENER'S
MOTION FOR RELEASE OF FUNDS TO F.A.J.R. MAGIC TRUST

Plaintiffs in the civil case Lily et al. v. Fuechtener, 2:19-cv-00352, hereby respond to Defendant Fuechtener's motion for release of funds to F.A.J.R. Magic Trust.  Plaintiffs do not dispute that the Court's ruling denied Plaintiffs' motion for prejudgment attachment in the civil matter.

However, Plaintiffs do not by this acknowledgment waive any post-judgment remedies to recover against Defendant or F.A.J.R. Magic Trust or any other property belonging to Defendant, and Plaintiffs do not waive claims with respect to statutes of limitations for vesting periods of the trust, or the right to challenge the trust itself, or causes of action for fraudulent conveyance.

This representation is particularly important in light of the fact that Defendant's motion for release of funds was made <u>after</u> his Motion to Dismiss the civil case was denied [Doc. 50, entered 10/27/2020], and <u>while</u> a Motion for Summary Judgment is pending in the civil case [Doc. 41].

Dated this 10th day of November, 2020 at Ojai, California.

CARPENTER, ZUCKERMAN & ROWLEY, LLP

By  /s John A. Kawai
John A. Kawai, NSBA No. 14893
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel.: (805)272-4001
Fax: (805)719-6858
Email:  Team3@czrlaw.com
Of Attorneys for Victims/Plaintiffs