John A. Kawai, NSBN 14893
CARPENTER, ZUCKERMAN & ROWLEY
400 South 4th Street, Suite 500
Las Vegas, NV. 89101
Tel.: (805)272-4001
Fax: (805)719-6858
Email: jk@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, *Pro Hac Vice Admitted*
Washington State Bar No. 19826
14535 Bel-Red Road, #201
Bellevue, WA 98007
Tel: (425) 747-4500
Fax: 425-747-8400
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice Admitted*
Washington State Bar No. 8732
PO Box 17718
Seattle, WA  98127
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>v.<br><br>Jan Rouven Fuechtener,<br><br>                              Defendant. | Case No.  2:16-cr-00100-GMN-CWH<br><br>NOTICE OF CHANGE OF ADDRESS RE PLAINTIFFS' COUNSEL CAROL L. HEPBURN, P.S. |

NOTICE OF CHANGE OF ADDRESS RE
PLAINTIFFS' COUNSEL CAROL L. HEPBURN, P.S. - 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

As of November 9, 2020, there has been a change of address for Carol L. Hepburn, P.S. The mailing address has changed to PO Box 17718, Seattle, WA. 98127 and the physical address has changed to 1319 N. 43RD Street, Seattle, WA. 98103. All other contact information including email, telephone number and fax number have remained the same.

Respectfully submitted,

Dated: December 7, 2020.            CAROL L. HEPBURN, P.S.

By: /s Carol L. Hepburn
Carol L. Hepburn, *Pro Hac Vice Admitted*
PO Box 17718
Seattle, WA. 98127
(206) 957-7272 phone
(206) 957-7273 fax
Emails: carol@hepburnlaw.net
Of Attorneys for Plaintiffs

NOTICE OF CHANGE OF ADDRESS RE
PLAINTIFFS' COUNSEL CAROL L. HEPBURN, P.S. - 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273