Lance J. Hendron
Nevada State Bar No. 11151
HENDRON LAW GROUP, LLC
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555
Fax: (702) 387-0034
Email: lance@hlg.vegas

Brandon Sample
Vermont Bar No. 5573
Brandon Sample PLC
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: brandon@brandonsample.com
Counsel *Pro Hac Vice*
For the F.A.J.R. Magic Trust

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No. 2:16-cr-00100-GMN-CWH<br><br>**AMENDED ORDER DIRECTING RELEASE OF FUNDS TO F.A.J.R. MAGIC TRUST** |

On February 28, 2019, the Court sentenced Defendant Jan Rouven Fuechtener to a total of 240 months imprisonment, five years of supervised release following imprisonment, restitution of $70,000.00, special assessments of $300.00, an assessment pursuant to the Justice for Victims of Trafficking Act of 2015,Pub. L.

No. 114-22, of $15,000.00, and a fine of $500,000.00. (Min. Proceedings, ECF No. 341); (J., ECF No. 345). The Court also ordered all assessments, fines, and restitution be paid from the funds being held in the registry of the Court. (Min. Proceedings, ECF No. 341). The Court also ordered release of $50,000.00 in funds to Brandon Sample. (Order, ECF No. 390). Following payment of the assessments, fines, and restitution from the funds held in the registry of the Court, the Court, as of October 17, 2019, held a remainder of $257,500.00, alongside accrued daily interest.

The Court previously stayed the release of these funds due to a motion for prejudgment writ of attachment that was filed in *Lily, et al., v. Fuechtener*, No. 2:19-cv-00352-RFB-EJY (Dist. N.V.). The Court, having now been advised that this motion was denied on February 3, 2020, finds that there is no further basis to retain these funds in the registry of the Court.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall release the remaining balance of the funds held in the registry of the Court, including any accrued interest, to the F.A.J.R. Magic Trust.

**DATED** this __14__ day of December, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

**Order Directing Release of Funds to**
**F.A.J.R. Magic Trust**                                                                 Page 2 of 2