John A. Kawai, NSBN 14893
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:   (805) 272-4001
Fax:  (805) 719-6858
Email: jk@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, *Pro Hac Vice Admitted*
Washington State Bar No. 19826
14535 Bel-Red Road, #201
Bellevue, WA 98007
Tel: (425) 747-4500
Fax: 425-747-8400
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice Admitted*
Washington State Bar No. 8732
200 First Avenue West, #550
Seattle, WA  98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net


Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiffs,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>                          Defendant. | Case No.  2:16-CR-00100-GMN-CWH<br><br>NOTICE OF CHANGE OF ADDRESS RE PLAINTIFFS' COUNSEL DEBORAH A. BIANCO, P.S. |

NOTICE OF CHANGE OF ADDRESS FOR
PLAINTIFFS' COUNSEL DEBORAH A.
BIANCO, P.S.
Page 1

DEBORAH A. BIANCO, P.S.
P. O. Box 6503
Bellevue, Washington  98008
Telephone: (425) 747-4500
Facsimile: (425) 747-8400

As of November 15, 2020, there has been a change of address for Deborah A. Bianco, P.S. The mailing address has changed to PO Box 6503, Bellevue, WA. 98008 and the physical address has changed to 2012 164th Avenue NE, Bellevue, WA 98008. All other contact information including email, telephone number and fax number have remained the same.

    Respectfully submitted,

Dated: November 17, 2020.    DEBORAH A. BIANCO, P.S.

    By: /s Deborah A. Bianco
    Deborah A. Bianco, *Pro Hac Vice Admitted*
    PO Box 6503
    Bellevue, WA 98008
    (425) 747-4500 phone
    (425) 747-8400 fax
    Emails: bianco.lawyers@gmail.com
    Attorney for Plaintiff Pia

NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFFS' COUNSEL DEBORAH A. BIANCO, P.S.
Page 2

DEBORAH A. BIANCO, P.S.
P. O. Box 6503
Bellevue, Washington 98008
Telephone: (425) 747-4500
Facsimile: (425) 747-8400