Lance J. Hendron
Nevada State Bar No. 11151
HENDRON LAW GROUP, LLC
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555
Fax: (702) 387-0034
Email: lance@hlg.vegas

*Local Counsel*

Brandon Sample
Vermont Bar No. 5573
Brandon Sample PLC
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: brandon@brandonsample.com

Counsel *Pro Hac Vice*
For the F.A.J.R. Magic Trust & Jan Rouven Fuechtener

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No. 2:16-cr-00100-GMN-CWH<br><br>**MOTION TO WITHDRAW ATTORNEY APPEARANCE** |

Intervenor F.A.J.R. Magic Trust ("Magic Trust") and Defendant Jan Rouven Fuechtener"), by and through the undersigned counsel, respectfully move to withdraw the appearance of attorney Zachary Newland in this matter.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1  Mr. Newland was previously an associate of Brandon Sample PLC. Mr.
2 Fuechtener chose to continue with representation by Mr. Brandon Sample of Brandon
3 Sample PLC after Mr. Newland's departure from the Firm. Because Mr. Newland's
4 representation of Mr. Fuechtener has ended, the Court should withdraw Mr.
5 Newland's appearance in this matter.

Respectfully submitted,

/s/ Lance J. Hendron
Lance J. Hendron
Nevada State Bar No. 11151
HENDRON LAW GROUP, LLC
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555
Fax: (702) 387-0034
Email: lance@hlg.vegas

*Local Counsel for the*
*F.A.J.R. Magic Trust & Jan Fuechtener*


/s/ Brandon Sample
Brandon Sample
**Brandon Sample PLC**
P.O. Box 250
Rutland, Vermont 05702
Phone: (802) 444-4357
Email: brandon@brandonsample.com
Vermont Bar No. 5573
https://brandonsample.com

Counsel *Pro Hac Vice* for the
*F.A.J.R. Magic Trust & Jan Fuechtener*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 12th day of April, 2021, via CM/ECF on all counsel of record.

/s/ Brandon Sample
Brandon Sample