UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JAN ROUVEN FUECHTENER,<br><br>Defendant. | Case No. 2:16-cr-00100-GMN-CWH<br><br>**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY APPEARANCE** |

Intervenor F.A.J.R. Magic Trust and Defendant Jan Rouven Fuechtener ("Fuechtener") have moved to withdraw the appearance of attorney Zachary Newland in this matter. (ECF ___). The Court, after considering the matter, **GRANTS** the motion. Mr. Newland's appearance is hereby WITHDRAWN.

So ORDERED this _____ day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE